**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FRANCISCAN HEALTH SYSTEM d/b/a            )
ST. ANTHONY HOSPITAL                      )
11567 Canterwood Boulevard                )
Gig Harbor, WA 98332                      )
                                          )
ACCORD MEDICAL MANAGEMENT, LP d/b/a NIX   )
HEALTH CARE SYSTEM                        )
414 Navarro Street                        )
Suite 600                                 )
San Antonio, Texas 78205                  )
                                          )
ADIRONDACK MEDICAL CENTER                 )        Case No. _____
2233 Route 86                             )
Saranac Lake, New York 12983              )
                                          )
ALAMANCE REGIONAL MEDICAL CENTER, INC.    )
1240 Huffman Mill Road                    )
Burlington, North Carolina 27215          )
                                          )
ALBANY MEDICAL CENTER HOSPITAL d/b/a      )
ALBANY MEDICAL CENTER                     )
43 New Scotland Avenue                    )
Albany, New York 12208                    )
                                          )
ALEGENT HEALTH – BERGAN MERCY HEALTH      )
SYSTEM d/b/a ALEGENT HEALTH BERGAN        )
MERCY MEDICAL CENTER                      )
12809 West Dodge Road                     )
Omaha, Nebraska 68154                     )
                                          )
ALEGENT HEALTH – BERGAN MERCY HEALTH      )
SYSTEM d/b/a ALEGENT HEALTH MERCY         )
HOSPITAL, COUNCIL BLUFFS, IOWA            )
12809 West Dodge Road                     )
Omaha, Nebraska 68154                     )
                                          )
ALEGENT HEALTH - IMMANUEL MEDICAL         )
CENTER                                    )
12809 West Dodge Road                     )
Omaha, Nebraska 68154                     )
                                          )
ALEGENT HEALTH LAKESIDE HOSPITAL          )
12809 West Dodge Road                     )
Omaha, Nebraska 68154                     )

ALEGENT HEALTH MIDLANDS HOSPITAL )
12809 West Dodge Road )
Omaha, Nebraska 68154 )
 )
ALEXIAN BROTHERS MEDICAL CENTER )
800 Biesterfield Road )
Elk Grove Village, Illinois 60007 )
 )
ALLINA HEALTH SYSTEM d/b/a ABBOTT )
NORTHWESTERN HOSPITAL )
2925 Chicago Avenue )
Minneapolis, Minnesota 55407 )
 )
ALLINA HEALTH SYSTEM d/b/a BUFFALO )
HOSPITAL )
2925 Chicago Avenue )
Minneapolis, Minnesota 55407 )
 )
ALLINA HEALTH SYSTEM d/b/a CAMBRIDGE )
MEDICAL CENTER )
2925 Chicago Avenue )
Minneapolis, Minnesota 55407 )
 )
ALLINA HEALTH SYSTEM d/b/a MERCY )
HOSPITAL )
2925 Chicago Avenue )
Minneapolis, Minnesota 55407 )
 )
ALLINA HEALTH SYSTEM d/b/a OWATONNA )
HOSPITAL )
2925 Chicago Avenue )
Minneapolis, Minnesota 55407 )
 )
ALLINA HEALTH SYSTEM d/b/a UNITED )
HOSPITAL )
2925 Chicago Avenue )
Minneapolis, Minnesota 55407 )
 )
ALLINA HEALTH SYSTEM d/b/a UNITY )
HOSPITAL )
2925 Chicago Avenue )
Minneapolis, Minnesota 55407 )
 )
ALTON MEMORIAL HOSPITAL )
1 Memorial Drive )
Alton, Illinois 62002 )

ANDERSON REGIONAL MEDICAL CENTER    )
2124 14th Street                    )
Meridian, Mississippi 39301         )
                                    )
ANGLETON DANBURY HOSPITAL DISTRICT  )
d/b/a ANGLETON DANBURY MEDICAL CENTER )
132 East Hospital Drive             )
Angleton, Texas 77515               )
                                    )
APPALACHIAN REGIONAL HEALTHCARE,    )
INC. d/b/a BECKLEY ARH HOSPITAL     )
306 Stanaford Road                  )
Beckley, West Virginia 25801        )
                                    )
APPALACHIAN REGIONAL HEALTHCARE,    )
INC. d/b/a HARLAN ARH HOSPITAL      )
81 Ball Park Road                   )
Harlan, Kentucky 40831              )
                                    )
APPALACHIAN REGIONAL HEALTHCARE,    )
INC. d/b/a HAZARD ARH REGIONAL MEDICAL )
CENTER                              )
100 Medical Center Drive            )
Hazard, Kentucky 41701              )
                                    )
APPALACHIAN REGIONAL HEALTHCARE,    )
INC. d/b/a MIDDLESBORO ARH HOSPITAL )
3600 West Cumberland Avenue         )
Middlesboro, Kentucky 40965         )
                                    )
APPALACHIAN REGIONAL HEALTHCARE,    )
INC. d/b/a WHITESBURG ARH HOSPITAL  )
240 Hospital Road                   )
Whitesburg, Kentucky 41858          )
                                    )
APPALACHIAN REGIONAL HEALTHCARE,    )
INC. d/b/a WILLIAMSON ARH HOSPITAL  )
260 Hospital Drive                  )
South Williamson, Kentucky 41503    )
                                    )
ARMSTRONG COUNTY MEMORIAL HOSPITAL  )
One Nolte Drive                     )
Kittanning, Pennsylvania 16201      )
                                    )
ARNOT OGDEN MEDICAL CENTER          )
600 Roe Avenue                      )
Elmira, New York 14905              )

ASHLAND HOSPITAL CORPORATION d/b/a )
KING'S DAUGHTERS MEDICAL CENTER )
2201 Lexington Avenue )
Ashland, Kentucky 41101 )
)
ASHTABULA COUNTY MEDICAL CENTER )
2420 Lake Avenue )
Ashtabula, Ohio 44004 )
)
ATLANTA HOSPITAL AUTHORITY d/b/a )
ATLANTA MEMORIAL HOSPITAL )
1007 South William Street )
Atlanta, Texas 75551 )
)
ATLANTIC HEALTH SYSTEM, INC. d/b/a )
MORRISTOWN MEMORIAL HOSPITAL )
100 Madison Avenue )
Morristown, New Jersey 07960 )
)
ATLANTIC HEALTH SYSTEM, INC. d/b/a )
OVERLOOK HOSPITAL )
99 Beauvoir Avenue )
Summit, New Jersey 07901 )
)
ATLANTICARE REGIONAL MEDICAL CENTER, )
INC. )
2500 English Creek Avenue )
Building 500 )
Egg Harbor Township, New Jersey 08234 )
)
ATRIUM MEDICAL CENTER )
One Medical Center Drive )
Middletown, Ohio 45005 )
)
AURORA HEALTH CARE CENTRAL, INC. d/b/a )
AURORA SHEBOYGAN MEMORIAL MEDICAL )
CENTER )
2629 North 7th Street )
Sheboygan, Wisconsin 53083 )
)
AURORA HEALTH CARE METRO, INC. f/k/a )
AURORA ST. LUKE'S MEDICAL CENTER )
2900 West Oklahoma Avenue )
Milwaukee, Wisconsin 53215 )

AURORA HEALTH CARE SOUTHERN LAKES,    )
INC. d/b/a AURORA LAKELAND MEDICAL CENTER )
W3985 County Road N    )
Elkhorn, Wisconsin 53121    )
   )
AURORA HEALTH CARE SOUTHERN LAKES,    )
INC. d/b/a AURORA MEDICAL CENTER - KENOSHA )
10400 75th Street    )
Kenosha, Wisconsin 53142    )
   )
AURORA HEALTH CARE SOUTHERN LAKES,    )
INC. d/b/a AURORA MEMORIAL HOSPITAL OF    )
BURLINGTON    )
252 McHenry Street    )
Burlington, Wisconsin 53105    )
   )
AURORA MEDICAL CENTER - WASHINGTON    )
COUNTY, INC.    )
1032 East Sumner Street    )
Hartford, Wisconsin 53027    )
   )
AURORA MEDICAL CENTER OF MANITOWOC    )
COUNTY, INC.    )
5000 Memorial Drive    )
Two Rivers, Wisconsin 54241    )
   )
AURORA MEDICAL CENTER OF OSHKOSH, INC.    )
855 North Westhaven Drive    )
Oshkosh, Wisconsin 54904    )
   )
AVON HOSPITAL JOINT VENTURE, LLC d/b/a    )
AMHERST HOSPITAL    )
254 Cleveland Avenue    )
Amherst, Ohio 44001    )
   )
BANNER BAYWOOD HEART HOSPITAL    )
1441 North Twelfth Street    )
Phoenix, Arizona 85006    )
   )
BANNER BAYWOOD MEDICAL CENTER    )
1441 North Twelfth Street    )
Phoenix, Arizona 85006    )
   )
BANNER DESERT MEDICAL CENTER    )
1441 North Twelfth Street    )
Phoenix, Arizona 85006    )

BANNER ESTRELLA MEDICAL CENTER                    )
1441 North Twelfth Street                          )
Phoenix, Arizona 85006                             )
                                                   )
BANNER GOOD SAMARITAN MEDICAL CENTER               )
1441 North Twelfth Street                          )
Phoenix, Arizona 85006                             )
                                                   )
BANNER HEALTH d/b/a BANNER BOSWELL                 )
MEDICAL CENTER                                     )
1441 North 12th Street                             )
Phoenix, Arizona 85006                             )
                                                   )
BANNER HEALTH d/b/a BANNER DEL E. WEBB             )
MEDICAL CENTER                                     )
1441 North 12th Street                             )
Phoenix, Arizona 85006                             )
                                                   )
BANNER HEALTH d/b/a BANNER GATEWAY                 )
MEDICAL CENTER                                     )
1441 North 12th Street                             )
Phoenix, Arizona 85006                             )
                                                   )
BANNER HEALTH d/b/a BANNER IRONWOOD                )
MEDICAL CENTER                                     )
1441 North 12th Street                             )
Phoenix, Arizona 85006                             )
                                                   )
BANNER THUNDERBIRD MEDICAL CENTER                  )
1441 North Twelfth Street                          )
Phoenix, Arizona 85006                             )
                                                   )
BAPTIST HEALTHCARE AFFILIATES, INC. d/b/a          )
BAPTIST HOSPITAL NORTHEAST                         )
1025 New Moody Lane                                )
La Grange, Kentucky 40031                          )
                                                   )
BAPTIST HEALTHCARE OF OKLAHOMA, INC.               )
d/b/a INTEGRIS BAPTIST REGIONAL HEALTH             )
CENTER                                             )
3366 Northwest Expressway                          )
Suite 800                                          )
Oklahoma City, Oklahoma 73112                      )

BAPTIST HEALTHCARE OF OKLAHOMA, INC.    )
d/b/a INTEGRIS BASS BAPTIST HEALTH CENTER    )
3366 Northwest Expressway    )
Suite 800    )
Oklahoma City, Oklahoma 73112    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC.    )
d/b/a INTEGRIS BLACKWELL REGIONAL    )
HOSPITAL    )
3366 Northwest Expressway    )
Suite 800    )
Oklahoma City, Oklahoma 73112    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC.    )
d/b/a INTEGRIS CLINTON REGIONAL HOSPITAL    )
3366 Northwest Expressway    )
Suite 800    )
Oklahoma City, Oklahoma 73112    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC.    )
d/b/a INTEGRIS GROVE GENERAL HOSPITAL    )
3366 Northwest Expressway    )
Suite 800    )
Oklahoma City, Oklahoma 73112    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC.    )
d/b/a INTEGRIS MAYES COUNTY MEDICAL    )
CENTER    )
3366 Northwest Expressway    )
Suite 800    )
Oklahoma City, Oklahoma 73112    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC.    )
d/b/a INTEGRIS SEMINOLE MEDICAL CENTER    )
2401 Wrangler Boulevard    )
Seminole, Oklahoma 74868    )
    )
BAPTIST HEALTHCARE SYSTEM, INC. d/b/a    )
BAPTIST HOSPITAL EAST    )
4000 Kresge Way    )
Louisville, Kentucky 40207    )
    )
BAPTIST HEALTHCARE SYSTEM, INC. d/b/a    )
BAPTIST REGIONAL MEDICAL CENTER    )
1 Trillium Way    )
Corbin, Kentucky 40701    )

BAPTIST HEALTHCARE SYSTEM, INC. d/b/a )
CENTRAL BAPTIST HOSPITAL )
1740 Nicholasville Road )
Lexington, Kentucky 40503 )
)
BAPTIST HEALTHCARE SYSTEM, INC. d/b/a )
WESTERN BAPTIST HOSPITAL )
2501 Kentucky Avenue )
Paducah, Kentucky 42003 )
)
BAPTIST HOSPITALS OF SOUTHEAST TEXAS )
d/b/a BAPTIST BEAUMONT HOSPITAL )
3080 College Street )
Beaumont, Texas 77701 )
)
BAPTIST HOSPITALS OF SOUTHEAST TEXAS )
d/b/a BAPTIST ORANGE HOSPITAL )
608 Strickland Drive )
Orange, Texas 77630 )
)
BAPTIST MEMORIAL HEALTH CARE )
CORPORATION d/b/a GRENADA LAKE MEDICAL )
CENTER )
960 Avent Drive )
Grenada, Mississippi 38901 )
)
BAPTIST MEMORIAL HOSPITAL - NORTH )
MISSISSIPPI, INC. )
2301 South Lamar )
Oxford, Mississippi 38655 )
)
BAPTIST MEMORIAL HOSPITAL d/b/a BAPTIST )
MEMORIAL HOSPITAL - MEMPHIS )
6019 Walnut Grove Road )
Memphis, Tennessee 38120 )
)
BAPTIST MEMORIAL HOSPITAL-DESOTO, INC. )
7601 Southcrest Parkway )
Southaven, Mississippi 38671 )
)
BAPTIST MEMORIAL HOSPITAL-GOLDEN )
TRIANGLE, INC. )
2520 Fifth Street North )
Columbus, Mississippi 39703 )

BAPTIST MEMORIAL HOSPITAL-TIPTON )
1995 Highway 51 South )
Covington, Tennessee 38019 )
)
BAPTIST MEMORIAL HOSPITAL-UNION CITY )
1201 Bishop Street )
Union City, Tennessee 38261 )
)
BAPTIST MEMORIAL HOSPITAL-UNION )
COUNTY, INC. )
200 Highway 30 West )
New Albany, Mississippi 38652 )
)
BARNES-JEWISH HOSPITAL )
One Barnes-Jewish Hospital Plaza )
St. Louis, Missouri 63110 )
)
BARNES-JEWISH ST. PETERS HOSPITAL, INC. )
10 Hospital Drive )
St. Peters, Missouri 63376 )
)
BARNES-JEWISH WEST COUNTY HOSPITAL )
12634 Olive Boulevard )
St. Louis, Missouri 63141 )
)
BAYCARE AURORA LLC d/b/a AURORA )
BAYCARE MEDICAL CENTER )
2845 Greenbrier Road )
Green Bay, Wisconsin 54308 )
)
BAYSTATE FRANKLIN MEDICAL CENTER )
164 High Street )
Greenfield, Massachusetts 01301 )
)
BAYSTATE MARY LANE HOSPITAL )
CORPORATION )
85 South Street )
Ware, Massachusetts 01082 )
)
BAYSTATE MEDICAL CENTER, INC. )
759 Chestnut Street )
Springfield, Massachusetts 01199 )
)
BEDFORD MEMORIAL HOSPITAL )
213 South Jefferson Street )
Suite 720 )
Roanoke, Virginia 24022 )

BENEDICTINE HOSPITAL                          )
105 Mary's Avenue                             )
Kingston, New York 12401                      )
                                              )
BERKSHIRE MEDICAL CENTER, INC.                )
725 North Street                              )
Pittsfield, Massachusetts 01201               )
                                              )
BETH ISRAEL DEACONESS HOSPITAL -              )
NEEDHAM, INC.                                 )
148 Chestnut Street                           )
Needham, Massachusetts 02492                  )
                                              )
BETH ISRAEL DEACONESS MEDICAL                 )
CENTER, INC.                                  )
330 Brookline Avenue                          )
Boston, Massachusetts 02215                   )
                                              )
BETH ISRAEL MEDICAL CENTER                    )
10 Nathan D Perlman Place                     )
New York, New York 10003                      )
                                              )
BLESSING HOSPITAL                             )
Broadway at 11th Street                       )
Quincy, Illinois 62301                        )
                                              )
BOARD OF TRUSTEES OF METROHEALTH              )
SYSTEM d/b/a METROHEALTH MEDICAL              )
CENTER                                        )
2500 MetroHealth Drive                        )
Cleveland, Ohio 44109                         )
                                              )
BON SECOURS - DEPAUL MEDICAL CENTER,          )
INC.                                          )
150 Kingsley Lane                             )
Norfolk, Virginia 23505                       )
                                              )
BON SECOURS - MEMORIAL REGIONAL               )
MEDICALCENTER, INC.                           )
8260 Atlee Road                               )
Suite 1203                                    )
Mechanicsville, Virginia 23116                )
                                              )
BON SECOURS - RICHMOND COMMUNITY              )
HOSPITAL, INCORPORATED                        )
1500 North 28th Street                        )
Richmond, Virginia 23223                      )

)
BON SECOURS - ST. FRANCIS MEDICAL                )
CENTER, INC.                                      )
13710 St. Francis Boulevard                       )
Midlothian, Virginia 23114                        )
                                                  )
BON SECOURS - ST. MARY'S HOSPITAL OF              )
RICHMOND, INC.                                    )
5801 Bremo Road                                   )
Richmond, Virginia 23226                          )
                                                  )
BON SECOURS COMMUNITY HOSPITAL                    )
160 East Main Street                              )
Port Jervis, New York 12771                       )
                                                  )
BOSTON MEDICAL CENTER CORPORATION                 )
1 Boston Medical Center Place                     )
Boston, Massachusetts 02118                       )
                                                  )
BOWIE HOSPITAL AUTHORITY d/b/a BOWIE              )
MEMORIAL HOSPITAL                                 )
705 East Greenwood Avenue                         )
Bowie, Texas 76230                                )
                                                  )
BOWLING GREEN-WARREN COUNTY                       )
COMMUNITY HOSPITAL CORPORATION d/b/a              )
THE MEDICAL CENTER                                )
250 Park Street                                   )
Bowling Green, Kentucky 42101                     )
                                                  )
BREECH REGIONAL MEDICAL CENTER d/b/a ST.          )
JOHN'S HOSPITAL-LEBANON                           )
100 Hospital Drive                                )
Lebanon, Missouri 65536                           )
                                                  )
BRONSON METHODIST HOSPITAL                        )
601 John Street                                   )
Kalamazoo, Michigan 49007                         )
                                                  )
BROOKDALE UNIVERSITY HOSPITAL MEDICAL             )
CENTER, INC.                                      )
1 Brookdale Plaza                                 )
Brooklyn, New York 11212                          )
                                                  )
BROOKHAVEN MEMORIAL HOSPITAL MEDICAL              )
CENTER, INC.                                      )
101 Hospital Road                                 )
Patchogue, New York 11772                         )

BROOKS MEMORIAL HOSPITAL                                    )
529 Central Avenue                                         )
Dunkirk, New York 14048                                    )
                                                           )
CABELL HUNTINGTON HOSPITAL, INC.                           )
1340 Hal Greer Boulevard                                   )
Huntington, West Virginia 25701                            )
                                                           )
CALDWELL MEMORIAL HOSPITAL,                                )
INCORPORATED                                               )
321 Mulberry Street SW                                     )
Lenoir, North Carolina 28645                               )
                                                           )
CANTON-POTSDAM HOSPITAL                                    )
50 Leroy Street                                           )
Potsdam, New York 13676                                    )
                                                           )
CAPE COD HOSPITAL                                          )
27 Park Street                                            )
Hyannis, Masschusetts 02601                                )
                                                           )
CARBON-SCHUYLKILL COMMUNITY HOSPITAL,                      )
INC. d/b/a ST. LUKE'S MINERS MEMORIAL                      )
HOSPITAL                                                   )
360 West Ruddle Street                                     )
Coaldale, Pennsylvania 18218                               )
                                                           )
CARILION FRANKLIN MEMORIAL HOSPITAL                        )
213 South Jefferson Street                                )
Suite 720                                                 )
Roanoke, Virginia 24022                                    )
                                                           )
CARILION MEDICAL CENTER                                    )
213 South Jefferson Street                                )
Suite 720                                                 )
Roanoke, Virginia 24022                                    )
                                                           )
CARILION NEW RIVER VALLEY MEDICAL                         )
CENTER                                                    )
213 South Jefferson Street                                )
Suite 720                                                 )
Roanoke, Virginia 24022                                    )
                                                           )
CARILION TAZEWELL COMMUNITY HOSPITAL                      )
141 Ben Bolt Avenue                                       )
Tazewell, VA 24651                                         )

)
CATAWBA VALLEY MEDICAL CENTER                )
810 Fairgrove Church Road S.E.                        )
Hickory, North Carolina 28602                        )
)
CATHOLIC HEALTH INITIATIVES - IOWA, CORP.  )
d/b/a MERCY MEDICAL CENTER                        )
1111 6th Avenue                                                )
Des Moines, Iowa 50314                                      )
)
CATHOLIC HEALTH INITIATIVES COLORADO   )
d/b/a CENTURA HEALTH – PENROSE – ST.        )
FRANCIS HEALTH SERVICES                              )
188 Inverness Drive West                                    )
Suite 500                                                            )
Englewood, Colorado 80112                              )
)
CATHOLIC HEALTH INITIATIVES COLORADO   )
d/b/a CENTURA HEALTH – ST. ANTHONY          )
CENTRAL HOSPITAL                                          )
188 Inverness Drive West                                    )
Suite 500                                                            )
Englewood, Colorado 80112                              )
)
CATHOLIC HEALTH INITIATIVES COLORADO   )
d/b/a CENTURA HEALTH – ST. ANTHONY          )
NORTH HOSPITAL                                              )
188 Inverness Drive West                                    )
Suite 500                                                            )
Englewood, Colorado 80112                              )
)
CATHOLIC HEALTH INITIATIVES COLORADO   )
d/b/a CENTURA HEALTH – ST. MARY CORWIN  )
MEDICAL CENTER                                              )
188 Inverness Drive West                                    )
Suite 500                                                            )
Englewood, Colorado 80112                              )
)
CATHOLIC HEALTH INITIATIVES COLORADO   )
d/b/a MERCY REGIONAL MEDICAL CENTER    )
188 Inverness Drive West                                    )
Suite 500                                                            )
Englewood, Colorado 80112                              )

CATHOLIC HEALTH INITIATIVES COLORADO )
d/b/a ST. THOMAS MORE HOSPITAL )
188 Inverness Drive West )
Suite 500 )
Englewood, Colorado 80112 )
)
CATHOLIC MEDICAL CENTER )
100 McGregor Street )
Manchester, New Hampshire 03102 )
)
CENTRAL KANSAS MEDICAL CENTER )
3515 Broadway Avenue )
Great Bend, Kansas 67530 )
)
CENTRAL WASHINGTON HEALTH SERVICES )
ASSOCIATION d/b/a CENTRAL WASHINGTON )
HOSPITAL )
1201 South Miller Street )
Wenatchee, Washington 98801 )
)
CGH MEDICAL CENTER )
100 East LeFevre Road )
Sterling, Illinois 61081 )
)
CH ALLIED SERVICES, INC. d/b/a BOONE )
HOSPITAL CENTER )
1600 East Broadway )
Columbia, Missouri 65201 )
)
CHATTANOOGA-HAMILTON COUNTY )
HOSPITAL AUTHORITY d/b/a ERLANGER HEALTH )
SYSTEM )
975 East 3rd Street )
Chattanooga, Tennessee 37403 )
)
CHENANGO MEMORIAL HOSPITAL, INC. )
179 North Broad Street )
Norwich, New York 13815 )
)
CHESHIRE MEDICAL CENTER )
580 Court Street )
Keene, New Hampshire 03431 )
)
CHRISTIAN HOSPITAL NORTHEAST - )
NORTHWEST d/b/a CHRISTIAN HOSPITAL )
11133 Dunn Road )
St. Louis, Missouri 63136 )

CITIZENS MEDICAL CENTER )
2701 Hospital Drive )
Victoria, Texas 77901 )
)
CITY OF WOOSTER d/b/a WOOSTER )
COMMUNITY HOSPITAL )
1761 Beall Avenue )
Wooster, Ohio 44691 )
)
CLALLAM COUNTY PUBLIC HOSPITAL DISTRICT )
NO. 2 d/b/a OLYMPIC MEDICAL CENTER )
939 Caroline Street )
Port Angeles, Washington 98362 )
)
CLAXTON-HEPBURN MEDICAL CENTER )
214 King Street )
Ogdensburg, New York 13669 )
)
CLEVELAND CLINIC FLORIDA HOSPITAL )
(A NONPROFIT CORPORATION) )
3100 Weston Road )
Weston, Florida 33331 )
)
CLEVELAND CLINIC HEALTH SYSTEM-EAST )
REGION d/b/a EUCLID HOSPITAL )
18901 Lake Shore Boulevard )
Euclid, Ohio 44119 )
)
CLEVELAND CLINIC HEALTH SYSTEM-EAST )
REGION d/b/a HILLCREST HOSPITAL )
6780 Mayfield Road )
Cleveland, Ohio 44124 )
)
CLEVELAND CLINIC HEALTH SYSTEM-EAST )
REGION d/b/a HURON HOSPITAL )
13951 Terrace Road )
East Cleveland, Ohio 44112 )
)
CLEVELAND CLINIC HEALTH SYSTEM-EAST )
REGION d/b/a SOUTH POINTE HOSPITAL )
20000 Harvard Avenue )
Warrensville Heights, Ohio 44122 )
)
CLIFTON SPRINGS SANITARIUM COMPANY )
d/b/a CLIFTON SPRINGS HOSPITAL & CLINIC )
2 Coulter Road )
Clifton Springs, New York 14432 )

CLINTON COUNTY HOSPITAL, INC.                     )
723 Burkesville Road                              )
Albany, Kentucky 42602                            )
                                                  )
COLORADO FAYETTE MEDICAL CENTER                   )
400 Youens Drive                                  )
Weimar, Texas 78962                               )
                                                  )
COLUMBUS DOCTORS HOSPITAL, INC. d/b/a             )
DOCTORS HOSPITAL OF COLUMBUS                      )
616 19th Street                                   )
Columbus, Georgia 31901                           )
                                                  )
COLUMBUS REGIONAL HEALTHCARE SYSTEM               )
500 Jefferson Street                              )
Whiteville, North Carolina 28472                  )
                                                  )
COMANCHE COUNTY HOSPITAL AUTHORITY                )
d/b/a COMANCHE COUNTY MEMORIAL HOSPITAL           )
3401 West Gore Boulevard                          )
Lawton, Oklahoma 73505                            )
                                                  )
COMMUNITY GENERAL HOSPITAL OF GREATER             )
SYRACUSE                                          )
4900 Broad Road                                   )
Syracuse, New York 13215                          )
                                                  )
COMMUNITY HEALTH CENTER OF BRANCH                 )
COUNTY                                            )
274 East Chicago Street                           )
Coldwater, Michigan 49036                         )
                                                  )
COMMUNITY MEMORIAL HEALTH SYSTEM d/b/a            )
COMMUNITY MEMORIAL HOSPITAL                       )
147 North Brent Street                            )
Ventura, California 93003                         )
                                                  )
CONCORD HOSPITAL, INC.                            )
250 Pleasant Street                               )
Concord, New Hampshire 03301                      )
                                                  )
CORTLAND REGIONAL MEDICAL CENTER, INC.            )
134 Homer Avenue                                  )
Cortland, New York 13045                          )

COVENANT MEDICAL CENTER, INC. d/b/a    )
COVENANT HEALTHCARE                      )
1447 North Harrison Street               )
Saginaw, Michigan 48602                  )
                                         )
COZBY-GERMANY HOSPITAL                   )
707 North Waldrip Street                 )
Grand Saline, Texas 75140                )
                                         )
CRITTENDEN COUNTY HOSPITAL, INC. d/b/a   )
CRITTENDEN HEALTH SYSTEMS                 )
520 West Gum Street                       )
P.O. Box 386                              )
Marion, Kentucky 42064                    )
                                         )
CRITTENTON HOSPITAL MEDICAL CENTER       )
1101 West University Drive               )
Rochester, Michigan 48307                )
                                         )
CROZER CHESTER MEDICAL CENTER            )
One Medical Center Boulevard             )
Upland, Pennsylvania 19013               )
                                         )
CUSHING MEMORIAL HOSPITAL CORPORATION    )
711 Marshall Street                      )
Leavenworth, Kansas 66048                )
                                         )
DALLAS COUNTY HOSPITAL DISTRICT d/b/a    )
PARKLAND HEALTH & HOSPITAL SYSTEM        )
5201 Harry Hines Boulevard               )
Dallas, Texas 75235                      )
                                         )
DAMERON HOSPITAL ASSOCIATION             )
525 West Acacia Street                   )
Stockton, California 95203               )
                                         )
DAVIS HOSPITAL AND MEDICAL CENTER        )
1600 West Antelope Drive                 )
Layton, Utah 84041                       )
                                         )
DAVIS MEMORIAL HOSPITAL                  )
Gorman Avenue & Reed Street              )
Elkins, West Virginia 26241              )
                                         )
DAYTON OSTEOPATHIC HOSPITAL              )
405 West Grand Avenue                    )
Dayton, Ohio 45405                       )

DEBORAH HEART AND LUNG CENTER                        )
200 Trenton Road                                     )
Browns Mills, New Jersey 08015                       )
                                                     )
DECATUR HOSPITAL AUTHORITY d/b/a WISE                )
REGIONAL HEALTH SYSTEM                               )
2000 South FM 51                                     )
Decatur, Texas 76234                                 )
                                                     )
DELAWARE COUNTY MEMORIAL HOSPITAL                    )
501 N. Landsdowne Avenue                             )
Drexel Hill, Pennsylvania 19026                      )
                                                     )
DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL                )
CENTER                                               )
3000 Getwell Road                                    )
Memphis, Tennessee 38118                             )
                                                     )
EAST OHIO REGIONAL HOSPITAL AT MARTIN'S              )
FERRY                                                )
90 North 4th Street                                  )
Martins Ferry, Ohio 43935                            )
                                                     )
ECTOR COUNTY HOSPITAL DISTRICT d/b/a                 )
MEDICAL CENTER HOSPITAL                              )
500 West 4th Street                                  )
Odessa, Texas 79761                                  )
                                                     )
ELBERTON-ELBERT COUNTY HOSPITAL                      )
AUTHORITY d/b/a ELBERT MEMORIAL HOSPITAL             )
4 Medical Drive                                      )
Elberton, Georgia 30635                              )
                                                     )
ELLA E.M. BROWN CHARITABLE CIRCLE d/b/a              )
OAKLAWN HOSPITAL                                     )
200 North Madison Street                             )
Marshall, Michigan 49068                             )
                                                     )
ELLIOT HOSPITAL OF THE CITY OF                       )
MANCHESTER d/b/a ELLIOT HOSPITAL                     )
One Elliot Way                                       )
Manchester, New Hampshire 03103                      )
                                                     )
ELLIS HOSPITAL                                       )
1101 Nott Street                                     )
Schenectady, New York 12308                          )

EMERSON HOSPITAL                                         )
133 Old Road to Nine Acre Corner                        )
Concord, Massachusetts 01742                            )
                                                        )
EMH REGIONAL MEDICAL CENTER                             )
630 East River Street                                   )
Elyria, Ohio 44035                                      )
                                                        )
EPHRAIM MCDOWELL REGIONAL MEDICAL                       )
CENTER, INC.                                            )
217 South 3rd Street                                    )
Danville, Kentucky 40422                                )
                                                        )
EPISCOPAL HEALTH SERVICES, INC. d/b/a ST.               )
JOHN'S EPISCOPAL HOSPITAL                               )
700 Hicksville Road                                     )
Bethpage, New York 11714                                )
                                                        )
EXETER HOSPITAL, INC.                                   )
5 Alumni Drive                                          )
Exeter, New Hampshire 03833                             )
                                                        )
FAIRMONT GENERAL HOSPITAL, INC.                         )
1325 Locust Avenue                                      )
Fairmont, West Virginia 26554                           )
                                                        )
FAIRVIEW HOSPITAL                                       )
18101 Lorain Avenue                                     )
Cleveland, Ohio 44111                                   )
                                                        )
FALMOUTH HOSPITAL ASSOCIATION, INC.                     )
d/b/a FALMOUTH HOSPITAL                                 )
100 Ter Heun Drive                                      )
Falmouth, Masschusetts 02540                            )
                                                        )
FARMERS UNION HOSPITAL ASSOCIATION d/b/a                )
GREAT PLAINS REGIONAL MEDICAL CENTER                    )
1705 West 2nd Street                                    )
Elk City, Oklahoma 73648                                )
                                                        )
FAULKNER HOSPITAL, INC.                                 )
1153 Centre Street                                      )
Boston, Massachusetts 02130                             )
                                                        )
FAXTON-ST. LUKE'S HEALTHCARE                            )
1656 Champlin Avenue                                    )
Utica, New York 13502                                   )

FAYETTE COMMUNITY HOSPITAL, INC. d/b/a     )
PIEDMONT FAYETTE HOSPITAL                    )
1255 Highway 54 West                         )
Fayetteville, Georgia 30214                  )
                                             )
FLAGET HEALTHCARE, INC. d/b/a FLAGET         )
MEMORIAL HOSPITAL                            )
4305 New Shepherdsville Road                 )
Bardstown, Kentucky 40004                    )
                                             )
FLEMING COUNTY HOSPITAL DISTRICT d/b/a       )
FLEMING COUNTY HOSPITAL                      )
55 Foundation Drive                          )
Flemingsburg, Kentucky 41041                 )
                                             )
FLETCHER ALLEN HEATH CARE, INC.              )
111 Colchester Avenue                        )
Burlington, Vermont 05401                    )
                                             )
FLORIDA HEALTH SCIENCES CENTER INC           )
dba TAMPA GENERAL HOSPITAL                   )
1 Tampa General Circle                       )
Tampa, Florida 33606                         )
                                             )
FLOYD HEALTHCARE MANAGEMENT, INC.            )
d/b/a FLOYD MEDICAL CENTER                   )
304 Turner McCall Boulevard Southwest        )
Rome, Georgia 30162                          )
                                             )
FLUSHING MEDICAL CENTER, INC.                )
Parsons Boulevard and 45th Avenue            )
Flushing, New York 11355                     )
                                             )
FOREST HILLS HOSPITAL                        )
10201 66th Road                              )
Forest Hills, New York 11375                 )
                                             )
FORSYTH MEMORIAL HOSPITAL, INC.              )
3333 Silas Creek Parkway                     )
Winston-Salem, North Carolina 27103          )
                                             )
FRANCISCAN HEALTH SYSTEM f/k/a               )
FRANCISCAN HEALTH SYSTEM – WEST d/b/a        )
ST. CLARE HOSPITAL                           )
1717 South J Street                          )
Tacoma, Washington 98405                     )

)
FRANCISCAN HEALTH SYSTEM f/k/a )
FRANCISCAN HEALTH SYSTEM – WEST d/b/a )
ST. FRANCIS COMMUNITY HOSPITAL )
1717 South J Street )
Tacoma, Washington 98405 )
)
FRANCISCAN HEALTH SYSTEM f/k/a )
FRANCISCAN HEALTH SYSTEM – WEST d/b/a )
ST. JOSEPH MEDICAL CENTER )
1717 South J Street )
Tacoma, Washington 98405 )
)
FRANKLIN HOSPITAL )
900 Franklin Avenue )
Valley Stream, New York 11580 )
)
FRIO HOSPITAL ASSOCIATION d/b/a FRIO )
REGIONAL HOSPITAL )
200 South Interstate 35 )
Pearsall, Texas 78061 )
)
GAINESVILLE HOSPITAL DISTRICT d/b/a NORTH )
TEXAS MEDICAL CENTER )
1900 Hospital Boulevard )
Gainesville, Texas 76240 )
)
GALICHIA HEART HOSPITAL, LLC )
2610 North Woodlawn Street )
Wichita, Kansas 67220 )
)
GEISINGER MEDICAL CENTER )
100 North Academy Avenue )
Danville, Pennsylvania 17822 )
)
GEISINGER WYOMING VALLEY MEDICAL )
CENTER )
1000 East Mountain Drive )
Wilkes-Barre, Pennsylvania 18711 )
)
GENEVA GENERAL HOSPITAL )
196-198 North Street )
Geneva, New York 14456 )
)
GEORGETOWN MEMORIAL HOSPITAL )
606 Black River Road )
Georgetown, South Carolina 29442 )

)
GILA REGIONAL MEDICAL CENTER )
1313 East 32nd Street )
Silver City, New Mexico 88061 )
)
GLEN COVE HOSPITAL )
101 St. Andrews Lane )
Glen Cove, New York 11542 )
)
GOLETA VALLEY COTTAGE HOSPITAL )
351 South Patterson Avenue )
Santa Barbara, California 93111 )
)
GOOD SAMARITAN HOSPITAL )
407 14th Avenue, SE )
Puyallup, Washington 98372 )
)
GOOD SAMARITAN HOSPITAL )
2222 Philadelphia Drive )
Dayton, Ohio 45406 )
)
GOOD SAMARITAN HOSPITAL MEDICAL )
CENTER )
1000 Montauk Highway )
West Islip, New York 11795 )
)
GOOD SAMARITAN HOSPITAL OF SUFFERN, N.Y. )
255 Lafayette Avenue )
Suffern, New York 10901 )
)
GOOD SAMARITAN HOSPITAL, KEARNEY, )
NEBRASKA )
10 East 31st Street )
Kearney, Nebraska 68847 )
)
GOTTLIEB MEMORIAL HOSPITAL )
701 West North Avenue )
Melrose Park, Illinois 60160 )
)
GRAYS HARBOR COMMUNITY HOSPITAL )
915 Anderson Drive )
Aberdeen, Washington 98520 )
)
GREENE MEMORIAL HOSPITAL INC. )
1141 North Monroe Drive )
Xenia, Ohio 04385 )

GUADALUPE REGIONAL MEDICAL CENTER    )
1215 East Court Street    )
Seguin, Texas 78155    )
    )
HALIFAX REGIONAL MEDICAL CENTER, INC.    )
250 Smith Church Road    )
Roanoke Rapids, North Carolina 27870    )
    )
HALLMARK HEALTH SYSTEM, INC.    )
170 Governors Avenue    )
Medford, Massachusetts 02155    )
    )
HARBORVIEW MEDICAL CENTER    )
325 9th Avenue    )
Seattle, Washington 98104    )
    )
HARNETT HEALTH SYSTEM, INC. d/b/a BETSY    )
JOHNSON REGIONAL HOSPITAL    )
800 Tilghman Drive    )
Dunn, North Carolina 28335    )
    )
HARRINGTON MEMORIAL HOSPITAL, INC.    )
100 South Street    )
Southbridge, Massachusetts 01550    )
    )
HARRIS COUNTY HOSPITAL DISTRICT    )
2525 Holly Hall Street    )
Suite 100    )
Houston, Texas 77054    )
    )
HARRISON COUNTY HOSPITAL ASSOCIATION    )
d/b/a GOOD SHEPHERD MEDICAL CENTER    )
MARSHALL    )
811 South Washington Avenue    )
Marshall, Texas 75670    )
    )
HARRISON MEDICAL CENTER    )
2520 Cherry Avenue    )
Bremerton, Washington 98310    )
    )
HAYS MEDICAL CENTER, INC.    )
2220 Canterbury Drive    )
Hays, Kansas 67601    )
    )
HEALTHALLIANCE HOSPITALS, INC.    )
60 Hospital Road    )
Leominster, Massachusetts 01453    )

HENDRICK MEDICAL CENTER                          )
1900 Pine Street                                 )
Abilene, Texas 79601                             )
                                                 )
HERITAGE HOSPITAL, INC.                          )
111 Hospital Drive                               )
Tarboro, North Carolina 27886                    )
                                                 )
HIGH POINT REGIONAL HEALTH SYSTEM                )
601 North Elm Street                             )
High Point, North Carolina 27261                 )
                                                 )
HIGHLAND HOSPITAL OF ROCHESTER                   )
1000 South Avenue                                )
Rochester, New York 14620                        )
                                                 )
HIGHLANDS HOSPITAL CORPORATION d/b/a             )
HIGHLANDS REGIONAL MEDICAL CENTER                )
5000 KY Route 321                                )
Prestonsburg, Kentucky 41653                     )
                                                 )
HIGHLINE MEDICAL CENTER                          )
16251 Sylvester Road, SW                         )
Burien, Washington 98166                         )
                                                 )
HILLCREST BAPTIST MEDICAL CENTER                 )
3000 Herring Avenue                              )
Waco, Texas 76708                                )
                                                 )
HOBOKEN MUNICIPAL HOSPITAL AUTHORITY             )
d/b/a HOBOKEN UNIVERSITY MEDICAL CENTER          )
308 Willow Avenue                                )
Hoboken, New Jersey 07030                        )
                                                 )
HOLY CROSS HOSPITAL, INC.                        )
4725 North Federal Highway                       )
Fort Lauderdale, Florida 33308                   )
                                                 )
HOPKINS COUNTY HOSPITAL DISTRICT d/b/a           )
HOPKINS COUNTY MEMORIAL HOSPITAL                 )
115 Airport Road                                 )
Sulphur Springs, Texas 75482                     )

HOSPITAL AUTHORITY OF THE METROPOLITAN          )
GOVERNMENT OF NASHVILLE AND DAVIDSON            )
COUNTY d/b/a NASHVILLE GENERAL HOSPITAL         )
1818 Albion Street                               )
Nashville, Tennessee 37208                       )
                                                 )
HOSPITAL DEVELOPMENT OF WEST PHOENIX,            )
INC. d/b/a WEST VALLEY HOSPITAL                   )
20 Burton Hills Boulevard                         )
Suite 100                                        )
Nashville, Tennessee 37215                       )
                                                 )
HOSPITAL DISTRICT NO. 1, SNOHOMISH              )
COUNTY, WA d/b/a VALLEY GENERAL HOSPITAL        )
14701 179th Avenue Southeast                      )
Monroe, Washington 98272                         )
                                                 )
HOSPITAL OF SAINT RAPHAEL                         )
1450 Chapel Street                               )
New Haven, Connecticut 06511                      )
                                                 )
HUGHSTON HOSPITAL, INC.                          )
100 Frist Court                                  )
Columbus, Georgia 31908                          )
                                                 )
HUNT MEMORIAL HOSPITAL DISTRICT d/b/a           )
HUNT REGIONAL MEDICAL CENTER                     )
4215 Joe Ramsey Boulevard                        )
Greenville, Texas 75401                          )
                                                 )
HUNTERDON MEDICAL CENTER                         )
2100 Wescott Drive                               )
Flemington, New Jersey 08822                      )
                                                 )
HUNTINGTON HOSPITAL ASSOCIATION d/b/a           )
HUNTINGTON HOSPITAL                              )
270 Park Avenue                                  )
Huntington, New York 11743                        )
                                                 )
IASIS GLENWOOD REGIONAL MEDICAL                 )
CENTER, LP                                        )
503 McMillan Road                                )
West Monroe, Louisiana 71291                      )

IASIS HEALTHCARE, LLC d/b/a MEMORIAL                    )
HOSPITAL OF TAMPA                                       )
117 Seaboard Lane                                       )
Building E                                             )
Franklin, Tennessee 37067                              )
                                                       )
INDIANA REGIONAL MEDICAL CENTER                        )
835 Hospital Road                                      )
Indiana, Pennsylvania 15701                            )
                                                       )
INTEGRIS BAPTIST MEDICAL CENTER, INC.                  )
3366 Northwest Expressway                              )
Suite 800                                              )
Oklahoma City, Oklahoma 73112                          )
                                                       )
INTEGRIS RURAL HEALTH, INC. d/b/a INTEGRIS             )
CANADIAN VALLEY REGIONAL HOSPITAL                      )
3366 Northwest Expressway                              )
Suite 800                                              )
Oklahoma City, Oklahoma 73112                          )
                                                       )
INTEGRIS SOUTH OKLAHOMA CITY HOSPITAL                  )
CORPORATION d/b/a INTEGRIS SOUTHWEST                   )
MEDICAL CENTER                                         )
3366 Northwest Expressway                              )
Suite 800                                              )
Oklahoma City, Oklahoma 73112                          )
                                                       )
JACKSON COUNTY MEMORIAL HOSPITAL                       )
AUTHORITY                                              )
1200 East Pecan Street                                 )
Altus, Oklahoma 73521                                  )
                                                       )
JACKSON-MADISON COUNTY GENERAL                         )
HOSPITAL DISTRICT d/b/a JACKSON-MADISON                )
COUNTY GENERAL HOSPITAL                                )
620 Skyline Drive                                      )
Jackson, Tennessee 38301                               )
                                                       )
JANE PHILLIPS MEMORIAL MEDICAL CENTER,                 )
INC.                                                   )
3500 Southeast Frank Phillips Boulevard                )
Bartlesville, Oklahoma 74006                           )
                                                       )
JEANES HOSPITAL                                        )
7600 Central Avenue                                    )
Philadelphia, Pennsylvania 19111                       )

JENNIE STUART MEDICAL CENTER, INC. )
320 West 18th Street )
Hopkinsville, Kentucky 42240 )
)
JEWISH HOSPITAL & ST. MARY'S HEALTHCARE, )
INC. d/b/a JEWISH HOSPITAL )
539 South 4th Street )
Louisville, Kentucky 40202 )
)
JEWISH HOSPITAL & ST. MARY'S HEALTHCARE, )
INC. d/b/a JEWISH HOSPITAL SHELBYVILLE )
727 Hospital Drive )
Shelbyville, Kentucky 40065 )
)
JOHN D. ARCHBOLD MEMORIAL HOSPITAL, INC. )
915 Gordon Avenue )
Thomasville, Georgia 31792 )
)
JOHN D. ARCHBOLD MEMORIAL HOSPITAL, INC. )
d/b/a GRADY GENERAL HOSPITAL )
1155 5th Street Southeast )
Cairo, Georgia 39828 )
)
JOHN T. MATHER MEMORIAL HOSPITAL OF )
PORT JEFFERSON, NEW YORK, INC. d/b/a JOHN )
T. MATHER MEMORIAL HOSPITAL )
75 North Country Road )
Port Jefferson, New York 11777 )
)
JORDAN VALLEY MEDICAL CENTER, LP )
3700 West 9000 South )
Suite 200 )
West Jordan, Utah 84088 )
)
KADLEC REGIONAL MEDICAL CENTER )
888 Swift Boulevard )
Richland, Washington 99352 )
)
KALEIDA HEALTH )
100 High Street )
Buffalo, New York 14203 )
)
KANSAS SPINE HOSPITAL, L.L.C. )
3333 North Webb Road )
Wichita, Kansas 67226 )

KATHERINE SHAW BETHEA HOSPITAL )
100 East First Street )
Dixon, Illinois 61021 )
)
KENMORE MERCY HOSPITAL )
2950 Elmwood Avenue )
Kenmore, New York 14217 )
)
KENNEDY HEALTH SYSTEM, INC. )
500 Marlboro Avenue )
Cherry Hill, New Jersey 08034 )
)
KENNEWICK PUBLIC HOSPITAL DISTRICT )
d/b/a KENNEWICK GENERAL HOSPITAL )
900 South Auburn Street )
Kennewick, Washington 99336 )
)
KETTERING MEDICAL CENTER d/b/a KETTERING )
MEDICAL CENTER-SYCAMORE )
4000 Miamisburg-Centerville Road )
Miamisburg, Ohio 45342 )
)
KETTERING MEDICAL CENTER d/b/a KETTERING )
MEMORIAL HOSPITAL )
3535 Southern Boulevard )
Kettering, Ohio 45429 )
)
KING COUNTY PUBLIC HOSPITAL DISTRICT )
NO. 2 d/b/a EVERGREEN HEALTHCARE )
12040 NE 128th Street )
Kirkland, Washington 98034 )
)
KINGSBROOK JEWISH MEDICAL CENTER )
585 Schenectady Avenue )
Brooklyn, New York 11203 )
)
KNAPP MEDICAL CENTER )
1401 East 8th Street )
Weslaco, Texas 78596 )
)
KNOX COMMUNITY HOSPITAL )
1330 Coshocton Road )
Mount Vernon, Ohio 43050 )

LABETTE HEALTH d/b/a LABETTE COUNTY                    )
MEDICAL CENTER                                         )
1902 South U.S. Highway 59                             )
Parsons, Kansas 67357                                  )
                                                       )
LAKELAND HOSPITALS AT NILES AND ST.                   )
JOSEPH, INC.                                           )
1234 Napier Avenue                                     )
St. Joseph, Michigan 49085                            )
                                                       )
LAKEWOOD HOSPITAL ASSOCIATION d/b/a                   )
LAKEWOOD HOSPITAL                                      )
14519 Detroit Avenue                                  )
Lakewood, Ohio 44107                                  )
                                                       )
LAUGHLIN MEMORIAL HOSPITAL,                           )
INCORPORATED                                          )
1420 Tusculum Boulevard                               )
Greeneville, Tennessee 37745                          )
                                                       )
LAURENS COUNTY HEALTH CARE SYSTEM                     )
22725 Highway 76 East                                )
Clinton, South Carolina 29325                         )
                                                       )
LAWRENCE GENERAL HOSPITAL                             )
1 General Street                                      )
Lawrence, Massachusetts 01841                         )
                                                       )
LAWRENCE HOSPITAL CENTER                              )
55 Palmer Avenue                                      )
Bronxville, New York 10708                            )
                                                       )
LAWRENCE MEMORIAL HOSPITAL                            )
325 Maine Street                                      )
Lawrence, Kansas 66044                                )
                                                       )
LEGACY EMANUEL HOSPITAL & HEALTH                      )
CENTER                                                )
2801 North Gantenbein Avenue                          )
Portland, Oregon 97227                                )
                                                       )
LEGACY GOOD SAMARITAN HOSPITAL AND                    )
MEDICAL CENTER d/b/a LEGACY GOOD                      )
SAMARITAN MEDICAL CENTER                             )
1015 Northwest 22nd Avenue                            )
Portland, Oregon 97210                                )

LEGACY MERIDIAN PARK HOSPITAL )
19300 Southwest 65th Avenue )
Tualatin, Oregon 97062 )
)
LEGACY MOUNT HOOD MEDICAL CENTER )
24800 Southeast Stark Street )
Gresham, Oregon 97030 )
)
LEGACY SALMON CREEK HOSPITAL )
2211 Northeast 139th Street )
Vancouver, Washington 98686 )
)
LEHIGH VALLEY HOSPITAL - MUHLENBERG )
2545 Schoenersville Road )
Bethlehem, Pennsylvania 18017 )
)
LEHIGH VALLEY HOSPITAL, INC. )
Cedar Crest & I-78 )
Allentown, Pennsylvania 18105 )
)
LENOX HILL HOSPITAL )
100 East 77th Street )
New York, New York 10075 )
)
LESTER E. COX MEDICAL CENTERS d/b/a COX )
HEALTH )
1423 North Jefferson )
Springfield, Missouri 65802 )
)
LINCOLN COUNTY HEALTH SYSTEM d/b/a )
LINCOLN MEDICAL CENTER )
106 Medical Center Boulevard )
Fayetteville, Tennessee 37334 )
)
LOMA LINDA UNIVERSITY MEDICAL CENTER )
11234 Anderson Street )
Loma Linda, California 92354 )
)
LONG ISLAND COLLEGE HOSPITAL INC )
1 Prospect Park West )
#C )
Brooklyn, New York 11215 )
)
LONG ISLAND JEWISH MEDICAL CENTER )
270-05 76th Avenue )
New Hyde Park, New York 11040 )

)
LOURDES MEDICAL CENTER OF BURLINGTON    )
COUNTY, A NEW JERSEY NONPROFIT    )
CORPORATION    )
218A Sunset Road    )
Willingboro, New Jersey 08046    )
)
LOYOLA UNIVERSITY MEDICAL CENTER    )
2160 South First Avenue    )
Maywood, Illinois 60153    )
)
LRGHEALTHCARE d/b/a LAKES REGION    )
GENERAL HOSPITAL    )
80 Highland Street    )
Laconia, New Hampshire 03246    )
)
LUTHERAN HOSPITAL    )
1730 West 25th Street    )
Cleveland, Ohio 44113    )
)
LUTHERAN MEDICAL CENTER    )
150 55th Street    )
Brooklyn, New York 11220    )
)
MAIMONIDES MEDICAL CENTER    )
4802 10th Avenue    )
Brooklyn, New York 11219    )
)
MAIN LINE HOSPITALS, INC. d/b/a PAOLI    )
HOSPITAL    )
255 West Lancaster Avenue    )
Paoli, Pennsylvania 19301    )
)
MAIN LINE HOSPITALS, INC. d/b/a THE BRYN    )
MAWR HOSPITAL    )
130 South Bryn Mawr Avenue    )
Bryn Mawr, Pennsylvania 19010    )
)
MAIN LINE HOSPITALS, INC. d/b/a THE    )
LANKENAU HOSPITAL    )
100 Lancaster Avenue    )
Wynnewood, Pennsylvania 19096    )
)
MARIA PARHAM MEDICAL CENTER, INC.    )
566 Ruin Creek Road    )
Henderson, North Carolina 27536    )

MARY IMMACULATE HOSPITAL,                    )
INCORPORATED                                 )
2 Bernardine Drive                           )
Newport News, Virginia 23602                 )
                                             )
MARYMOUNT HOSPITAL, INC.                     )
12300 McCracken Road                         )
Garfield Heights, Ohio 44125                 )
                                             )
MARYVIEW HOSPITAL                            )
3636 High Street                             )
Portsmouth, Virginia 23707                   )
                                             )
MCDONOUGH COUNTY HOSPITAL DISTRICT           )
d/b/a MCDONOUGH DISTRICT HOSPITAL            )
525 E Grant St                               )
Macomb, Illinois 61455                       )
                                             )
MCKEE MEDICAL CENTER                         )
1441 North Twelfth Street                    )
Phoenix, Arizona 85006                       )
                                             )
MEDCENTRAL HEALTH SYSTEM                     )
335 Glessner Avenue                          )
Mansfield, Ohio 44903                        )
                                             )
MEMORIAL HEALTH CARE SYSTEM, INC.            )
2525 de Sales Avenue                         )
Chattanooga, Tennessee 37404                 )
                                             )
MEMORIAL HEALTH SYSTEM OF EAST TEXAS         )
d/b/a MEMORIAL MEDICAL CENTER - LUFKIN       )
1201 West Frank Avenue                       )
Lufkin, Texas 75904                          )
                                             )
MEMORIAL HEALTH UNIVERSITY MEDICAL           )
CENTER, INC.                                 )
4700 Waters Avenue                           )
Savannah, Georgia 31404                      )
                                             )
MEMORIAL HERMANN HOSPITAL SYSTEM             )
929 Gessner Road                             )
Suite 2650                                   )
Houston, Texas 77024                         )

MEMORIAL HERMANN HOSPITAL SYSTEM )
d/b/a MEMORIAL HERMANN KATY HOSPITAL )
929 Gessner Road )
Suite 2650 )
Houston, Texas 77024 )
)
MEMORIAL HERMANN HOSPITAL SYSTEM )
d/b/a MEMORIAL HERMANN MEMORIAL CITY )
MEDICAL CENTER )
929 Gessner Road )
Suite 2650 )
Houston, Texas 77024 )
)
MEMORIAL HERMANN HOSPITAL SYSTEM )
d/b/a MEMORIAL HERMANN NORTHEAST )
929 Gessner Road )
Suite 2650 )
Houston, Texas 77024 )
)
MEMORIAL HERMANN HOSPITAL SYSTEM )
d/b/a MEMORIAL HERMANN SUGAR LAND )
HOSPITAL )
929 Gessner Road )
Suite 2650 )
Houston, Texas 77024 )
)
MEMORIAL HERMANN HOSPITAL SYSTEM )
d/b/a MEMORIAL HERMANN-TEXAS MEDICAL )
CENTER )
929 Gessner Road )
Suite 2650 )
Houston, Texas 77024 )
)
MEMORIAL HOSPITAL OF POLK COUNTY )
d/b/a MEMORIAL MEDICAL CENTER - )
LIVINGSTON )
601 Olgetree Drive )
Livingston, Texas 77351 )
)
MEMORIAL HOSPITAL, ALBANY, N.Y. d/b/a )
ALBANY MEMORIAL HOSPITAL )
600 Northern Boulevard )
Albany, New York 12204 )
)
MEMORIAL HOSPITAL, INC. )
1000 Hospital Drive )
McPherson, Kansas 67460 )

MEMORIAL MEDICAL CENTER d/b/a )
CONEMAUGH MEMORIAL MEDICAL CENTER )
1086 Franklin Street )
Johnstown, Pennsylvania 15905 )
)
MEMORIAL MEDICAL CENTER OF WEST )
MICHIGAN )
1 Atkinson Drive )
Ludington, Michigan 49431 )
)
MERCY CATHOLIC MEDICAL CENTER OF )
SOUTHEASTERN PENNSYLVANIA d/b/a MERCY )
CATHOLIC MEDICAL CENTER )
1500 Landsdowne Avenue )
Darby, Pennsylvania 19023 )
)
MERCY EL RENO HOSPITAL CORPORATION )
2115 Parkview Drive )
El Reno, Oklahoma 73036 )
)
MERCY HEALTH CENTER, INC. )
4300 West Memorial Road )
Oklahoma City, Oklahoma 73120 )
)
MERCY HEALTH SYSTEM OF KANSAS, INC. )
d/b/a MERCY HEALTH CENTER )
401 Woodland Hills Boulevard )
Fort Scott, Kansas 66701 )
)
MERCY HEALTH SYSTEM OF KANSAS, INC. )
d/b/a MERCY HOSPITAL )
800 West Myrtle Street )
Independence, Kansas 67301 )
)
MERCY HOSPITAL )
144 State Street )
Portland, Maine 04101 )
)
MERCY HOSPITAL OF BUFFALO )
565 Abbott Road )
Buffalo, New York 14220 )
)
MERCY HOSPITAL, INC. )
3663 South Miami Avenue )
Miami, Florida 33133 )

MERCY MEDICAL CENTER                                                )
1000 North Village Avenue                                          )
Rockville Centre, New York 11570                                   )
                                                                   )
MERCY MEDICAL CENTER, INC.                                         )
2700 Stewart Parkway                                               )
Roseburg, Oregon 97470                                             )
                                                                   )
MERCY MEMORIAL HEALTH CENTER, INC.                                 )
1011 14th Avenue Northwest                                         )
Ardmore, Oklahoma 73401                                            )
                                                                   )
MERCY REGIONAL HEALTH CENTER, INC.                                 )
1823 College Avenue                                                )
Manhattan, Kansas 66502                                            )
                                                                   )
MERCY SUBURBAN HOSPITAL                                            )
2701 DeKalb Pike                                                   )
Norristown, Pennsylvania 19401                                     )
                                                                   )
METHODIST HEALTH CENTERS d/b/a                                     )
METHODIST SUGAR LAND HOSPITAL                                      )
16655 Southeast Freeway                                            )
Sugar Land, Texas 77479                                            )
                                                                   )
METHODIST HEALTH CENTERS d/b/a                                     )
METHODIST WILLOWBROOK HOSPITAL                                     )
18220 Tomball Parkway                                              )
Houston, Texas 77070                                               )
                                                                   )
METHODIST HEALTHCARE MEMPHIS                                       )
HOSPITALS                                                          )
1265 Union Avenue                                                  )
Memphis, Tennessee 38104                                           )
                                                                   )
METHODIST HOSPITALS OF DALLAS d/b/a                                )
METHODIST CHARLTON MEDICAL CENTER                                  )
3500 West Wheatland Road                                           )
Dallas, Texas 75237                                                )
                                                                   )
METHODIST HOSPITALS OF DALLAS d/b/a                                )
METHODIST DALLAS MEDICAL CENTER                                    )
1441 North Beckley Avenue                                          )
Dallas, Texas 75203                                                )

METROPOLITAN HOSPITAL )
5900 Byron Center Avenue Southwest )
Wyoming, Michigan 49519 )
)
MHSR MEDICAL CENTER d/b/a RICHARDSON )
REGIONAL MEDICAL CENTER )
401 West Campbell Road )
Richardson, Texas 75080 )
)
MIAMI VALLEY HOSPITAL )
1 Wyoming Street )
Dayton, Ohio 45409 )
)
MIDDLESEX HOSPITAL )
28 Crescent Street )
Middletown, Connecticut 06457 )
)
MIDLAND COUNTY HOSPITAL DISTRICT d/b/a )
MIDLAND MEMORIAL HOSPITAL )
2200 West Illinois Avenue )
Midland, Texas 79701 )
)
MILFORD REGIONAL MEDICAL CENTER, INC. )
14 Prospect Street )
Milford, Massachusetts 01757 )
)
MINERS MEDICAL CENTER )
290 Haida Avenue )
Hastings, Pennsylvania 16646 )
)
MISSION HOSPITAL, INC. )
509 Biltmore Avenue )
Asheville, North Carolina 28801 )
)
MISSION HOSPITAL, INC. )
900 South Bryan Road )
Mission, Texas 78572 )
)
MISSISSIPPI BAPTIST MEDICAL CENTER, INC. )
1225 North State Street )
Jackson, Mississippi 39202 )
)
MISSOURI BAPTIST HOSPITAL OF SULLIVAN )
751 Sappington Bridge Road )
Sullivan, Missouri 63080 )

)
MISSOURI BAPTIST MEDICAL CENTER                              )
3015 North Ballas Road                                        )
St Louis, Missouri 63131                                      )
                                                             )
MONONGALIA COUNTY GENERAL HOSPITAL                           )
COMPANY                                                      )
1200 J.D. Anderson Drive                                      )
Morgantown, West Virginia 26505                              )
                                                             )
MONROE COUNTY HEALTH CARE AUTHORITY                          )
d/b/a MONROE COUNTY HOSPITAL                                  )
2016 South Alabama Avenue                                     )
Monroeville, Alabama 36461                                    )
                                                             )
MONTEFIORE MEDICAL CENTER                                    )
111 East 210th Street                                         )
Bronx, New York 10467                                        )
                                                             )
MORTON PLANT HOSPITAL ASSOCIATION, INC.                      )
d/b/a MORTON PLANT HOSPITAL                                   )
300 Pinellas Street                                           )
Clearwater, Florida 33756                                     )
                                                             )
MORTON PLANT HOSPITAL ASSOCIATION, INC.                      )
d/b/a MORTON PLANT NORTH BAY HOSPITAL                         )
6600 Madison Street                                           )
New Port Richey, Florida 34652                                )
                                                             )
MOUNT AUBURN HOSPITAL                                        )
330 Mount Auburn Street                                       )
Cambridge, Massachusetts 02138                                )
                                                             )
MOUNT SINAI MEDICAL CENTER OF FLORIDA,                       )
INC. d/b/a MOUNT SINAI MEDICAL CENTER                        )
4300 Alton Road                                               )
Miami Beach, Florida 33140                                    )
                                                             )
MOUNTAIN VISTA MEDICAL CENTER, LP                            )
1301 South Crimson Road                                       )
Mesa, Arizona 85209                                           )
                                                             )
MULTICARE HEALTH SYSTEM d/b/a TACOMA                         )
GENERAL HOSPITAL                                              )
315 Martin Luther King Jr. Way                                )
Tacoma, Washington 98405                                      )

NACOGDOCHES COUNTY HOSPITAL DISTRICT )
d/b/a NACOGDOCHES MEMORIAL HOSPITAL )
1204 North Mound Street )
Nacogdoches, Texas 75961 )
)
NASSAU HEALTH CARE CORPORATION d/b/a )
NASSAU UNIVERSITY MEDICAL CENTER )
2201 Hempstead Turnpike )
East Meadow, New York 11554 )
)
NATHAN LITTAUER HOSPITAL ASSOCIATION )
d/b/a NATHAN LITTAUER HOSPITAL )
99 East State Street )
Gloversville, New York 12078 )
)
NAZARETH HOSPITAL )
2601 Holme Avenue )
Philadelphia, Pennsylvania 19152 )
)
NEW ENGLAND BAPTIST HOSPITAL )
125 Parker Hill Avenue )
Boston, Massachusetts 02120 )
)
NEWMAN REGIONAL HEALTH )
1201 West 12th Avenue )
Emporia, Kansas 66801 )
)
NEWTON-WELLESLEY HOSPITAL )
2014 Washington Street )
Newton, Massachusetts 02462 )
)
NICHOLAS H. NOYES MEMORIAL HOSPITAL )
111 Clara Barton Street )
Dansville, New York 14437 )
)
NOLAN COUNTY HOSPITAL DISTRICT d/b/a )
ROLLING PLAINS MEMORIAL HOSPITAL )
200 East Arizona Avenue )
Sweetwater, Texas 79556 )
)
NORTH CAROLINA BAPTIST HOSPITAL )
Medical Center Boulevard )
Winston-Salem, North Carolina 27157 )
)
NORTH COLORADO MEDICAL CENTER )
1441 North Twelfth Street )
Phoenix, Arizona 85006 )

NORTH SHORE MEDICAL CENTER, INC.                )
81 Highland Avenue                              )
Salem, Massachusetts 01970                      )
                                                )
NORTH SHORE UNIVERSITY HOSPITAL                 )
300 Community Drive                             )
Manhasset, New York 11030                       )
                                                )
NORTH VISTA HOSPITAL, INC.                      )
1409 East Lake Mead Boulevard                   )
North Las Vegas, Nevada 89030                   )
                                                )
NORTHEAST ARKANSAS BAPTIST MEMORIAL             )
HEALTH CARE, LLC d/b/a NEA BAPTIST              )
MEMORIAL HOSPITAL                               )
3024 Stadium Boulevard                          )
Jonesboro, Arkansas 72401                       )
                                                )
NORTHEAST GEORGIA MEDICAL CENTER, INC.          )
743 Spring Street Northeast                     )
Gainesville, Georgia 30501                      )
                                                )
NORTHEAST HOSPITAL CORPORATION d/b/a            )
BEVERLY HOSPITAL                                )
85 Herrick Street                               )
Beverly, Massachusetts 01915                    )
                                                )
NORTHERN HOSPITAL DISTRICT OF SURRY             )
COUNTY d/b/a NORTHERN HOSPITAL OF SURRY         )
COUNTY                                          )
830 Rockford Street                             )
Mount Airy, North Carolina 27030                )
                                                )
NORTHWEST HOSPITAL & MEDICAL CENTER             )
1550 North 115th Street                         )
Seattle, Washington 98133                       )
                                                )
NYACK HOSPITAL                                  )
160 North Midland Avenue                        )
Nyack, New York 10960                           )
                                                )
NYU HOSPITALS CENTER                            )
550 First Avenue                                )
New York, New York 10016                        )

OAKBEND MEDICAL CENTER                                      )
1705 Jackson Street                                        )
Richmond, Texas 77469                                      )
                                                           )
ODESSA REGIONAL HOSPITAL, L.P. d/b/a                       )
ODESSA REGIONAL MEDICAL CENTER                             )
520 East 6th Street                                        )
Odessa, Texas 79761                                        )
                                                           )
OHIO VALLEY MEDICAL CENTER,                                )
INCORPORATED                                               )
2000 Eoff Street                                           )
Wheeling, West Virginia 26003                              )
                                                           )
OKLAHOMA HEART HOSPITAL, L.L.C.                            )
4050 West Memorial Road                                    )
Oklahoma City, Oklahoma 73120                              )
                                                           )
ORANGE REGIONAL MEDICAL CENTER                             )
4 Harriman Drive                                           )
Goshen, New York 10924                                     )
                                                           )
ORLEANS COMMUNITY HEALTH d/b/a MEDINA                      )
MEMORIAL HEALTH CARE SYSTEM                                )
200 Ohio Street                                            )
Medina, New York 14103                                     )
                                                           )
OSF HEALTHCARE SYSTEM d/b/a OSF SAINT                      )
JAMES-JOHN W. ALBRECHT MEDICAL CENTER                      )
2500 West Reynolds Street                                  )
Pontiac, Illinois 61764                                    )
                                                           )
OSF HEALTHCARE SYSTEM d/b/a OSF ST.                        )
FRANCIS HOSPITAL AND MEDICAL GROUP                         )
3401 Ludington Street                                      )
Escanaba, Michigan 49829                                   )
                                                           )
OSF HEALTHCARE SYSTEM d/b/a SAINT                          )
ANTHONY MEDICAL CENTER                                     )
5666 East State Street                                     )
Rockford, Illinois 61108                                   )
                                                           )
OSF HEALTHCARE SYSTEM d/b/a SAINT                          )
FRANCIS MEDICAL CENTER                                     )
530 Northeast Glen Oak Avenue                              )
Peoria, Illinois 61637                                     )

)
OSF HEALTHCARE SYSTEM d/b/a ST. JOSEPH    )
MEDICAL CENTER    )
2200 East Washington Street    )
Bloomington, Illinois 61701    )
)
OSF HEALTHCARE SYSTEM d/b/a ST. MARY    )
MEDICAL CENTER OF GALESBURG    )
3333 North Seminary Street    )
Galesburg, Illinois 61401    )
)
OTTAWA REGIONAL HOSPITAL &    )
HEALTHCARE CENTER    )
1100 East Norris Drive    )
Ottawa, Illinois 61350    )
)
OUR LADY OF BELLEFONTE HOSPITAL, INC.    )
1000 Saint Christopher Drive    )
Ashland, Kentucky 41101    )
)
OUR LADY OF LOURDES MEDICAL CENTER, INC    )
1600 Haddon Avenue    )
Camden, New Jersey 08103    )
)
OVERLAKE HOSPITAL MEDICAL CENTER    )
1035 116th Avenue, NE    )
Bellevue, Washington 98004    )
)
OWENSBORO MEDICAL HEALTH SYSTEM, INC.    )
811 East Parrish Avenue    )
Owensboro, Kentucky 42303    )
)
PALMS OF PASADENA HOSPITAL, LP    )
1501 Pasadena Avenue    )
Saint Petersburg, Florida 33707    )
)
PALOS COMMUNITY HOSPITAL    )
12251 South 80th Avenue    )
Palos Heights, Illinois 60463    )
)
PARKLAND HEALTH CENTER    )
1101 West Liberty Street    )
Farmington, Missouri 63640    )
)
PEKIN MEMORIAL HOSPITAL d/b/a PEKIN    )
HOSPITAL    )
600 South 13th Street    )
Pekin, Illinois 61554    )

PENN STATE MILTON S. HERSHEY MEDICAL )
CENTER )
500 University Drive )
Hershey, Pennsylvania 17033 )
)
PENNINSULA HOSPITAL CENTER )
5115 Beach Channel Drive )
Far Rockaway, New York 11691 )
)
PHELPS MEMORIAL HOSPITAL ASSOCIATION )
d/b/a PHELPS MEMORIAL HOSPITAL CENTER )
701 North Broadway )
Sleepy Hollow, New York 10591 )
)
PIEDMONT HOSPITAL, INC. )
1968 Peachtree Road, N.W. )
Atlanta, Georgia 30309 )
)
PIEDMONT MOUNTAINSIDE HOSPITAL, INC. )
1266 Highway 515 South )
Jasper, Georgia 30143 )
)
PIEDMONT NEWNAN HOSPITAL, INC. )
60 Hospital Road )
Newnan, Georgia 30263 )
)
PINEVILLE COMMUNITY HOSPITAL )
ASSOCIATION, INC. )
850 Riverview Road )
Pineville, Kentucky 40977 )
)
PITT COUNTY MEMORIAL HOSPITAL, )
INCORPORATED )
2100 Stantonsburg Road )
Greenville, North Carolina 27835 )
)
PLAINVIEW HOSPITAL )
888 Old Country Road )
Plainview, New York 11803 )
)
PRATT REGIONAL MEDICAL CENTER )
CORPORATION )
200 Commodore Street )
Pratt, Kansas 67124 )

PROMISE REGIONAL MEDICAL CENTER-          )
HUTCHINSON, INC.                           )
1701 East 23rd Avenue                      )
Hutchinson, Kansas 67502                   )
                                           )
PROTESTANT MEMORIAL MEDICAL CENTER,        )
INC. d/b/a MEMORIAL HOSPITAL               )
4500 Memorial Drive                        )
Belleville, Illinois 62226                 )
                                           )
PROVIDENCE HEALTH & SERVICES d/b/a         )
PROVIDENCE TARZANA MEDICAL CENTER          )
18321 Clark Street                         )
Tarzana, California 91356                  )
                                           )
PROVIDENCE HEALTH & SERVICES-OREGON        )
d/b/a PROVIDENCE MEDFORD MEDICAL CENTER     )
1801 Lind Avenue S.W.                      )
#9016                                      )
Renton, Washington 98057                   )
                                           )
PROVIDENCE HEALTH & SERVICES-OREGON        )
d/b/a PROVIDENCE MILWAUKIE HOSPITAL        )
1801 Lind Avenue S.W.                      )
#9016                                      )
Renton, Washington 98057                   )
                                           )
PROVIDENCE HEALTH & SERVICES-OREGON        )
d/b/a PROVIDENCE NEWBERG HOSPITAL          )
1801 Lind Avenue S.W.                      )
#9016                                      )
Renton, Washington 98057                   )
                                           )
PROVIDENCE HEALTH & SERVICES-OREGON        )
d/b/a PROVIDENCE PORTLAND MEDICAL CENTER  )
1801 Lind Avenue S.W.                      )
#9016                                      )
Renton, Washington 98057                   )
                                           )
PROVIDENCE HEALTH & SERVICES-OREGON        )
d/b/a PROVIDENCE ST. VINCENT MEDICAL       )
CENTER                                     )
1801 Lind Avenue S.W.                      )
#9016                                      )
Renton, Washington 98057                   )

)
PROVIDENCE HEALTH & SERVICES-                )
WASHINGTON d/b/a PROVIDENCE ALASKA           )
MEDICAL CENTER                               )
1801 Lind Avenue S.W.                        )
#9016                                        )
Renton, Washington 98057                     )
                                             )
PROVIDENCE HEALTH & SERVICES-                )
WASHINGTON d/b/a PROVIDENCE CENTRALIA        )
HOSPITAL                                     )
1801 Lind Avenue S.W.                        )
#9016                                        )
Renton, Washington 98057                     )
                                             )
PROVIDENCE HEALTH & SERVICES-                )
WASHINGTON d/b/a PROVIDENCE HOLY             )
FAMILY HOSPITAL                              )
1801 Lind Avenue S.W.                        )
#9016                                        )
Renton, Washington 98057                     )
                                             )
PROVIDENCE HEALTH & SERVICES-                )
WASHINGTON d/b/a PROVIDENCE REGIONAL         )
MEDICAL CENTER EVERETT                       )
1801 Lind Avenue S.W.                        )
#9016                                        )
Renton, Washington 98057                     )
                                             )
PROVIDENCE HEALTH & SERVICES-                )
WASHINGTON d/b/a PROVIDENCE SACRED           )
HEART MEDICAL CENTER                         )
1801 Lind Avenue S.W.                        )
#9016                                        )
Renton, Washington 98057                     )
                                             )
PROVIDENCE HEALTH & SERVICES-                )
WASHINGTON d/b/a PROVIDENCE ST. MARY         )
MEDICAL CENTER                               )
1801 Lind Avenue S.W.                        )
#9016                                        )
Renton, Washington 98057                     )

)
PROVIDENCE HEALTH & SERVICES-                    )
WASHINGTON d/b/a PROVIDENCE ST. PETER           )
HOSPITAL                                          )
1801 Lind Avenue S.W.                            )
#9016                                             )
Renton, Washington 98057                         )
)
PROVIDENCE HEALTH SYSTEM-SOUTHERN                )
CALIFORNIA d/b/a PROVIDENCE HOLY CROSS           )
MEDICAL CENTER                                    )
1801 Lind Avenue S.W.                            )
#9016                                             )
Renton, Washington 98057                         )
)
PROVIDENCE HEALTH SYSTEM-SOUTHERN                )
CALIFORNIA d/b/a PROVIDENCE LITTLE               )
COMPANY OF MARY MEDICAL CENTER SAN               )
PEDRO                                             )
1801 Lind Avenue S.W.                            )
#9016                                             )
Renton, Washington 98057                         )
)
PROVIDENCE HEALTH SYSTEM-SOUTHERN                )
CALIFORNIA d/b/a PROVIDENCE LITTLE               )
COMPANY OF MARY MEDICAL CENTER                   )
TORRANCE                                          )
1801 Lind Avenue S.W.                            )
#9016                                             )
Renton, Washington 98057                         )
)
PROVIDENCE HEALTH SYSTEM-SOUTHERN                )
CALIFORNIA d/b/a PROVIDENCE ST. JOSEPH           )
MEDICAL CENTER                                    )
1801 Lind Avenue S.W.                            )
#9016                                             )
Renton, Washington 98057                         )
)
PUBLIC HOSPITAL DISTRICT #1 SKAGIT COUNTY        )
d/b/a SKAGIT VALLEY HOSPITAL                      )
1415 East Kincaid Street                          )
Mount Vernon, Washington 98274                    )
)
PUBLIC HOSPITAL DISTRICT #3 SNOHOMISH            )
COUNTY d/b/a CASCADE VALLEY HOSPITAL             )
330 South Stillaguamish Avenue                    )
Arlington, Washington 98223                       )

PURCELL MUNICIPAL HOSPITAL                )
1500 North Green Avenue                    )
Purcell, Oklahoma 73080                    )
                                           )
QUINCY MEDICAL CENTER, INC.                )
114 Whitwell Street                        )
Quincy, Massachusetts 02169                )
                                           )
REGENTS OF THE UNIVERSITY OF MICHIGAN,     )
ON BEHALF OF THE UNIVERSITY OF MICHIGAN    )
HOSPITALS AND HEALTH CENTERS               )
1500 East Medical Center Drive             )
Ann Arbor, Michigan 48109                  )
                                           )
REGIONAL MEDICAL CENTER OF ORANGEBURG      )
AND CALHOUN COUNTIES                       )
3000 Saint Matthews Road                   )
Orangeburg, South Carolina 29118           )
                                           )
RIDDLE MEMORIAL HOSPITAL                   )
1068 West Baltimore Pike                   )
Media, Pennsylvania 19063                  )
                                           )
RIVERSIDE MEDICAL CENTER                   )
350 North Wall Street                      )
Kankakee, Illinois 60901                   )
                                           )
ROANOKE-CHOWAN HOSPITAL, INC.              )
500 Academy Street South                   )
Ahoskie, North Carolina 27910              )
                                           )
ROME MEMORIAL HOSPITAL, INC.               )
1500 North James Street                    )
Rome, New York 13440                       )
                                           )
SACRED HEART HOSPITAL OF ALLENTOWN         )
d/b/a SACRED HEART HOSPITAL                )
421 Chew Street                            )
Allentown, Pennsylvania 18102              )
                                           )
SACRED HEART HOSPITAL OF THE HOSPITAL      )
SISTERS OF THE THIRD ORDER OF ST. FRANCIS  )
d/b/a SACRED HEART HOSPITAL                )
900 West Clairemont                        )
Eau Claire, Wisconsin 54701                )

SAINT CLARE'S HOSPITAL, INC. d/b/a SAINT          )
CLARE'S HOSPITAL/DENVILLE                          )
25 Pocono Road                                     )
Denville, New Jersey 07834                         )
                                                   )
SAINT CLARE'S HOSPITAL, INC. d/b/a SAINT          )
CLARE'S HOSPITAL/SUSSEX                            )
20 Walnut Street                                   )
Sussex, New Jersey 07461                           )
                                                   )
SAINT ELIZABETH REGIONAL MEDICAL CENTER           )
555 South 70th Street                              )
Lincoln, Nebraska 68510                            )
                                                   )
SAINT FRANCIS HOSPITAL SOUTH, L.L.C.              )
10501 East 91st Street South                       )
Tulsa, Oklahoma 74133                              )
                                                   )
SAINT FRANCIS HOSPITAL, INC.                       )
6161 South Yale Avenue                             )
Tulsa, Oklahoma 74136                              )
                                                   )
SAINT FRANCIS MEDICAL CENTER                       )
2620 West Faidley Avenue                           )
Grand Island, Nebraska 68803                       )
                                                   )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a            )
SAINT JOSEPH HOSPITAL                              )
One Saint Joseph Drive                             )
Lexington, Kentucky 40504                          )
                                                   )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a            )
SAINT JOSEPH LONDON                                )
1001 Saint Joseph Lane                             )
London, Kentucky 40741                             )
                                                   )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a            )
ST. JOSEPH EAST                                    )
424 Lewis Hargett Circle                           )
Lexington, Kentucky 40503                          )
                                                   )
SAINT JOSEPH'S HOSPITAL OF ATLANTA, INC.          )
5665 Peachtree Dunwoody Road Northeast             )
Atlanta, Georgia 30342                             )

SAINT LUKE'S CANCER INSTITUTE, L.L.C.    )
4323 Wornall Road    )
Kansas City, Missouri 64111    )
    )
SAINT LUKE'S EAST HOSPITAL d/b/a SAINT    )
LUKE'S EAST - LEE'S SUMMIT    )
100 Northeast Saint Luke's Boulevard    )
Lee's Summit, Missouri 64086    )
    )
SAINT LUKE'S HOSPITAL OF BETHLEHEM,    )
PENNSYLVANIA    )
801 Ostrum Street    )
Bethlehem, Pennsylvania 18015    )
    )
SAINT LUKE'S HOSPITAL OF KANSAS CITY    )
4401 Wornall Road    )
Kansas City, Missouri 64111    )
    )
SAINT LUKE'S NORTHLAND HOSPITAL    )
CORPORATION    )
601 South US Highway 169    )
Smithville, Missouri 64089    )
    )
SAINT LUKE'S SOUTH HOSPITAL, INC.    )
12300 Metcalf Avenue    )
Overland Park, Kansas 66213    )
    )
SAINT MICHAEL'S MEDICAL CENTER, INC.    )
111 Central Ave    )
Newark, New Jersey 07102    )
    )
SAINTS MEDICAL CENTER, INC. f/k/a SAINTS    )
MEMORIAL MEDICAL CENTER    )
1 Hospital Drive    )
Lowell, Massachusetts 01852    )
    )
SALINA REGIONAL HEALTH CENTER, INC.    )
400 South Santa Fe Avenue    )
Salina, Kansas 67401    )
    )
SALINE COUNTY MEDICAL CENTER d/b/a    )
SALINE MEMORIAL HOSPITAL    )
1 Medical Park Drive    )
Benton, Arkansas 72015    )

SALT LAKE REGIONAL MEDICAL CENTER, LP )
1050 East South Temple )
Salt Lake City, Utah 84102 )
)
SAMARITAN HOSPITAL OF TROY, NEW YORK )
d/b/a SAMARITAN HOSPITAL )
2215 Burdett Avenue )
Troy, New York 12180 )
)
SAN JACINTO METHODIST HOSPITAL )
4401 Garth Road )
Baytown, Texas 77521 )
)
SANTA BARBARA COTTAGE HOSPITAL )
Pueblo at Bath Street )
Santa Barbara, California 93105 )
)
SATILLA HEALTH SERVICES, INC. d/b/a SATILLA )
REGIONAL MEDICAL CENTER )
410 Darling Avenue )
Waycross, Georgia 31501 )
)
SCHUYLKILL MEDICAL CENTER - EAST )
NORWEGIAN STREET f/k/a GOOD SAMARITAN )
REGIONAL MEDICAL CENTER )
700 East Norwegian Street )
Pottsville, Pennsylvania 17901 )
)
SCHUYLKILL MEDICAL CENTER - SOUTH )
JACKSON STREET )
420 South Jackson Street )
Pottsville, Pennsylvania 17901 )
)
SCURRY COUNTY HOSPITAL DISTRICT d/b/a )
COGDELL MEMORIAL HOSPITAL )
1700 Cogdell Road )
Snyder, Texas 79549 )
)
SHANDS MEDICAL CENTER, INC. d/b/a SHANDS )
JACKSONVILLE )
655 West 8th Street )
Jacksonville, Florida 32209 )

SHANDS TEACHING HOSPITAL AND CLINICS,                )
INC. d/b/a SHANDS HOSPITAL AT THE                    )
UNIVERSITY OF FLORIDA                                )
1600 Southwest Archer Road                           )
Gainesville, Florida 32608                           )
                                                     )
SHARON REGIONAL HEALTH SYSTEM                        )
740 East State Street                                )
Sharon, Pennsylvania 16146                           )
                                                     )
SHELBY COUNTY HEALTH CARE                            )
CORPORATION d/b/a THE REGIONAL MEDICAL               )
CENTER AT MEMPHIS                                    )
877 Jefferson Avenue                                 )
Memphis, Tennessee 38103                             )
                                                     )
SHERMAN HOSPITAL                                     )
1425 North Randall Road                              )
Elgin, Illinois 60123                                )
                                                     )
SHERMAN/GRAYSON HOSPITAL, LLC d/b/a                  )
TEXAS HEALTH PRESBYTERIAN HOSPITAL-WNJ               )
500 North Highland Avenue                            )
Sherman, Texas 75092                                 )
                                                     )
SID PETERSON MEMORIAL HOSPITAL d/b/a                 )
PETERSON REGIONAL MEDICAL CENTER                     )
551 Hill Country Drive                               )
Kerrville, Texas 78028                               )
                                                     )
SISTERS OF CHARITY HOSPITAL OF BUFFALO               )
 NEW YORK                                            )
2157 Main Street                                     )
Buffalo, New York 14214                              )
                                                     )
SOUND SHORE MEDICAL CENTER OF                        )
WESTCHESTER                                          )
16 Guion Place                                       )
New Rochelle, New York 10802                         )
                                                     )
SOUTH FLORIDA BAPTIST HOSPITAL, INC.                 )
301 North Alexander Street                           )
Plant City, Florida 33563                            )
                                                     )
SOUTH NASSAU COMMUNITIES HOSPITAL                    )
One Healthy Way                                      )
Oceanside, New York 11572                            )

SOUTH SHORE HOSPITAL, INC.                          )
55 Fogg Road                                        )
South Weymouth, Massachusetts 02190                 )
                                                    )
SOUTHEASTERN REGIONAL MEDICAL CENTER                )
300 West 27th Street                                )
Lumberton, North Carolina 28358                     )
                                                    )
SOUTHERN ILLINOIS HOSPITAL SERVICES d/b/a           )
HERRIN HOSPITAL                                     )
1239 East Main Street                               )
Carbondale, Illinois 62901                          )
                                                    )
SOUTHERN ILLINOIS HOSPITAL SERVICES d/b/a           )
MEMORIAL HOSPITAL OF CARBONDALE                     )
1239 East Main Street                               )
Carbondale, Illinois 62901                          )
                                                    )
SOUTHERN REGIONAL HEALTH SYSTEM, INC.               )
d/b/a SOUTHERN REGIONAL MEDICAL CENTER              )
11 Upper Riverdale Road Southwest                   )
Riverdale, Georgia 30274                            )
                                                    )
SOUTHSIDE HOSPITAL                                  )
301 East Main Street                                )
Bay Shore, New York 11706                           )
                                                    )
SOUTHWEST GENERAL HEALTH CENTER                     )
18697 Bagley Road                                   )
Middleburg Heights, Ohio 44130                      )
                                                    )
SOUTHWEST GENERAL HOSPITAL LIMITED                  )
PARTNERSHIP                                         )
7400 Barlite Boulevard                              )
San Antonio, Texas 78224                            )
                                                    )
SOUTHWEST MEDICAL CENTER                            )
315 West 15th Street                                )
Liberal, Kansas 67905                               )
                                                    )
SOUTHWESTERN ILLINOIS HEALTH FACILITIES,            )
INC. d/b/a ANDERSON HOSPITAL                        )
6800 State Route 162                                )
Maryville, Illinois 62062                           )

)
ST. ALEXIUS MEDICAL CENTER                                )
1555 Barrington Road                                      )
Building 1                                                )
Hoffman Estates, Illinois 60194                           )
                                                          )
ST. ANTHONY COMMUNITY HOSPITAL,                           )
WARWICK, NEW YORK                                         )
15 Maple Avenue                                           )
Warwick, New York 10990                                   )
                                                          )
ST. ANTHONY'S MEMORIAL HOSPITAL OF THE                    )
HOSPITAL SISTERS OF THE THIRD ORDER OF ST.                )
FRANCIS d/b/a ST. ANTHONY'S MEMORIAL                      )
HOSPITAL                                                  )
503 North Maple Street                                    )
Effingham, Illinois 62401                                 )
                                                          )
ST. ANTHONY'S HOSPITAL, INC.                              )
1200 7th Avenue North                                     )
St. Petersburg, Florida 33705                             )
                                                          )
ST. BERNARD'S HOSPITAL, INC. d/b/a ST.                    )
BERNARD'S MEDICAL CENTER                                  )
225 East Jackson                                          )
Jonesboro, Arkansas 72401                                 )
                                                          )
ST. CATHERINE OF SIENA MEDICAL CENTER                     )
50 Route 25A                                              )
Smithtown, New York 11787                                 )
                                                          )
ST. CHARLES HOSPITAL AND REHABILITATION                   )
CENTER                                                    )
200 Belle Terre Road                                      )
Port Jefferson, New York 11777                            )
                                                          )
ST. CLAIR MEMORIAL HOSPITAL                               )
1000 Bower Hill Road                                      )
Pittsburgh, Pennsylvania 15243                            )
                                                          )
ST. CLAIRE MEDICAL CENTER, INC. d/b/a ST.                 )
CLAIRE REGIONAL MEDICAL CENTER                            )
222 Medical Circle                                        )
Morehead, Kentucky 40351                                  )
                                                          )
ST. EDWARD MERCY MEDICAL CENTER                           )
7301 Rogers Avenue                                        )
Fort Smith, Arkansas 72917                                )

ST. ELIZABETH MEDICAL CENTER                    )
2209 Genesee Street                             )
Utica, New York 13501                           )
                                                )
ST. ELIZABETH'S HOSPITAL OF THE HOSPITAL        )
SISTERS OF THE THIRD ORDER OF ST. FRANCIS       )
d/b/a ST. ELIZABETH'S HOSPITAL                  )
211 South Third Street                          )
Belleville, Illinois 62220                      )
                                                )
ST. FRANCIS HEALTH CENTER, INC.                 )
1700 Southwest 7th Street                       )
Topeka, Kansas 66606                            )
                                                )
ST. FRANCIS HOSPITAL, INC.                      )
One Saint Francis Drive                         )
Greenville, South Carolina 29601                )
                                                )
ST. FRANCIS HOSPITAL, INC. d/b/a ST. FRANCIS    )
HEALTHCARE SERVICES                             )
7th and Clayton Streets                         )
Wilmington, Delaware 19805                      )
                                                )
ST. FRANCIS HOSPITAL, ROSLYN, NEW YORK          )
100 Port Washington Boulevard                   )
Roslyn, New York 11576                          )
                                                )
ST. FRANCIS MEDICAL CENTER, A NEW JERSEY        )
NONPROFIT CORPORATION                           )
601 Hamilton Avenue                             )
Trenton, New Jersey 08629                       )
                                                )
ST. FRANCIS REGIONAL MEDICAL CENTER             )
1455 Saint Francis Avenue                       )
Shakopee, Minnesota 55379                       )
                                                )
ST. JOHN MEDICAL CENTER                         )
29000 Center Ridge Road                         )
Westlake, Ohio 44145                            )
                                                )
ST. JOHN MEDICAL CENTER, INC.                   )
1923 South Utica Avenue                         )
Tulsa, Oklahoma 74104                           )

)
ST. JOHN'S HOSPITAL OF THE HOSPITAL                    )
SISTERS OF THE THIRD ORDER OF ST. FRANCIS             )
d/b/a ST. JOHN'S HOSPITAL                             )
800 East Carpenter Street                            )
Springfield, Illinois 62769                          )
                                                     )
ST. JOHN'S MERCY HEALTH SYSTEM d/b/a ST.             )
JOHN'S MERCY HOSPITAL                                )
901 East Fifth Street                               )
Washington, Missouri 63090                           )
                                                     )
ST. JOHN'S MERCY HEALTH SYSTEM d/b/a ST.             )
JOHN'S MERCY MEDICAL CENTER                          )
615 South New Ballas Road                            )
St. Louis, Missouri 63141                            )
                                                     )
ST. JOHN'S REGIONAL HEALTH CENTER                    )
1235 East Cherokee Street                            )
Springfield, Missouri 65804                          )
                                                     )
ST. JOHN'S REGIONAL MEDICAL CENTER                   )
2727 McClelland Boulevard                            )
Joplin, Missouri 64804                               )
                                                     )
ST. JOSEPH REGIONAL HEALTH CENTER                    )
2801 Franciscan Drive                               )
Bryan, Texas 77802                                  )
                                                     )
ST. JOSEPH REGIONAL HEALTH NETWORK                   )
d/b/a ST. JOSEPH MEDICAL CENTER                      )
2500 Bernville Road                                 )
Reading, Pennsylvania 19603                          )
                                                     )
ST. JOSEPH'S HOSPITAL                                )
555 St. Joseph's Boulevard                          )
Elmira, New York 14901                              )
                                                     )
ST. JOSEPH'S HOSPITAL OF THE HOSPITAL                )
SISTERS OF THE THIRD ORDER OF ST. FRANCIS            )
d/b/a ST. JOSEPH'S HOSPITAL                          )
2661 County Highway 1                               )
Chippewa Falls, Wisconsin 54729                      )

ST. JOSEPH'S HOSPITAL, BREESE, OF THE )
HOSPITAL SISTERS OF THE THIRD ORDER OF )
ST. FRANCIS d/b/a ST. JOSEPH'S HOSPITAL )
9515 Holy Cross Lane )
Breese, Illinois 62230 )
)
ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER )
703 Main Street )
Paterson, New Jersey 07503 )
)
ST. JOSEPH'S HOSPITAL HEALTH CENTER )
301 Prospect Avenue )
Syracuse, New York 13203 )
)
ST. JOSEPH'S HOSPITAL OF BUCKHANNON, INC. )
1 Amalia Drive )
Buckhannon, West Virginia 26201 )
)
ST. JOSEPH'S HOSPITAL, INC. )
3001 West Dr. Martin Luther King Jr. Boulevard )
Tampa, Florida 33607 )
)
ST. JOSEPH'S MERCY HEALTH SYSTEM, INC. )
d/b/a ST. JOSEPH'S MERCY HEALTH CENTER )
300 Werner Street )
Hot Springs, Arkansas 71913 )
)
ST. LUKE'S CORNWALL HOSPITAL )
70 Dubois Street )
Newburgh, New York 12550 )
)
ST. LUKE'S COMMUNITY HEALTH SERVICES )
d/b/a ST. LUKE'S THE WOODLANDS HOSPITAL )
17200 St. Luke's Way )
The Woodlands, Texas 77384 )
)
ST. LUKE'S EPISCOPAL HOSPITAL )
6720 Bertner Street )
Houston, Texas 77025 )
)
ST. LUKE'S MEDICAL CENTER, LP )
1800 East Van Buren Street )
Phoenix, Arizona 85006 )
)
ST. LUKE'S QUAKERTOWN HOSPITAL )
1021 Park Avenue )
Quakertown, Pennsylvania 18951 )

ST. MARY MEDICAL CENTER                               )
1201 Langhorne Newtown Road                           )
Langhorne, Pennsylvania 19047                         )
                                                      )
ST. MARY ROGERS MEMORIAL HOSPITAL,                    )
INC. d/b/a MERCY MEDICAL CENTER                       )
2710 Rife Medical Lane                                )
Rogers, Arkansas 72758                                )
                                                      )
ST. MARY'S HOSPITAL MEDICAL CENTER OF                 )
GREEN BAY, INC. d/b/a ST. MARY'S HOSPITAL             )
MEDICAL CENTER                                        )
1726 Shawano Avenue                                   )
Green Bay, Wisconsin 54303                            )
                                                      )
ST. MARY'S HOSPITAL, DECATUR, OF THE                  )
HOSPITAL SISTERS OF THE THIRD ORDER OF                )
ST. FRANCIS d/b/a ST. MARY'S HOSPITAL                 )
1800 East Lake Shore Drive                            )
Decatur, Illinois 62521                               )
                                                      )
ST. MARY'S HOSPITAL, STREATOR, OF THE                 )
HOSPITAL SISTERS OF THE THIRD ORDER OF                )
ST. FRANCIS d/b/a ST. MARY'S HOSPITAL                 )
111 Spring Street                                     )
Streator, Illinois 61364                              )
                                                      )
ST. MARY'S HEALTH CARE SYSTEM, INC.                   )
1230 Baxter Street                                    )
Athens, Georgia 30606                                 )
                                                      )
ST. MARY'S HEALTHCARE CENTER OF PIERRE,               )
SOUTH DAKOTA                                          )
801 East Sioux Avenue                                 )
Pierre, South Dakota 57501                            )
                                                      )
ST. MARY'S MEDICAL CENTER, INC.                       )
2900 1st Avenue                                       )
Huntington, West Virginia 25702                       )
                                                      )
ST. NICHOLAS HOSPITAL OF THE HOSPITAL                 )
SISTERS OF THE THIRD ORDER OF ST. FRANCIS             )
d/b/a ST. NICHOLAS HOSPITAL                           )
3100 Superior Avenue                                  )
Sheboygan, Wisconsin 53081                            )

)
ST. PATRICK HOSPITAL AND HEALTH        )
SCIENCES CENTER                        )
1801 Lind Avenue S.W.                  )
#9016                                  )
Renton, Washington 98057               )
                                       )
ST. PETER'S HOSPITAL OF THE CITY OF ALBANY  )
315 South Manning Boulevard            )
Albany, New York 12208                 )
                                       )
ST. VINCENT CHARITY MEDICAL CENTER     )
2351 East 22nd Street                  )
Cleveland, Ohio 44115                  )
                                       )
ST. VINCENT HOSPITAL OF THE HOSPITAL   )
SISTERS OF THE THIRD ORDER OF ST. FRANCIS  )
d/b/a ST. VINCENT HOSPITAL             )
835 South Van Buren Street             )
Green Bay, Wisconsin 54307             )
                                       )
ST. VINCENT INFIRMARY MEDICAL CENTER   )
2 St. Vincent Circle                   )
Little Rock, Arkansas 72205            )
                                       )
ST. VINCENT INFIRMARY MEDICAL CENTER   )
d/b/a ST. VINCENT MEDICAL CENTER-NORTH )
2215 Wildwood Avenue                   )
Suite 210                              )
Sherwood, Arkansas 72120               )
                                       )
STATEN ISLAND UNIVERSITY HOSPITAL      )
475 Seaview Avenue                     )
Staten Island, New York 10305          )
                                       )
STORMONT-VAIL HEALTHCARE, INC.         )
1500 Southwest 10th Avenue             )
Topeka, Kansas 66604                   )
                                       )
SWEDISH HEALTH SERVICES d/b/a SWEDISH  )
MEDICAL CENTER                         )
747 Broadway                           )
Seattle, Washington 98122              )
                                       )
SWEDISH HEALTH SERVICES d/b/a SWEDISH  )
MEDICAL CENTER CHERRY HILL             )
500 17th Avenue                        )
Seattle, Washington 98122              )

)
SWEDISHAMERICAN HOSPITAL                          )
1401 East State Street                            )
Rockford, Illinois 61104                          )
                                                  )
TARRANT COUNTY HOSPITAL DISTRICT d/b/a            )
JPS HEALTH NETWORK                                )
1500 South Main Street                            )
Fort Worth, Texas 76104                           )
                                                  )
TEMPLE HOSPITAL CORPORATION d/b/a TEMPLE          )
COMMUNITY HOSPITAL                                )
235 North Hoover Street                           )
Los Angeles, California 90004                     )
                                                  )
TEMPLE UNIVERSITY HOSPITAL, INC.                  )
3401 North Broad Street                           )
Philadelphia, Pennsylvania 19140                  )
                                                  )
TEXAS HEALTH ARLINGTON MEMORIAL                   )
HOSPITAL                                          )
800 West Randol Mill Road                         )
Arlington, Texas 76012                            )
                                                  )
TEXAS HEALTH HARRIS METHODIST HOSPITAL            )
AZLE                                              )
108 Denver Trail                                  )
Azle, Texas 76020                                 )
                                                  )
TEXAS HEALTH HARRIS METHODIST HOSPITAL            )
CLEBURNE                                          )
201 Walls Drive                                   )
Cleburne, Texas 76033                             )
                                                  )
TEXAS HEALTH HARRIS METHODIST HOSPITAL            )
FORT WORTH                                        )
1301 Pennsylvania Avenue                          )
Fort Worth, Texas 76104                           )
                                                  )
TEXAS HEALTH HARRIS METHODIST HOSPITAL            )
HURST-EULESS-BEDFORD                              )
1600 Hospital Parkway                             )
Bedford, Texas 76022                              )
                                                  )
TEXAS HEALTH HARRIS METHODIST HOSPITAL            )
SOUTHWEST FORT WORTH                              )
6100 Harris Parkway                               )
Fort Worth, Texas 76132                           )

)
TEXAS HEALTH HARRIS METHODIST HOSPITAL    )
STEPHENVILLE    )
411 North Belknap Street    )
Stephenville, Texas 76401    )
)
TEXAS HEALTH PREBYTERIAN HOSPITAL    )
KAUFMAN    )
850 Ed Hall Drive    )
Kaufman, Texas 75142    )
)
TEXAS HEALTH PRESBYTERIAN HOSPITAL    )
ALLEN    )
1105 Central Expressway North    )
Allen, Texas 75013    )
)
TEXAS HEALTH PRESBYTERIAN HOSPITAL    )
DALLAS    )
8200 Walnut Hill Lane    )
Dallas, Texas 75231    )
)
TEXAS HEALTH PRESBYTERIAN HOSPITAL    )
DENTON    )
3000 North Interstate 35    )
Denton, Texas 76201    )
)
TEXAS HEALTH PRESBYTERIAN HOSPITAL    )
PLANO    )
6200 West Parker Road    )
Plano, Texas 75093    )
)
TEXAS SPINE AND JOINT HOSPITAL LTD.    )
1814 Roseland Boulevard    )
Tyler, Texas 75701    )
)
THE BRIGHAM AND WOMEN'S HOSPITAL, INC.    )
75 Francis Street    )
Boston, Massachusetts 02115    )
)
THE BRONX-LEBANON HOSPITAL CENTER    )
1276 Fulton Avenue    )
Bronx, New York 10456    )
)
THE CARLE FOUNDATION HOSPITAL    )
611 West Park Street    )
Urbana, Illinois 61801    )

THE CHAMBERSBURG HOSPITAL                              )
112 North Seventh Street                              )
Chambersburg, Pennsylvania 17201                     )
                                                     )
THE CLEVELAND CLINIC FOUNDATION                      )
9500 Euclid Avenue                                   )
Cleveland, Ohio 44195                                )
                                                     )
THE COMMUNITY HOSPITAL OF BRAZOSPORT                 )
d/b/a BRAZOSPORT REGIONAL HEALTH SYSTEM              )
100 Medical Drive                                    )
Lake Jackson, Texas 77566                            )
                                                     )
THE FORT HAMILTON HOSPITAL                           )
630 Eaton Avenue                                     )
Hamilton, Ohio 45013                                 )
                                                     )
THE FREDERICK FERRIS THOMPSON HOSPITAL               )
350 Parrish Street                                   )
Canandaigua, New York 14424                          )
                                                     )
THE GOOD SAMARITAN HOSPITAL OF                       )
CINCINNATI, OHIO                                     )
375 Dixmyth Avenue                                   )
Cincinnati, Ohio 45220                               )
                                                     )
THE GOOD SAMARITAN HOSPITAL OF                       )
LEBANON, PENNSYLVANIA                                )
4th and Walnut Street                                )
Lebanon, Pennsylvania 17042                          )
                                                     )
THE GOOD SHEPHERD HOSPITAL, INC. d/b/a               )
GOOD SHEPHERD MEDICAL CENTER                         )
700 East Marshall Avenue                             )
Longview, Texas 75601                                )
                                                     )
THE HOWARD UNIVERSITY d/b/a HOWARD                   )
UNIVERSITY HOSPITAL                                  )
2041 Georgia Avenue NW                               )
Washington, District of Columbia 20060               )
                                                     )
THE INGALLS MEMORIAL HOSPITAL                        )
1 Ingalls Drive                                      )
Harvey, Illinois 60426                               )

THE JAMAICA HOSPITAL MEDICAL CENTER )
DIAGNOSTIC AND TREATMENT CENTER CORP. )
8900 Van Wyck Expressway )
Jamaica, New York 11418 )
 )
THE JEFFERSON MEMORIAL HOSPITAL )
ASSOCIATION d/b/a JEFFERSON REGIONAL )
MEDICAL CENTER )
Highway 61 South )
Crystal City, Missouri 63019 )
 )
THE KINGSTON HOSPITAL )
396 Broadway )
Kingston, New York 12401 )
 )
THE MANCHESTER MEMORIAL HOSPITAL )
71 Haynes Street )
Manchester, Connecticut 06040 )
 )
THE MASSACHUSETTS GENERAL HOSPITAL )
55 Fruit Street )
Boston, Massachusetts 02114 )
 )
THE MEDICAL CENTER OF CENTRAL GEORGIA, )
INC. )
777 Hemlock Street )
Macon, Georgia 31201 )
 )
THE MEDICAL CENTER OF SOUTHEAST TEXAS, )
LP f/k/a PARK PLACE MEDICAL CENTER, LP )
117 Seaboard Lane )
Building E )
Franklin, Tennessee 37067 )
 )
THE MEDICAL CENTER, INC. )
710 Center Street )
Columbus, Georgia 31901 )
 )
THE MEMORIAL HOSPITAL OF WILLIAM F. )
AND GERTRUDE F. JONES, INC. d/b/a JONES )
MEMORIAL HOSPITAL )
191 North Main Street )
Wellsville, New York 14895 )

THE MEMORIAL HOSPITAL, INC. OF TOWANDA,          )
PENNSYLVANIA                                     )
One Hospital Drive                              )
Towanda, Pennsylvania 18848                     )
                                                )
THE MERCY HOSPITAL, INC.                        )
271 Carew Street                               )
Springfield, Massachusetts 01104               )
                                                )
THE METHODIST HOSPITAL                          )
6565 Fannin Street                             )
Houston, Texas 77030                           )
                                                )
THE MOUNT SINAI HOSPITAL                        )
One Gustave L. Levy Place                       )
New York, New York 10029                        )
                                                )
THE MOUNT VERNON HOSPITAL                       )
12 North 7th Avenue                            )
Mount Vernon, New York 10550                    )
                                                )
THE NEW YORK AND PRESBYTERIAN HOSPITAL          )
d/b/a NEW YORK-PRESBYTERIAN/WEILL              )
CORNELL MEDICAL CENTER                          )
525 East 68th Street                           )
New York, New York 10065                        )
                                                )
THE NEW YORK COMMUNITY HOSPITAL OF              )
BROOKLYN, INC.                                  )
2525 Kings Highway                             )
Brooklyn, New York 11229                        )
                                                )
THE NEW YORK HOSPITAL MEDICAL CENTER            )
OF QUEENS                                       )
56-45 Main Street                              )
Flushing, New York 11355                        )
                                                )
THE PARMA COMMUNITY GENERAL HOSPITAL            )
ASSOCIATION                                     )
7007 Powers Boulevard                          )
Parma, Ohio 44129                              )
                                                )
THE PRESBYTERIAN HOSPITAL                       )
200 Hawthorne Lane                             )
Charlotte, North Carolina 28204                )

)
THE READING HOSPITAL AND MEDICAL            )
CENTER                                      )
6th Avenue and Spruce Street                )
Reading, Pennsylvania 19611                 )
                                            )
THE ROCHESTER GENERAL HOSPITAL              )
1425 Portland Avenue                        )
Rochester, New York 14621                   )
                                            )
THE ROCKVILLE GENERAL HOSPITAL              )
INCORPORATED                                )
31 Union Street                             )
Vernon, Connecticut 06066                   )
                                            )
THE SARATOGA HOSPITAL                       )
211 Church Street                           )
Saratoga Springs, New York 12866            )
                                            )
THE SOUTHAMPTON HOSPITAL ASSOCIATION        )
d/b/a SOUTHAMPTON HOSPITAL                   )
240 Meeting House Lane                       )
Southampton, New York 11968                 )
                                            )
THE ST. LUKE'S - ROOSEVELT HOSPITAL         )
CENTER                                      )
1111 Amsterdam Avenue                       )
New York, New York 10025                    )
                                            )
THE SUSAN B. ALLEN MEMORIAL HOSPITAL        )
720 West Central Avenue                     )
El Dorado, Kansas 67042                     )
                                            )
THE UNIVERSITY OF CHICAGO MEDICAL           )
CENTER                                      )
5841 South Maryland Avenue                  )
Chicago, Illinois 60637                     )
                                            )
THE WASHINGTON HOSPITAL                     )
155 Wilson Ave                              )
Washington, Pennsylvania 15301              )
                                            )
THE WATERBURY HOSPITAL                      )
64 Robbins Street                           )
Waterbury, Connecticut 06708                )

THE WILLIAMSPORT HOSPITAL )
777 Rural Avenue )
Wiiliamsport, Pennsylvania 17701 )
)
THREE RIVERS AREA HOSPITAL AUTHORITY )
d/b/a THREE RIVERS HEALTH )
701 South Health Parkway )
Three Rivers, Michigan 49093 )
)
TITUS COUNTY HOSPITAL DISTRICT d/b/a )
TITUS REGIONAL MEDICAL CENTER )
2001 North Jefferson Avenue )
Mount Pleasant, Texas 75455 )
)
TLC HEALTH NETWORK )
100 Memorial Drive )
Gowanda, New York 14070 )
)
TOMBALL HOSPITAL AUTHORITY d/b/a )
TOMBALLREGIONAL HOSPITAL )
605 Holderrieth Boulevard )
Tomball, Texas 77375 )
)
TOWN & COUNTRY HOSPITAL, LP )
6001 Webb Road )
Tampa, Florida 33615 )
)
TRINITAS REGIONAL MEDICAL CENTER, A )
NEW JERSEY NONPROFIT CORPORATION )
225 Williamson Street )
Elizabeth, New Jersey 07207 )
)
TRUSTEES OF MEASE HOSPITAL, INC. d/b/a )
MEASE COUNTRYSIDE HOSPITAL )
3231 McMullen Booth Road )
Safety Harbor, Florida 34695 )
)
TRUSTEES OF MEASE HOSPITAL, INC. d/b/a )
MEASE DUNEDIN HOSPITAL )
601 Main Street )
Dunedin, Florida 34698 )
)
UMASS MEMORIAL HEALTH CARE, INC. d/b/a )
MARLBOROUGH HOSPITAL )
One Biotech Park )
365 Plantation Street )
Worcester, Massachusetts 01605 )

UMASS MEMORIAL HEALTH CARE. INC. d/b/a                    )
UMASS MEMORIAL MEDICAL CENTER                             )
One Biotech Park                                          )
365 Plantation Street                                     )
Worcester, Massachusetts 01605                            )
                                                          )
UNITED HEALTH SERVICES HOSPITALS, INC.                    )
10-42 Mitchell Avenue                                     )
Phelps Hall 4                                             )
Binghamton, New York 13903                                )
                                                          )
UNIVERSITY HEALTH SERVICES, INC. d/b/a                    )
UNIVERSITY HEALTH CARE SYSTEM                             )
1350 Walton Way                                           )
Augusta, Georgia 30901                                    )
                                                          )
UNIVERSITY HOSPITALS BEDFORD MEDICAL                      )
CENTER                                                    )
44 Blaine Avenue                                          )
Bedford, Ohio 44146                                       )
                                                          )
UNIVERSITY HOSPITALS CLEVELAND MEDICAL                    )
CENTER d/b/a UNIVERSITY HOSPITALS CASE                    )
MEDICAL CENTER                                            )
1100 Euclid Avenue                                        )
Cleveland, Ohio 44106                                     )
                                                          )
UNIVERSITY HOSPITALS GEAUGA MEDICAL                       )
CENTER                                                    )
13207 Ravenna Road                                        )
Chardon, Ohio 44024                                       )
                                                          )
UNIVERSITY HOSPITALS RICHMOND MEDICAL                     )
CENTER                                                    )
27110 Chardon Road                                        )
Richmond Heights, Ohio 44143                              )
                                                          )
UNIVERSITY MEDICAL CENTER OF SOUTHERN                     )
NEVADA                                                    )
1800 West Charleston Boulevard                            )
Las Vegas, Nevada 89102                                   )
                                                          )
UNIVERSITY MEDICAL CENTER, INC. d/b/a                     )
UNIVERSITY OF LOUISVILLE HOSPITAL                         )
530 South Jackson Street                                  )
Louisville, Kentucky 40202                                )

UNIVERSITY OF KENTUCKY d/b/a UNIVERSITY    )
OF KENTUCKY HOSPITAL                       )
800 Rose Street                            )
Lexington, Kentucky 40536                  )
                                           )
UNIVERSITY OF ROCHESTER, STRONG            )
MEMORIAL HOSPITAL DIVISION                 )
601 Elmwood Avenue                         )
Rochester, New York 14642                  )
                                           )
UPMC HAMOT d/b/a HAMOT MEDICAL CENTER      )
201 State Street                           )
Erie, Pennsylvania 16550                   )
                                           )
UPPER VALLEY MEDICAL CENTER                )
3130 North Dixie Highway                   )
Troy, Ohio 45373                           )
                                           )
UVALDE COUNTY HOSPITAL AUTHORITY d/b/a     )
UVALDE MEMORIAL HOSPITAL                    )
1025 Garner Field road                     )
Uvalde, Texas 78801                        )
                                           )
VAL VERDE HOSPITAL CORPORATION             )
801 Bedell Avenue                          )
Del Rio, Texas 78840                       )
                                           )
VALLEY BAPTIST MEDICAL CENTER              )
2101 Pease Street                          )
Harlingen, Texas 78551                     )
                                           )
VALLEY BAPTIST MEDICAL CENTER -            )
BROWNSVILLE                                )
1040 West Jefferson                        )
Brownsville, Texas 78520                   )
                                           )
VHS ACQUISITION CORPORATION d/b/a          )
MARYVALE HOSPITAL                          )
20 Burton Hills Boulevard                  )
Suite 100                                  )
Nashville, Tennessee 37215                 )
                                           )
VHS ACQUISITION SUBSIDIARY NUMBER 1,       )
INC. d/b/a PARADISE VALLEY HOSPITAL        )
20 Burton Hills Boulevard                  )
Suite 100                                  )
Nashville, Tennessee 37215                 )

VHS ACQUISITION SUBSIDIARY NUMBER 3, INC.    )
d/b/a LOUIS A. WEISS MEMORIAL HOSPITAL    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )
    )
VHS ACQUISITION SUBSIDIARY NUMBER 7, INC.    )
d/b/a SAINT VINCENT HOSPITAL    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )
    )
VHS ACQUISITION SUBSIDIARY NUMBER 9, INC.    )
d/b/a METROWEST MEDICAL CENTER    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )
    )
VHS DETROIT RECEIVING HOSPITAL, INC. d/b/a    )
DETROIT RECEIVING HOSPITAL AND    )
UNIVERSITY HEALTH CENTER    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )
    )
VHS HARPER-HUTZEL HOSPITAL, INC. d/b/a    )
HARPER-HUTZEL HOSPITAL    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )
    )
VHS HURON VALLEY-SINAI HOSPITAL, INC.    )
d/b/a HURON VALLEY-SINAI HOSPITAL    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )
    )
VHS OF ARROWHEAD, INC. d/b/a ARROWHEAD    )
HOSPITAL    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )
    )
VHS OF ILLINOIS, INC. d/b/a MACNEAL HOSPITAL    )
20 Burton Hills Boulevard    )
Suite 100    )
Nashville, Tennessee 37215    )

VHS OF PHOENIX, INC. d/b/a PHOENIX BAPTIST )
HOSPITAL )
20 Burton Hills Boulevard )
Suite 100 )
Nashville, Tennessee 37215 )
 )
VHS SAN ANTONIO PARTNERS, LLC d/b/a )
BAPTIST HEALTH SYSTEMS )
20 Burton Hills Boulevard )
Suite 100 )
Nashville, Tennessee 37215 )
 )
VHS SINAI-GRACE HOSPITAL, INC. d/b/a SINAI- )
GRACE HOSPITAL )
20 Burton Hills Boulevard )
Suite 100 )
Nashville, Tennessee 37215 )
 )
VHS WEST SUBURBAN MEDICAL CENTER, INC. )
d/b/a WEST SUBURBAN MEDICAL CENTER )
20 Burton Hills Boulevard )
Suite 100 )
Nashville, Tennessee 37215 )
 )
VHS WESTLAKE HOSPITAL, INC. d/b/a WESTLAKE )
HOSPITAL )
20 Burton Hills Boulevard )
Suite 100 )
Nashville, Tennessee 37215 )
 )
VIA CHRISTI HOSPITAL PITTSBURG, INC. f/k/a )
MT. CARMEL REGIONAL MEDICAL CENTER )
1 Mt. Carmel Way )
Pittsburg, Kansas 66762 )
 )
VIA CHRISTI HOSPITAL WICHITA ST. TERESA, )
INC. )
14800 West St. Teresa )
Wichita, Kansas 67235 )
 )
VIA CHRISTI HOSPITALS WICHITA, INC. f/k/a )
VIA CHRISTI REGIONAL MEDICAL CENTER, INC. )
929 North Saint Francis Street )
Wichita, Kansas 67214 )

VIRGINIA MASON MEDICAL CENTER )
925 Seneca Street )
Seattle, Washington 98111 )
)
W.A. FOOTE MEMORIAL HOSPITAL d/b/a )
ALLEGIENCE HEALTH )
205 North East Avenue )
Jackson, Michigan 49201 )
)
WACCAMAW COMMUNITY HOSPITAL )
4070 Highway 17 )
Murrells Inlet, South Carolina 29576 )
)
WADLEY REGIONAL MEDICAL CENTER )
1000 Pine Street )
Texarkana, Texas 75501 )
)
WALKER COUNTY HOSPITAL CORPORATION )
d/b/a HUNTSVILLE MEMORIAL HOSPITAL )
110 Memorial Hospital Drive )
Huntsville, Texas 77340 )
)
WASHINGTON REGIONAL MEDICAL CENTER )
3215 North North Hills Boulevard )
Fayetteville, Arkansas 72703 )
)
WAYNESBORO HOSPITAL )
501 East Main Street )
Waynesboro, Pennsylvania 17268 )
)
WELLMONT HEALTH SYSTEM d/b/a WELLMONT )
BRISTOL REGIONAL MEDICAL CENTER )
One Medical Park Boulevard )
150W )
Bristol, Tennessee 37620 )
)
WELLMONT HEALTH SYSTEM d/b/a WELLMONT )
HOLSTON VALLEY MEDICAL CENTER )
130 Ravine Road )
Kingsport, Tennessee 37660 )
)
WELLMONT HEALTH SYSTEM d/b/a WELLMONT )
LONESOME PINE HOSPITAL )
1990 Holton Avenue, E )
Big Stone Gap, Virginia 24219 )

WENTWORTH-DOUGLASS HOSPITAL )
789 Central Avenue )
Dover, New Hampshire 03820 )
)
WEST ALLIS MEMORIAL HOSPITAL, INC. )
8901 West Lincoln Avenue )
West Allis, Wisconsin 53227 )
)
WHITE PLAINS HOSPITAL MEDICAL CENTER )
d/b/a WHITE PLAINS HOSPITAL CENTER )
Davis Avenue at East Post Road )
White Plains, New York 10601 )
)
WILLAMETTE FALLS HOSPITAL d/b/a )
PROVIDENCE WILLAMETTE FALLS MEDICAL )
CENTER )
1500 Division Street )
Oregon City, Oregon 97045 )
)
WILSON MEDICAL CENTER )
1705 Tarboro Street S.W. )
Wilson, North Carolina 27893 )
)
WINDBER HOSPITAL, INC. d/b/a WINDBER )
MEDICAL CENTER )
600 Somerset Avenue )
Windber, Pennsylvania 15963 )
)
WING MEMORIAL HOSPITAL CORPORATION )
40 Wright Street )
Palmer, Massachusetts 01069 )
)
WSNCHS NORTH, INC. f/d/b/a NEW ISLAND )
HOSPITAL d/b/a ST. JOSEPH HOSPITAL )
4295 Hempstead Turnpike )
Bethpage, New York 11714 )
)
Plaintiffs, )
)
v. )
)

Kathleen Sebelius, Secretary,                              )
United States Department of Health and Human Services    )
200 Independence Avenue, S.W.                              )
Washington, DC  20201,                                    )
                                                          )
        Defendant.                               )
_____)

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR SUMS DUE UNDER THE MEDICARE ACT

### I.    INTRODUCTION AND NATURE OF SUIT

1.      This is an action for review of the amount of the payment made for inpatient hospital services under the Medicare prospective payment system ("PPS") pursuant to a final rule adopted by the defendant Secretary of the U.S. Department of Health & Human Services ("Secretary") for Federal fiscal year 2011 ("FFY 2011").  On January 14, 2011, the U.S. Court of Appeals for the District of Columbia Circuit addressed this same issue when it vacated the analogous portion of the Secretary's FFY 2007 and 2008 rules.  Cape Cod Hosp. v. Sebelius, 630 F.3d 203, 216-17 (D.C. Cir. 2011).

2.      Several factors are used to calculate Medicare payments under PPS, including a "standardized amount" and a "wage index."  The standardized amount is the base payment rate under the PPS, and a hospital's wage index adjusts that base payment rate upward or downward to reflect average hospital wage levels in the hospital's region.

3.      In 1997, Congress established a "rural floor" for the wage index for all fiscal years after Federal fiscal year 1997.  Balanced Budget Act of 1997, § 4410(a), Pub. L. No. 105-33 ("BBA"), 42 U.S.C. § 1395ww note.  The wage index for rural hospitals in a given State essentially sets the minimum wage index, or "floor," for hospitals in the urban areas of the same State.  Congress intended for the rural floor to redistribute Medicare payments among hospitals by increasing the wage index (and thus payments) for a hospital located in an urban area that, absent the rural floor, would be assigned a wage index value lower than the wage index for rural

hospitals in the same State.  Id.  Congress required, however, that the rural floor have a budget neutral effect on Medicare payments to all hospitals, directing the Secretary to adjust the wage index "in a manner which assures that the aggregate payments made . . . are not greater or less than those which would have been made" if the rural floor did not apply.  Id. § 4410(b) (emphasis added).   Overall, Congress intended for the rural floor to have the effect of redistributing Medicare PPS payments among hospitals without increasing or decreasing the total Medicare PPS payments to all hospitals – to adjust the relative size of each hospital's "slice" of the reimbursement "pie," in other words, without changing the size of the pie itself.

4.    For FFY 2007 and prior years, the Secretary's agency has said that it accounted for the effect of the wage index rural floor through a "cumulative" adjustment to the "standardized amount," the base payment rate that each Medicare hospital receives.  Properly applied, in the first year of the rural floor, a cumulative adjustment would reduce the base payment rate to offset the total projected increase in payment that otherwise would result from the application of the rural floor to the wage index.  For example, if the rural floor produced an increase in the wage index that would result in an additional payment of $1 to an urban hospital, that dollar of additional reimbursement would be offset by an across-the-board downward adjustment in the standardized amount applicable to all hospitals.  The standardized amount would be adjusted in this way in order to maintain budget neutrality as Congress required – to keep the reimbursement "pie" the same size.  For subsequent years, an appropriate cumulative adjustment should account only for the incremental change, if any, in the effect of the rural floor from one year to the next.  For example, if the rural floor produced a further increase of 25 cents in the urban hospital's payment in Year Two over its Year One payment, the additional 25-cent increment would be offset through a downward adjustment to the standardized amount in Year

Two.  This cumulative adjustment would remove the incremental 25-cent increase in and for Year Two, not the total $1.25 effect of the rural floor, because $1 of that $1.25 increase was already offset in and through a downward adjustment to the standardized amount in Year One.  If there was no rural floor adjustment at all in Year Two versus Year One, moreover, no additional adjustment to the standardized amount would be necessary.

5.      The issue in this case stems from a basic math error in the Secretary's calculation and application of what were supposed to be "cumulative" adjustments to the standardized amount for the effect of the rural floor in the final PPS rules for FFY 2007 and prior years – an error that has continued to improperly deflate the standardized amount for FFY 2008 and subsequent years.  As a result of that error, adjustments made to the standardized amount for the effect of the rural floor on the wage index for FFY 2007 and all prior years have had a compounding, duplicative effect from year to year, so that, under the methodology the Secretary actually used, the standardized amount would be reduced from one year to the next even if the effect of the rural floor did not change from one year to the next.  Using the same simple example provided above, the same $1 in rural floor adjustments recovered in Year One would be offset again and again in subsequent years through duplicative downward adjustments to the standardized amounts (i.e., the "pie" would get smaller), even if there were no change in the effect of the rural floor in those years (i.e., the relative size of the "slices" stayed the same).

6.      During the comment period on the rule setting the Medicare payment rates for FFY 2007, the Secretary was notified that the calculation of the cumulative rural floor budget neutrality adjustment applied to the standardized amount was erroneous.  The Secretary and her agency failed to respond to, or even acknowledge, that comment on the rule for FFY 2007.  The

agency also did not change its calculation of the rural floor budget neutrality adjustment for FFY 2007.

7.      After many hospitals appealed from the determination of the Medicare payment rates for FFY 2007, the Secretary proposed a change in implementation of the rural floor budget neutrality adjustment for FFY 2008.  In particular, the Secretary proposed to implement the rural floor budget neutrality requirement through a "non-cumulative" adjustment to a different component of the PPS payment formula – the wage index – instead of a cumulative adjustment to the standardized amount.  Properly applied, a non-cumulative adjustment to the wage index would measure the full effect of the rural floor for each year, and each year's adjustment would remove an amount corresponding to the total projected increase in payment that otherwise would result from the application of the rural floor for that year, without duplicating any prior adjustment.

8.      In the final rule for FFY 2008, the Secretary adopted the proposed change to a non-cumulative adjustment to the wage index, and then reduced the wage index for FFY 2008 by an amount projected to reflect the full effect of the rural floor in that year.  In the same rule, the Secretary also increased the standardized amount by a small percentage.  In the preamble to the final rule, the Secretary stated that this add-back to the standardized amount restored what was removed from the standardized amount to account for the effect of the rural floor in the previous year only, FFY 2007, but not the full amount that was already removed from the standardized amount for the effect of the rural floor in all prior years since 1998 (when the rural floor became effective).  Because the rural floor adjustment to the wage index for FFY 2008 removed the full effect of the rural floor for FFY 2008, and because the add-back to the standardized amount restored less than the full amount previously removed from the standardized amount for the

effect of the rural floor in all prior years, aggregate payments for FFY 2008 and all subsequent years are, and always will be, less than the payment that would be made for current and future periods if the rural floor had not been established.  The Secretary has thus violated the budget neutrality requirement of section 4410(b) of the BBA by applying the "budget neutrality" adjustment in a manner that is not budget neutral at all, but instead ratchets payments downward each year.

9.      The preamble to the proposed and final rule for FFY 2008 also stated the Secretary's position that both the prior and the new methods for implementing the rural floor budget neutrality requirement were equally compatible with the statute and produced substantially the same results, yet the Secretary declined to identify the reason for the change in implementation, as commenters had requested.  In response to a comment that the Secretary should disclose known errors in the prior adjustments and the current impact of those errors so that hospitals could have meaningful opportunity to evaluate the impact and validity of the proposed changes for FFY 2008, the Secretary simply demurred that errors are unavoidable and beyond the scope of the rule for 2008 and that, in any event, she has a policy against correcting for current and future effects of past errors in the establishment of PPS rates.

10.      The Secretary's determination of the standardized amount for 2011 is wrong and must be corrected.  For FFY 2011, the Secretary has implemented the rural floor budget neutrality requirement in a way that assures that aggregate payments are not budget neutral. Instead of effecting adjustments that maintain an aggregate level of payment while redistributing payments among hospitals through the rural floor, the Secretary's "budget neutrality" adjustments yielded aggregate payments for past, present, and future years that are systematically less than the payments that would have been made if the rural floor had not been established.

This is a plain violation of the clear mandate of section 4410(b) of the BBA. Moreover, the identification of this error was obscured for years by the lack of clarity and relevant detail in the Secretary's notices of the final rules for the PPS. Making matters worse, after having been put on notice of her error in 2006, the Secretary not only failed to correct the error but took steps to camouflage the error, even as she cemented the effect of that error into the Medicare payment rates that will be applied for subsequent years.

11.     On January 14, 2011, the United States Court of Appeals for the District of Columbia Circuit vacated these very same provisions of the Secretary's rulemaking for FFY 2007 and FFY 2008. Cape Cod Hosp. v. Sebelius, 630 F.3d 203, 216-17 (D.C. Cir. 2011).

12.     The plaintiff hospitals in this case timely appealed the Secretary's final determination of the PPS payment rates for FFY 2011 to the Secretary's Provider Reimbursement Review Board ("PRRB" or "Board") pursuant to 42 U.S.C. § 1395oo(a).

13.     The PRRB found that administrative review of the issue in this case is precluded by the Medicare statute and regulations in decisions dated May 9, 2011 and May 19, 2011. Alternatively, the Board concluded that if it has jurisdiction, then plaintiffs' appeals would be appropriate for expedited judicial review under 42 U.S.C. § 1395oo(f)(1) because the Board "is without authority to decide the legal question" at issue.

14.     The Secretary has conceded in prior cases that the Board and this Court have jurisdiction over the issue presented here. In Cape Cod Hosp. v. Leavitt, the Secretary conceded that the Board erred in its determination that the Medicare statute and regulations preclude review over the rural floor budget neutrality adjustment. See Defendant's Motion to Dismiss and Remand at 2, Cape Cod Hosp. v. Leavitt, 565 F. Supp. 2d 137 (D.D.C. 2008) (Civ. No. 07-1883-RCL); see also Consent Motion to Stay, Piedmont Hosp., Inc. v. Sebelius, Civ. No. 08-2105-

RCL (D.D.C. filed Feb. 2, 2009).  Indeed, in remanding Cape Cod, this Court expressly noted the Secretary's concession that the Board's jurisdiction decisions were erroneous.  See Cape Cod Hosp., 565 F. Supp. 2d at 137.

15.     The Administrator of CMS has concluded that jurisdiction over this issue is proper.  See, e.g., Crozer-Keystone Hospital Specific 2007 Wage Index Rural Floor Group, Adm'r Dec., reprinted in Medicare & Medicaid Guide (CCH) ¶ 82,508 (Dec. 21, 2009); see also Complaint at 24, Crozer Chester Med. Ctr. v. Sebelius, Civ. No. 10-263-RCL (D.D.C. filed Feb. 19, 2010).

## II.     PARTIES

16.     Plaintiffs owned or operated the entities that owned or operated, the following hospitals that bring this action for FFY 2011:

(1)     Accord Medical Management, LP d/b/a Nix Health Care System, Medicare Provider No. 45-0130;

(2)     Adirondack Medical Center, Medicare Provider No. 33-0079;

(3)     Alamance Regional Medical Center, Inc., Medicare Provider No. 34-0070;

(4)     Albany Medical Center Hospital d/b/a Albany Medical Center, Medicare Provider No. 33-0013;

(5)     Alegent Health – Bergan Mercy Health System d/b/a Alegent Health Bergan Mercy Medical Center, Medicare Provider No. 28-0060;

(6)     Alegent Health – Bergan Mercy Health System d/b/a Alegent Health Mercy Hospital, Council Bluffs, Iowa, Medicare Provider No. 16-0028;

(7)     Alegent Health - Immanuel Medical Center, Medicare Provider No. 28-0081;

(8)     Alegent Health Lakeside Hospital, Medicare Provider No. 28-0130;

(9)     Alegent Health Midlands Hospital, Medicare Provider No. 28-0105;

(10)    Alexian Brothers Medical Center, Medicare Provider No. 14-0258;

(11)   Allina Health System d/b/a Abbott Northwestern Hospital, Medicare Provider No. 24-0057;

(12)   Allina Health System d/b/a Buffalo Hospital, Medicare Provider No. 24-0076;

(13)   Allina Health System d/b/a Cambridge Medical Center, Medicare Provider No. 24-0020;

(14)   Allina Health System d/b/a Mercy Hospital, Medicare Provider No. 24-0115;

(15)   Allina Health System d/b/a Owatonna Hospital, Medicare Provider No. 24-0069;

(16)   Allina Health System d/b/a United Hospital, Medicare Provider No. 24-0038;

(17)   Allina Health System d/b/a Unity Hospital, Medicare Provider No. 24-0132;

(18)   Alton Memorial Hospital, Medicare Provider No. 14-0002;

(19)   Anderson Regional Medical Center, Medicare Provider No. 25-0104;

(20)   Angleton Danbury Hospital District d/b/a Angleton Danbury Medical Center, Medicare Provider No. 45-0591;

(21)   Appalachian Regional Healthcare, Inc. d/b/a Beckley ARH Hospital, Medicare Provider No. 51-0062;

(22)   Appalachian Regional Healthcare, Inc. d/b/a Harlan ARH Hospital, Medicare Provider No. 18-0050;

(23)   Appalachian Regional Healthcare, Inc. d/b/a Hazard ARH Regional Medical Center, Medicare Provider No. 18-0029;

(24)   Appalachian Regional Healthcare, Inc. d/b/a Middlesboro ARH Hospital, Medicare Provider No. 18-0020;

(25)   Appalachian Regional Healthcare, Inc. d/b/a Whitesburg ARH Hospital, Medicare Provider No. 18-0002;

(26)   Appalachian Regional Healthcare, Inc. d/b/a Williamson ARH Hospital, Medicare Provider No. 18-0069;

(27)   Armstrong County Memorial Hospital, Medicare Provider No. 39-0163;

(28)   Arnot Ogden Medical Center, Medicare Provider No. 33-0090;

(29)    Ashland Hospital Corporation d/b/a King's Daughters Medical Center, Medicare Provider No. 18-0009;

(30)    Ashtabula County Medical Center, Medicare Provider No. 36-0125;

(31)    Atlanta Hospital Authority d/b/a Atlanta Memorial Hospital, Medicare Provider No. 45-0615;

(32)    Atlantic Health System, Inc. d/b/a Morristown Memorial Hospital, Medicare Provider No. 31-0015;

(33)    Atlantic Health System, Inc. d/b/a Overlook Hospital, Medicare Provider No. 31-0051;

(34)    AtlantiCare Regional Medical Center, Inc., Medicare Provider No. 31-0064;

(35)    Atrium Medical Center, Medicare Provider No. 36-0076;

(36)    Aurora Health Care Central, Inc. d/b/a Aurora Sheboygan Memorial Medical Center, Medicare Provider No. 52-0035;

(37)    Aurora Health Care Metro, Inc. f/k/a Aurora St. Luke's Medical Center, Medicare Provider No. 52-0138;

(38)    Aurora Health Care Southern Lakes, Inc. d/b/a Aurora Lakeland Medical Center, Medicare Provider No. 52-0102;

(39)    Aurora Health Care Southern Lakes, Inc. d/b/a Aurora Medical Center - Kenosha, Medicare Provider No. 52-0189;

(40)    Aurora Health Care Southern Lakes, Inc. d/b/a Aurora Memorial Hospital of Burlington, Medicare Provider No. 52-0059;

(41)    Aurora Medical Center - Washington County, Inc., Medicare Provider No. 52-0038;

(42)    Aurora Medical Center of Manitowoc County, Inc., Medicare Provider No. 52-0034;

(43)    Aurora Medical Center of Oshkosh, Inc., Medicare Provider No. 52-0198;

(44)    Avon Hospital Joint Venture, LLC d/b/a Amherst Hospital, Medicare Provider No. 36-0130;

(45)    Banner Baywood Heart Hospital, Medicare Provider No. 03-0105;

(46)    Banner Baywood Medical Center, Medicare Provider No. 03-0088;

(47)    Banner Desert Medical Center, Medicare Provider No. 03-0065;

(48)    Banner Estrella Medical Center, Medicare Provider No. 03-0115;

(49)    Banner Good Samaritan Medical Center, Medicare Provider No. 03-0002;

(50)    Banner Health d/b/a Banner Boswell Medical Center, Medicare Provider No. 03-0061;

(51)    Banner Health d/b/a Banner Del E. Webb Medical Center, Medicare Provider No. 03-0093;

(52)    Banner Health d/b/a Banner Gateway Medical Center, Medicare Provider No. 03-0122;

(53)    Banner Health d/b/a Banner Ironwood Medical Center, Medicare Provider No. 03-0130;

(54)    Banner Thunderbird Medical Center, Medicare Provider No. 03-0089;

(55)    Baptist Healthcare Affiliates, Inc. d/b/a Baptist Hospital Northeast, Medicare Provider No. 18-0138;

(56)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Baptist Regional Health Center, Medicare Provider No. 37-0004;

(57)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Bass Baptist Health Center, Medicare Provider No. 37-0016;

(58)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Blackwell Regional Hospital, Medicare Provider No. 37-0030;

(59)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Clinton Regional Hospital, Medicare Provider No. 37-0029;

(60)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Grove General Hospital, Medicare Provider No. 37-0113;

(61)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Mayes County Medical Center, Medicare Provider No. 37-0015;

(62)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Seminole Medical Center, Medicare Provider No. 37-0229;

(63)    Baptist Healthcare System, Inc. d/b/a Baptist Hospital East, Medicare Provider No. 18-0130;

(64)    Baptist Healthcare System, Inc. d/b/a Baptist Regional Medical Center, Medicare Provider No. 18-0080;

(65)    Baptist Healthcare System, Inc. d/b/a Central Baptist Hospital, Medicare Provider No. 18-0103;

(66)    Baptist Healthcare System, Inc. d/b/a Western Baptist Hospital, Medicare Provider No. 18-0104;

(67)    Baptist Hospitals of Southeast Texas d/b/a Baptist Beaumont Hospital, Medicare Provider No. 45-0346;

(68)    Baptist Hospitals of Southeast Texas d/b/a Baptist Orange Hospital, Medicare Provider No. 45-0005;

(69)    Baptist Memorial Health Care Corporation d/b/a Grenada Lake Medical Center, Medicare Provider No. 25-0015;

(70)    Baptist Memorial Hospital - North Mississippi, Inc., Medicare Provider No. 25-0034;

(71)    Baptist Memorial Hospital d/b/a Baptist Memorial Hospital - Memphis, Medicare Provider No. 44-0048;

(72)    Baptist Memorial Hospital-DeSoto, Inc., Medicare Provider No. 25-0141;

(73)    Baptist Memorial Hospital-Golden Triangle, Inc., Medicare Provider No. 25-0100;

(74)    Baptist Memorial Hospital-Tipton, Medicare Provider No. 44-0131;

(75)    Baptist Memorial Hospital-Union City, Medicare Provider No. 44-0130;

(76)    Baptist Memorial Hospital-Union County, Inc., Medicare Provider No. 25-0006;

(77)    Barnes-Jewish Hospital, Medicare Provider No. 26-0032;

(78)    Barnes-Jewish St. Peters Hospital, Inc., Medicare Provider No. 26-0191;

(79)    Barnes-Jewish West County Hospital, Medicare Provider No. 26-0162;

(80)    BayCare Aurora LLC d/b/a Aurora BayCare Medical Center, Medicare Provider No. 52-0193;

(81)    Baystate Franklin Medical Center, Medicare Provider No. 22-0016;

(82)    Baystate Mary Lane Hospital Corporation, Medicare Provider No. 22-0050;

(83)    Baystate Medical Center, Inc., Medicare Provider No. 22-0077;

(84)    Bedford Memorial Hospital, Medicare Provider No. 49-0088;

(85)    Benedictine Hospital, Medicare Provider No. 33-0224;

(86)    Berkshire Medical Center, Inc., Medicare Provider No. 22-0046;

(87)    Beth Israel Deaconess Hospital - Needham, Inc., Medicare Provider No. 22-0083;

(88)    Beth Israel Deaconess Medical Center, Inc., Medicare Provider No. 22-0086;

(89)    Beth Israel Medical Center, Medicare Provider No. 33-0169;

(90)    Blessing Hospital, Medicare Provider No. 14-0015;

(91)    Board of Trustees of MetroHealth System d/b/a MetroHealth Medical Center, Medicare Provider No. 36-0059;

(92)    Bon Secours - DePaul Medical Center, Inc., Medicare Provider No. 49-0011;

(93)    Bon Secours - Memorial Regional Medical Center, Inc., Medicare Provider No. 49-0069;

(94)    Bon Secours - Richmond Community Hospital, Incorporated, Medicare Provider No. 49-0094;

(95)    Bon Secours - St. Francis Medical Center, Inc., Medicare Provider No. 49-0136;

(96)    Bon Secours - St. Mary's Hospital of Richmond, Inc., Medicare Provider No. 49-0059;

(97)    Bon Secours Community Hospital, Medicare Provider No. 33-0135;

(98)    Boston Medical Center Corporation, Medicare Provider No. 22-0031;

(99)    Bowie Hospital Authority d/b/a Bowie Memorial Hospital, Medicare Provider No. 45-0497;

(100)   Bowling Green-Warren County Community Hospital Corporation d/b/a The Medical Center, Medicare Provider No. 18-0013;

(101)   Breech Regional Medical Center d/b/a St. John's Hospital-Lebanon, Medicare Provider No. 26-0059;

(102)   Bronson Methodist Hospital, Medicare Provider No. 23-0017;

(103)  Brookdale University Hospital Medical Center, Inc., Medicare Provider No. 33-0233;

(104)  Brookhaven Memorial Hospital Medical Center, Inc., Medicare Provider No. 33-0141;

(105)  Brooks Memorial Hospital, Medicare Provider No. 33-0229;

(106)  Cabell Huntington Hospital, Inc., Medicare Provider No. 51-0055;

(107)  Caldwell Memorial Hospital, Incorporated, Medicare Provider No. 34-0041;

(108)  Canton-Potsdam Hospital, Medicare Provider No. 33-0197;

(109)  Cape Cod Hospital, Medicare Provider No. 22-0012;

(110)  Carbon-Schuylkill Community Hospital, Inc. d/b/a St. Luke's Miners Memorial Hospital, Medicare Provider No. 39-0183;

(111)  Carilion Franklin Memorial Hospital, Medicare Provider No. 49-0089;

(112)  Carilion Medical Center, Medicare Provider No. 49-0024;

(113)  Carilion New River Valley Medical Center, Medicare Provider No. 49-0042;

(114)  Carilion Tazewell Community Hospital, Medicare Provider No. 49-0117;

(115)  Catawba Valley Medical Center, Medicare Provider No. 34-0143;

(116)  Catholic Health Initiatives - Iowa, Corp. d/b/a Mercy Medical Center, Medicare Provider No. 16-0083;

(117)  Catholic Health Initiatives Colorado d/b/a Centura Health – Penrose – St. Francis Health Services, Medicare Provider No. 06-0031;

(118)  Catholic Health Initiatives Colorado d/b/a Centura Health – St. Anthony Central Hospital, Medicare Provider No. 06-0015;

(119)  Catholic Health Initiatives Colorado d/b/a Centura Health – St. Anthony North Hospital, Medicare Provider No. 06-0104;

(120)  Catholic Health Initiatives Colorado d/b/a Centura Health – St. Mary Corwin Medical Center, Medicare Provider No. 06-0012;

(121)  Catholic Health Initiatives Colorado d/b/a Mercy Regional Medical Center, Medicare Provider No. 06-0013;

(122)    Catholic Health Initiatives Colorado d/b/a St. Thomas More Hospital, Medicare Provider No. 06-0016;

(123)    Catholic Medical Center, Medicare Provider No. 30-0034;

(124)    Central Kansas Medical Center, Medicare Provider No. 17-0033;

(125)    Central Washington Health Services Association d/b/a Central Washington Hospital, Medicare Provider No. 50-0016;

(126)    CGH Medical Center, Medicare Provider No. 14-0043;

(127)    CH Allied Services, Inc. d/b/a Boone Hospital Center, Medicare Provider No. 26-0068;

(128)    Chattanooga-Hamilton County Hospital Authority d/b/a Erlanger Health System, Medicare Provider No. 44-0104;

(129)    Chenango Memorial Hospital, Inc., Medicare Provider No. 33-0033;

(130)    Cheshire Medical Center, Medicare Provider No. 30-0019;

(131)    Christian Hospital Northeast - Northwest d/b/a Christian Hospital, Medicare Provider No. 26-0180;

(132)    Citizens Medical Center, Medicare Provider No. 45-0023;

(133)    City of Wooster d/b/a Wooster Community Hospital, Medicare Provider No. 36-0036;

(134)    Clallam County Public Hospital District No. 2 d/b/a Olympic Medical Center, Medicare Provider No. 50-0072;

(135)    Claxton-Hepburn Medical Center, Medicare Provider No. 33-0211;

(136)    Cleveland Clinic Florida Hospital (A Nonprofit Corporation), Medicare Provider No. 10-0289;

(137)    Cleveland Clinic Health System-East Region d/b/a Euclid Hospital, Medicare Provider No. 36-0082;

(138)    Cleveland Clinic Health System-East Region d/b/a Hillcrest Hospital, Medicare Provider No. 36-0230;

(139)    Cleveland Clinic Health System-East Region d/b/a Huron Hospital, Medicare Provider No. 36-0101;

(140)    Cleveland Clinic Health System-East Region d/b/a South Pointe Hospital, Medicare Provider No. 36-0144;

(141)   Clifton Springs Sanitarium Company d/b/a Clifton Springs Hospital & Clinic, Medicare Provider No. 33-0265;

(142)   Clinton County Hospital, Inc., Medicare Provider No. 18-0106;

(143)   Colorado Fayette Medical Center, Medicare Provider No. 45-0438;

(144)   Columbus Doctors Hospital, Inc. d/b/a Doctors Hospital of Columbus, Medicare Provider No. 11-0186;

(145)   Columbus Regional Healthcare System, Medicare Provider No. 34-0068;

(146)   Comanche County Hospital Authority d/b/a Comanche County Memorial Hospital, Medicare Provider No. 37-0056;

(147)   Community General Hospital of Greater Syracuse, Medicare Provider No. 33-0159;

(148)   Community Health Center of Branch County, Medicare Provider No. 23-0022;

(149)   Community Memorial Health System d/b/a Community Memorial Hospital, Medicare Provider No. 05-0394;

(150)   Concord Hospital, Inc., Medicare Provider No. 30-0001;

(151)   Cortland Regional Medical Center, Inc., Medicare Provider No. 33-0175;

(152)   Covenant Medical Center, Inc. d/b/a Covenant Healthcare, Medicare Provider No. 23-0070;

(153)   Cozby-Germany Hospital, Medicare Provider No. 45-0283;

(154)   Crittenden County Hospital, Inc. d/b/a Crittenden Health Systems, Medicare Provider No. 18-0095;

(155)   Crittenton Hospital Medical Center, Medicare Provider No. 23-0254;

(156)   Crozer Chester Medical Center, Medicare Provider No. 39-0180;

(157)   Cushing Memorial Hospital Corporation, Medicare Provider No. 17-0133;

(158)   Dallas County Hospital District d/b/a Parkland Health & Hospital System, Medicare Provider No. 45-0015;

(159)   Dameron Hospital Association, Medicare Provider No. 05-0122;

(160)   Davis Hospital and Medical Center, Medicare Provider No. 46-0041;

(161)   Davis Memorial Hospital, Medicare Provider No. 51-0030;

(162)   Dayton Osteopathic Hospital, Medicare Provider No. 36-0133;

(163)   Deborah Heart and Lung Center, Medicare Provider No. 31-0031;

(164)   Decatur Hospital Authority d/b/a Wise Regional Health System, Medicare Provider No. 45-0271;

(165)   Delaware County Memorial Hospital, Medicare Provider No. 39-0081;

(166)   DMC-Memphis, Inc. d/b/a Delta Medical Center, Medicare Provider No. 44-0159;

(167)   East Ohio Regional Hospital at Martin's Ferry, Medicare Provider No. 36-0080;

(168)   Ector County Hospital District d/b/a Medical Center Hospital, Medicare Provider No. 45-0132;

(169)   Elberton-Elbert County Hospital Authority d/b/a Elbert Memorial Hospital, Medicare Provider No. 11-0026;

(170)   Ella E.M. Brown Charitable Circle d/b/a Oaklawn Hospital, Medicare Provider No. 23-0217;

(171)   Elliot Hospital of the City of Manchester d/b/a Elliot Hospital, Medicare Provider No. 30-0012;

(172)   Ellis Hospital, Medicare Provider No. 33-0153;

(173)   Emerson Hospital, Medicare Provider No. 22-0084;

(174)   EMH Regional Medical Center, Medicare Provider No. 36-0145;

(175)   Ephraim McDowell Regional Medical Center, Inc., Medicare Provider No. 18-0048;

(176)   Episcopal Health Services, Inc. d/b/a St. John's Episcopal Hospital, Medicare Provider No. 33-0395;

(177)   Exeter Hospital, Inc., Medicare Provider No. 30-0023;

(178)   Fairmont General Hospital, Inc., Medicare Provider No. 51-0047;

(179)   Fairview Hospital, Medicare Provider No. 36-0077;

(180)   Falmouth Hospital Association, Inc. d/b/a Falmouth Hospital, Medicare Provider No. 22-0135;

(181)  Farmers Union Hospital Association d/b/a Great Plains Regional Medical Center, Medicare Provider No. 37-0019;

(182)  Faulkner Hospital, Inc., Medicare Provider No. 22-0119;

(183)  Faxton-St. Luke's Healthcare, Medicare Provider No. 33-0044;

(184)  Fayette Community Hospital, Inc. d/b/a Piedmont Fayette Hospital, Medicare Provider No. 11-0215;

(185)  Flaget Healthcare, Inc. d/b/a Flaget Memorial Hospital, Medicare Provider No. 18-0025;

(186)  Fleming County Hospital District d/b/a Fleming County Hospital, Medicare Provider No. 18-0053;

(187)  Fletcher Allen Heath Care, Inc., Medicare Provider No. 47-0003;

(188)  Florida Health Sciences Center Inc dba Tampa General Hospital, Medicare Provider No. 10-0128;

(189)  Floyd Healthcare Management, Inc. d/b/a Floyd Medical Center, Medicare Provider No. 11-0054;

(190)  Flushing Medical Center, Inc., Medicare Provider No. 33-0193;

(191)  Forest Hills Hospital, Medicare Provider No. 33-0353;

(192)  Forsyth Memorial Hospital, Inc., Medicare Provider No. 34-0014;

(193)  Franciscan Health System d/b/a St. Anthony Hospital, Medicare Provider No. 50-0151;

(194)  Franciscan Health System f/k/a Franciscan Health System – West d/b/a St. Clare Hospital, Medicare Provider No. 50-0021;

(195)  Franciscan Health System f/k/a Franciscan Health System – West d/b/a St. Francis Community Hospital, Medicare Provider No. 50-0141;

(196)  Franciscan Health System f/k/a Franciscan Health System – West d/b/a St. Joseph Medical Center, Medicare Provider No. 50-0108;

(197)  Franklin Hospital, Medicare Provider No. 33-0372;

(198)  Frio Hospital Association d/b/a Frio Regional Hospital, Medicare Provider No. 45-0293;

(199)  Gainesville Hospital District d/b/a North Texas Medical Center, Medicare Provider No. 45-0090;

(200)   Galichia Heart Hospital, LLC, Medicare Provider No. 17-0192;

(201)   Geisinger Medical Center, Medicare Provider No. 39-0006;

(202)   Geisinger Wyoming Valley Medical Center, Medicare Provider No. 39-0270;

(203)   Geneva General Hospital, Medicare Provider No. 33-0058;

(204)   Georgetown Memorial Hospital, Medicare Provider No. 42-0020;

(205)   Gila Regional Medical Center, Medicare Provider No. 32-0016;

(206)   Glen Cove Hospital, Medicare Provider No. 33-0181;

(207)   Goleta Valley Cottage Hospital, Medicare Provider No. 05-0357;

(208)   Good Samaritan Hospital, Medicare Provider No. 50-0079;

(209)   Good Samaritan Hospital, Medicare Provider No. 36-0052;

(210)   Good Samaritan Hospital Medical Center, Medicare Provider No. 33-0286;

(211)   Good Samaritan Hospital of Suffern, N.Y., Medicare Provider No. 33-0158;

(212)   Good Samaritan Hospital, Kearney, Nebraska, Medicare Provider No. 28-0009;

(213)   Gottlieb Memorial Hospital, Medicare Provider No. 14-0008;

(214)   Grays Harbor Community Hospital, Medicare Provider No. 50-0031;

(215)   Greene Memorial Hospital Inc., Medicare Provider No. 36-0026;

(216)   Guadalupe Regional Medical Center, Medicare Provider No. 45-0104;

(217)   Halifax Regional Medical Center, Inc., Medicare Provider No. 34-0151;

(218)   Hallmark Health System, Inc., Medicare Provider No. 22-0070;

(219)   Harborview Medical Center, Medicare Provider No. 50-0064;

(220)   Harnett Health System, Inc. d/b/a Betsy Johnson Regional Hospital, Medicare Provider No. 34-0071;

(221)   Harrington Memorial Hospital, Inc., Medicare Provider No. 22-0019;

(222)  Harris County Hospital District, Medicare Provider No. 45-0289;

(223)  Harrison County Hospital Association d/b/a Good Shepherd Medical Center Marshall, Medicare Provider No. 45-0032;

(224)  Harrison Medical Center, Medicare Provider No. 50-0039;

(225)  Hays Medical Center, Inc., Medicare Provider No. 17-0013;

(226)  HealthAlliance Hospitals, Inc., Medicare Provider No. 22-0001;

(227)  Hendrick Medical Center, Medicare Provider No. 45-0229;

(228)  Heritage Hospital, Inc., Medicare Provider No. 34-0107;

(229)  High Point Regional Health System, Medicare Provider No. 34-0004;

(230)  Highland Hospital of Rochester, Medicare Provider No. 33-0164;

(231)  Highlands Hospital Corporation d/b/a Highlands Regional Medical Center, Medicare Provider No. 18-0005;

(232)  Highline Medical Center, Medicare Provider No. 50-0011;

(233)  Hillcrest Baptist Medical Center, Medicare Provider No. 45-0101;

(234)  Hoboken Municipal Hospital Authority d/b/a Hoboken University Medical Center, Medicare Provider No. 31-0040;

(235)  Holy Cross Hospital, Inc., Medicare Provider No. 10-0073;

(236)  Hopkins County Hospital District d/b/a Hopkins County Memorial Hospital, Medicare Provider No. 45-0236;

(237)  Hospital Authority of The Metropolitan Government of Nashville and Davidson County d/b/a Nashville General Hospital, Medicare Provider No. 44-0111;

(238)  Hospital Development of West Phoenix, Inc. d/b/a West Valley Hospital, Medicare Provider No. 03-0110;

(239)  Hospital District No. 1, Snohomish County, WA d/b/a Valley General Hospital, Medicare Provider No. 50-0084;

(240)  Hospital of Saint Raphael, Medicare Provider No. 07-0001;

(241)  Hughston Hospital, Inc., Medicare Provider No. 11-0200;

(242) Hunt Memorial Hospital District d/b/a Hunt Regional Medical Center, Medicare Provider No. 45-0352;

(243) Hunterdon Medical Center, Medicare Provider No. 31-0005;

(244) Huntington Hospital Association d/b/a Huntington Hospital, Medicare Provider No. 33-0045;

(245) IASIS Glenwood Regional Medical Center, LP, Medicare Provider No. 19-0160;

(246) Iasis Healthcare, LLC d/b/a Memorial Hospital of Tampa, Medicare Provider No. 10-0206;

(247) Indiana Regional Medical Center, Medicare Provider No. 39-0173;

(248) INTEGRIS Baptist Medical Center, Inc., Medicare Provider No. 37-0028;

(249) INTEGRIS Rural Health, Inc. d/b/a INTEGRIS Canadian Valley Regional Hospital, Medicare Provider No. 37-0211;

(250) INTEGRIS South Oklahoma City Hospital Corporation d/b/a INTEGRIS Southwest Medical Center, Medicare Provider No. 37-0106;

(251) Jackson County Memorial Hospital Authority, Medicare Provider No. 37-0022;

(252) Jackson-Madison County General Hospital District d/b/a Jackson-Madison County General Hospital, Medicare Provider No. 44-0002;

(253) Jane Phillips Memorial Medical Center, Inc., Medicare Provider No. 37-0018;

(254) Jeanes Hospital, Medicare Provider No. 39-0080;

(255) Jennie Stuart Medical Center, Inc., Medicare Provider No. 18-0051;

(256) Jewish Hospital & St. Mary's HealthCare, Inc. d/b/a Jewish Hospital, Medicare Provider No. 18-0040;

(257) Jewish Hospital & St. Mary's Healthcare, Inc. d/b/a Jewish Hospital Shelbyville, Medicare Provider No. 18-0016;

(258) John D. Archbold Memorial Hospital, Inc., Medicare Provider No. 11-0038;

(259) John D. Archbold Memorial Hospital, Inc. d/b/a Grady General Hospital, Medicare Provider No. 11-0121;

(260)  John T. Mather Memorial Hospital of Port Jefferson, New York, Inc. d/b/a John T. Mather Memorial Hospital, Medicare Provider No. 33-0185;

(261)  Jordan Valley Medical Center, LP, Medicare Provider No. 46-0051;

(262)  Kadlec Regional Medical Center, Medicare Provider No. 50-0058;

(263)  Kaleida Health, Medicare Provider No. 33-0005;

(264)  Kansas Spine Hospital, L.L.C., Medicare Provider No. 17-0196;

(265)  Katherine Shaw Bethea Hospital, Medicare Provider No. 14-0012;

(266)  Kenmore Mercy Hospital, Medicare Provider No. 33-0102;

(267)  Kennedy Health System, Inc., Medicare Provider No. 31-0086;

(268)  Kennewick Public Hospital District d/b/a Kennewick General Hospital, Medicare Provider No. 50-0053;

(269)  Kettering Medical Center d/b/a Kettering Medical Center-Sycamore, Medicare Provider No. 36-0239;

(270)  Kettering Medical Center d/b/a Kettering Memorial Hospital, Medicare Provider No. 36-0079;

(271)  King County Public Hospital District No. 2 d/b/a Evergreen Healthcare, Medicare Provider No. 50-0124;

(272)  Kingsbrook Jewish Medical Center, Medicare Provider No. 33-0201;

(273)  Knapp Medical Center, Medicare Provider No. 45-0128;

(274)  Knox Community Hospital, Medicare Provider No. 36-0040;

(275)  Labette Health d/b/a Labette County Medical Center, Medicare Provider No. 17-0120;

(276)  Lakeland Hospitals at Niles and St. Joseph, Inc., Medicare Provider No. 23-0021;

(277)  Lakewood Hospital Association d/b/a Lakewood Hospital, Medicare Provider No. 36-0212;

(278)  Laughlin Memorial Hospital, Incorporated, Medicare Provider No. 44-0025;

(279)  Laurens County Health Care System, Medicare Provider No. 42-0038;

(280)   Lawrence General Hospital, Medicare Provider No. 22-0010;

(281)   Lawrence Hospital Center, Medicare Provider No. 33-0061;

(282)   Lawrence Memorial Hospital, Medicare Provider No. 17-0137;

(283)   Legacy Emanuel Hospital & Health Center, Medicare Provider No. 38-0007;

(284)   Legacy Good Samaritan Hospital and Medical Center d/b/a Legacy Good Samaritan Medical Center, Medicare Provider No. 38-0017;

(285)   Legacy Meridian Park Hospital, Medicare Provider No. 38-0089;

(286)   Legacy Mount Hood Medical Center, Medicare Provider No. 38-0025;

(287)   Legacy Salmon Creek Hospital, Medicare Provider No. 50-0150;

(288)   Lehigh Valley Hospital - Muhlenberg, Medicare Provider No. 39-0263;

(289)   Lehigh Valley Hospital, Inc., Medicare Provider No. 39-0133;

(290)   Lenox Hill Hospital, Medicare Provider No. 33-0119;

(291)   Lester E. Cox Medical Centers d/b/a Cox Health, Medicare Provider No. 26-0040;

(292)   Lincoln County Health System d/b/a Lincoln Medical Center, Medicare Provider No. 44-0102;

(293)   Loma Linda University Medical Center, Medicare Provider No. 05-0327;

(294)   Long Island College Hospital Inc, Medicare Provider No. 33-0152;

(295)   Long Island Jewish Medical Center, Medicare Provider No. 33-0195;

(296)   Lourdes Medical Center of Burlington County, A New Jersey Nonprofit Corporation, Medicare Provider No. 31-0061;

(297)   Loyola University Medical Center, Medicare Provider No. 14-0276;

(298)   LRGHealthcare d/b/a Lakes Region General Hospital, Medicare Provider No. 30-0005;

(299)   Lutheran Hospital, Medicare Provider No. 36-0087;

(300)   Lutheran Medical Center, Medicare Provider No. 33-0306;

(301)   Maimonides Medical Center, Medicare Provider No. 33-0194;

(302)   Main Line Hospitals, Inc. d/b/a Paoli Hospital, Medicare Provider No. 39-0153;

(303)   Main Line Hospitals, Inc. d/b/a The Bryn Mawr Hospital, Medicare Provider No. 39-0139;

(304)   Main Line Hospitals, Inc. d/b/a The Lankenau Hospital, Medicare Provider No. 39-0195;

(305)   Maria Parham Medical Center, Inc., Medicare Provider No. 34-0132;

(306)   Mary Immaculate Hospital, Incorporated, Medicare Provider No. 49-0041;

(307)   Marymount Hospital, Inc., Medicare Provider No. 36-0143;

(308)   Maryview Hospital, Medicare Provider No. 49-0017;

(309)   McDonough County Hospital District d/b/a McDonough District Hospital, Medicare Provider No. 14-0089;

(310)   McKee Medical Center, Medicare Provider No. 06-0030;

(311)   MedCentral Health System, Medicare Provider No. 36-0118;

(312)   Memorial Health Care System, Inc., Medicare Provider No. 44-0091;

(313)   Memorial Health System of East Texas d/b/a Memorial Medical Center - Lufkin, Medicare Provider No. 45-0211;

(314)   Memorial Health University Medical Center, Inc., Medicare Provider No. 11-0036;

(315)   Memorial Hermann Hospital System, Medicare Provider No. 45-0184;

(316)   Memorial Hermann Hospital System d/b/a Memorial Hermann Katy Hospital, Medicare Provider No. 45-0847;

(317)   Memorial Hermann Hospital System d/b/a Memorial Hermann Memorial City Medical Center, Medicare Provider No. 45-0610;

(318)   Memorial Hermann Hospital System d/b/a Memorial Hermann Northeast, Medicare Provider No. 45-0684;

(319)   Memorial Hermann Hospital System d/b/a Memorial Hermann Sugar Land Hospital, Medicare Provider No. 45-0848;

(320)   Memorial Hermann Hospital System d/b/a Memorial Hermann-Texas Medical Center, Medicare Provider No. 45-0068;

(321)  Memorial Hospital of Polk County d/b/a Memorial Medical Center - Livingston, Medicare Provider No. 45-0395;

(322)  Memorial Hospital, Albany, N.Y. d/b/a Albany Memorial Hospital, Medicare Provider No. 33-0003;

(323)  Memorial Hospital, Inc., Medicare Provider No. 17-0105;

(324)  Memorial Medical Center d/b/a Conemaugh Memorial Medical Center, Medicare Provider No. 39-0110;

(325)  Memorial Medical Center of West Michigan, Medicare Provider No. 23-0110;

(326)  Mercy Catholic Medical Center of Southeastern Pennsylvania d/b/a Mercy Catholic Medical Center, Medicare Provider No. 39-0156;

(327)  Mercy El Reno Hospital Corporation, Medicare Provider No. 37-0011;

(328)  Mercy Health Center, Inc., Medicare Provider No. 37-0013;

(329)  Mercy Health System of Kansas, Inc. d/b/a Mercy Health Center, Medicare Provider No. 17-0058;

(330)  Mercy Health System of Kansas, Inc. d/b/a Mercy Hospital, Medicare Provider No. 17-0010;

(331)  Mercy Hospital, Medicare Provider No. 20-0008;

(332)  Mercy Hospital of Buffalo, Medicare Provider No. 33-0279;

(333)  Mercy Hospital, Inc., Medicare Provider No. 10-0061;

(334)  Mercy Medical Center, Medicare Provider No. 33-0259;

(335)  Mercy Medical Center, Inc., Medicare Provider No. 38-0027;

(336)  Mercy Memorial Health Center, Inc., Medicare Provider No. 37-0047;

(337)  Mercy Regional Health Center, Inc., Medicare Provider No. 17-0142;

(338)  Mercy Suburban Hospital, Medicare Provider No. 39-0116;

(339)  Methodist Health Centers d/b/a Methodist Sugar Land Hospital, Medicare Provider No. 45-0820;

(340)  Methodist Health Centers d/b/a Methodist Willowbrook Hospital, Medicare Provider No. 45-0844;

(341)  Methodist Healthcare Memphis Hospitals, Medicare Provider No. 44-0049;

(342)  Methodist Hospitals of Dallas d/b/a Methodist Charlton Medical Center, Medicare Provider No. 45-0723;

(343)  Methodist Hospitals of Dallas d/b/a Methodist Dallas Medical Center, Medicare Provider No. 45-0051;

(344)  Metropolitan Hospital, Medicare Provider No. 23-0236;

(345)  MHSR Medical Center d/b/a Richardson Regional Medical Center, Medicare Provider No. 45-0537;

(346)  Miami Valley Hospital, Medicare Provider No. 36-0051;

(347)  Middlesex Hospital, Medicare Provider No. 07-0020;

(348)  Midland County Hospital District d/b/a Midland Memorial Hospital, Medicare Provider No. 45-0133;

(349)  Milford Regional Medical Center, Inc., Medicare Provider No. 22-0090;

(350)  Miners Medical Center, Medicare Provider No. 39-0130;

(351)  Mission Hospital, Inc., Medicare Provider No. 34-0002;

(352)  Mission Hospital, Inc., Medicare Provider No. 45-0176;

(353)  Mississippi Baptist Medical Center, Inc., Medicare Provider No. 25-0102;

(354)  Missouri Baptist Hospital of Sullivan, Medicare Provider No. 26-0115;

(355)  Missouri Baptist Medical Center, Medicare Provider No. 26-0108;

(356)  Monongalia County General Hospital Company, Medicare Provider No. 51-0024;

(357)  Monroe County Health Care Authority d/b/a Monroe County Hospital, Medicare Provider No. 01-0120;

(358)  Montefiore Medical Center, Medicare Provider No. 33-0059;

(359)  Morton Plant Hospital Association, Inc. d/b/a Morton Plant Hospital, Medicare Provider No. 10-0127;

(360)  Morton Plant Hospital Association, Inc. d/b/a Morton Plant North Bay Hospital, Medicare Provider No. 10-0063;

(361) Mount Auburn Hospital, Medicare Provider No. 22-0002;

(362) Mount Sinai Medical Center of Florida, Inc. d/b/a Mount Sinai Medical Center, Medicare Provider No. 10-0034;

(363) Mountain Vista Medical Center, LP, Medicare Provider No. 03-0121;

(364) MultiCare Health System d/b/a Tacoma General Hospital, Medicare Provider No. 50-0129;

(365) Nacogdoches County Hospital District d/b/a Nacogdoches Memorial Hospital, Medicare Provider No. 45-0508;

(366) Nassau Health Care Corporation d/b/a Nassau University Medical Center, Medicare Provider No. 33-0027;

(367) Nathan Littauer Hospital Association d/b/a Nathan Littauer Hospital, Medicare Provider No. 33-0276;

(368) Nazareth Hospital, Medicare Provider No. 39-0204;

(369) New England Baptist Hospital, Medicare Provider No. 22-0088;

(370) Newman Regional Health, Medicare Provider No. 17-0001;

(371) Newton-Wellesley Hospital, Medicare Provider No. 22-0101;

(372) Nicholas H. Noyes Memorial Hospital, Medicare Provider No. 33-0238;

(373) Nolan County Hospital District d/b/a Rolling Plains Memorial Hospital, Medicare Provider No. 45-0055;

(374) North Carolina Baptist Hospital, Medicare Provider No. 34-0047;

(375) North Colorado Medical Center, Medicare Provider No. 06-0001;

(376) North Shore Medical Center, Inc., Medicare Provider No. 22-0035;

(377) North Shore University Hospital, Medicare Provider No. 33-0106;

(378) North Vista Hospital, Inc., Medicare Provider No. 29-0005;

(379) Northeast Arkansas Baptist Memorial Health Care, LLC d/b/a NEA Baptist Memorial Hospital, Medicare Provider No. 04-0118;

(380) Northeast Georgia Medical Center, Inc., Medicare Provider No. 11-0029;

(381) Northeast Hospital Corporation d/b/a Beverly Hospital, Medicare Provider No. 22-0033;

(382) Northern Hospital District of Surry County d/b/a Northern Hospital of Surry County, Medicare Provider No. 34-0003;

(383) Northwest Hospital & Medical Center, Medicare Provider No. 50-0001;

(384) Nyack Hospital, Medicare Provider No. 33-0104;

(385) NYU Hospitals Center, Medicare Provider No. 33-0214;

(386) Oakbend Medical Center, Medicare Provider No. 45-0330;

(387) Odessa Regional Hospital, L.P. d/b/a Odessa Regional Medical Center, Medicare Provider No. 45-0661;

(388) Ohio Valley Medical Center, Incorporated, Medicare Provider No. 51-0039;

(389) Oklahoma Heart Hospital, L.L.C., Medicare Provider No. 37-0215;

(390) Orange Regional Medical Center, Medicare Provider No. 33-0126;

(391) Orleans Community Health d/b/a Medina Memorial Health Care System, Medicare Provider No. 33-0053;

(392) OSF Healthcare System d/b/a OSF Saint James-John W. Albrecht Medical Center, Medicare Provider No. 14-0161;

(393) OSF Healthcare System d/b/a OSF St. Francis Hospital and Medical Group, Medicare Provider No. 23-0101;

(394) OSF Healthcare System d/b/a Saint Anthony Medical Center, Medicare Provider No. 14-0233;

(395) OSF Healthcare System d/b/a Saint Francis Medical Center, Medicare Provider No. 14-0067;

(396) OSF Healthcare System d/b/a St. Joseph Medical Center, Medicare Provider No. 14-0162;

(397) OSF Healthcare System d/b/a St. Mary Medical Center of Galesburg, Medicare Provider No. 14-0064;

(398) Ottawa Regional Hospital & Healthcare Center, Medicare Provider No. 14-0110;

(399) Our Lady of Bellefonte Hospital, Inc., Medicare Provider No. 18-0036;

(400) Our Lady of Lourdes Medical Center, Inc, Medicare Provider No. 31-0029;

(401)   Overlake Hospital Medical Center, Medicare Provider No. 50-0051;

(402)   Owensboro Medical Health System, Inc., Medicare Provider No. 18-0038;

(403)   Palms of Pasadena Hospital, LP, Medicare Provider No. 10-0126;

(404)   Palos Community Hospital, Medicare Provider No. 14-0062;

(405)   Parkland Health Center, Medicare Provider No. 26-0163;

(406)   Pekin Memorial Hospital d/b/a Pekin Hospital, Medicare Provider No. 14-0120;

(407)   Penn State Milton S. Hershey Medical Center, Medicare Provider No. 39-0256;

(408)   Penninsula Hospital Center, Medicare Provider No. 33-0002;

(409)   Phelps Memorial Hospital Association d/b/a Phelps Memorial Hospital Center, Medicare Provider No. 33-0261;

(410)   Piedmont Hospital, Inc., Medicare Provider No. 11-0083;

(411)   Piedmont Mountainside Hospital, Inc., Medicare Provider No. 11-0225;

(412)   Piedmont Newnan Hospital, Inc., Medicare Provider No. 11-0229;

(413)   Pineville Community Hospital Association, Inc., Medicare Provider No. 18-0021;

(414)   Pitt County Memorial Hospital, Incorporated, Medicare Provider No. 34-0040;

(415)   Plainview Hospital, Medicare Provider No. 33-0331;

(416)   Pratt Regional Medical Center Corporation, Medicare Provider No. 17-0027;

(417)   Promise Regional Medical Center-Hutchinson, Inc., Medicare Provider No. 17-0020;

(418)   Protestant Memorial Medical Center, Inc. d/b/a Memorial Hospital, Medicare Provider No. 14-0185;

(419)   Providence Health & Services d/b/a Providence Tarzana Medical Center, Medicare Provider No. 05-0761;

(420)   Providence Health & Services-Oregon d/b/a Providence Medford Medical Center, Medicare Provider No. 38-0075;

(421)  Providence Health & Services-Oregon d/b/a Providence Milwaukie
       Hospital, Medicare Provider No. 38-0082;

(422)  Providence Health & Services-Oregon d/b/a Providence Newberg
       Hospital, Medicare Provider No. 38-0037;

(423)  Providence Health & Services-Oregon d/b/a Providence Portland Medical
       Center, Medicare Provider No. 38-0061;

(424)  Providence Health & Services-Oregon d/b/a Providence St. Vincent
       Medical Center, Medicare Provider No. 38-0004;

(425)  Providence Health & Services-Washington d/b/a Providence Alaska
       Medical Center, Medicare Provider No. 02-0001;

(426)  Providence Health & Services-Washington d/b/a Providence Centralia
       Hospital, Medicare Provider No. 50-0019;

(427)  Providence Health & Services-Washington d/b/a Providence Holy Family
       Hospital, Medicare Provider No. 50-0077;

(428)  Providence Health & Services-Washington d/b/a Providence Regional
       Medical Center Everett, Medicare Provider No. 50-0014;

(429)  Providence Health & Services-Washington d/b/a Providence Sacred Heart
       Medical Center, Medicare Provider No. 50-0054;

(430)  Providence Health & Services-Washington d/b/a Providence St. Mary
       Medical Center, Medicare Provider No. 50-0002;

(431)  Providence Health & Services-Washington d/b/a Providence St. Peter
       Hospital, Medicare Provider No. 50-0024;

(432)  Providence Health System-Southern California d/b/a Providence Holy
       Cross Medical Center, Medicare Provider No. 05-0278;

(433)  Providence Health System-Southern California d/b/a Providence Little
       Company of Mary Medical Center San Pedro, Medicare Provider No. 05-
       0078;

(434)  Providence Health System-Southern California d/b/a Providence Little
       Company of Mary Medical Center Torrance, Medicare Provider No. 05-
       0353;

(435)  Providence Health System-Southern California d/b/a Providence St.
       Joseph Medical Center, Medicare Provider No. 05-0235;

(436) Public Hospital District #1 Skagit County d/b/a Skagit Valley Hospital, Medicare Provider No. 50-0003;

(437) Public Hospital District #3 Snohomish County d/b/a Cascade Valley Hospital, Medicare Provider No. 50-0060;

(438) Purcell Municipal Hospital, Medicare Provider No. 37-0158;

(439) Quincy Medical Center, Inc., Medicare Provider No. 22-0067;

(440) Regents of the University of Michigan, on behalf of the University of Michigan Hospitals and Health Centers, Medicare Provider No. 23-0046;

(441) Regional Medical Center of Orangeburg and Calhoun Counties, Medicare Provider No. 42-0068;

(442) Riddle Memorial Hospital, Medicare Provider No. 39-0222;

(443) Riverside Medical Center, Medicare Provider No. 14-0186;

(444) Roanoke-Chowan Hospital, Inc., Medicare Provider No. 34-0099;

(445) Rome Memorial Hospital, Inc., Medicare Provider No. 33-0215;

(446) Sacred Heart Hospital of Allentown d/b/a Sacred Heart Hospital, Medicare Provider No. 39-0197;

(447) Sacred Heart Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a Sacred Heart Hospital, Medicare Provider No. 52-0013;

(448) Saint Clare's Hospital, Inc. d/b/a Saint Clare's Hospital/Denville, Medicare Provider No. 31-0050;

(449) Saint Clare's Hospital, Inc. d/b/a Saint Clare's Hospital/Sussex, Medicare Provider No. 31-0120;

(450) Saint Elizabeth Regional Medical Center, Medicare Provider No. 28-0020;

(451) Saint Francis Hospital South, L.L.C., Medicare Provider No. 37-0218;

(452) Saint Francis Hospital, Inc., Medicare Provider No. 37-0091;

(453) Saint Francis Medical Center, Medicare Provider No. 28-0023;

(454) Saint Joseph Health System, Inc. d/b/a Saint Joseph Hospital, Medicare Provider No. 18-0010;

(455) Saint Joseph Health System, Inc. d/b/a Saint Joseph London, Medicare Provider No. 18-0011;

(456)  Saint Joseph Health System, Inc. d/b/a St. Joseph East, Medicare Provider No. 18-0143;

(457)  Saint Joseph's Hospital of Atlanta, Inc., Medicare Provider No. 11-0082;

(458)  Saint Luke's Cancer Institute, L.L.C., Medicare Provider No. 26-0211;

(459)  Saint Luke's East Hospital d/b/a Saint Luke's East - Lee's Summit, Medicare Provider No. 26-0216;

(460)  Saint Luke's Hospital of Bethlehem, Pennsylvania, Medicare Provider No. 39-0049;

(461)  Saint Luke's Hospital of Kansas City, Medicare Provider No. 26-0138;

(462)  Saint Luke's Northland Hospital Corporation, Medicare Provider No. 26-0062;

(463)  Saint Luke's South Hospital, Inc., Medicare Provider No. 17-0185;

(464)  Saint Michael's Medical Center, Inc., Medicare Provider No. 31-0096;

(465)  Saints Medical Center, Inc. f/k/a Saints Memorial Medical Center, Medicare Provider No. 22-0082;

(466)  Salina Regional Health Center, Inc., Medicare Provider No. 17-0012;

(467)  Saline County Medical Center d/b/a Saline Memorial Hospital, Medicare Provider No. 04-0084;

(468)  Salt Lake Regional Medical Center, LP, Medicare Provider No. 46-0003;

(469)  Samaritan Hospital of Troy, New York d/b/a Samaritan Hospital, Medicare Provider No. 33-0180;

(470)  San Jacinto Methodist Hospital, Medicare Provider No. 45-0424;

(471)  Santa Barbara Cottage Hospital, Medicare Provider No. 05-0396;

(472)  Satilla Health Services, Inc. d/b/a Satilla Regional Medical Center, Medicare Provider No. 11-0003;

(473)  Schuylkill Medical Center - East Norwegian Street f/k/a Good Samaritan Regional Medical Center, Medicare Provider No. 39-0031;

(474)  Schuylkill Medical Center - South Jackson Street, Medicare Provider No. 39-0030;

(475)   Scurry County Hospital District d/b/a Cogdell Memorial Hospital, Medicare Provider No. 45-0073;

(476)   Shands Medical Center, Inc. d/b/a Shands Jacksonville, Medicare Provider No. 10-0001;

(477)   Shands Teaching Hospital and Clinics, Inc. d/b/a Shands Hospital at the University of Florida, Medicare Provider No. 10-0113;

(478)   Sharon Regional Health System, Medicare Provider No. 39-0211;

(479)   Shelby County Health Care Corporation d/b/a The Regional Medical Center at Memphis, Medicare Provider No. 44-0152;

(480)   Sherman Hospital, Medicare Provider No. 14-0030;

(481)   Sherman/Grayson Hospital, LLC d/b/a Texas Health Presbyterian Hospital-WNJ, Medicare Provider No. 45-0469;

(482)   Sid Peterson Memorial Hospital d/b/a Peterson Regional Medical Center, Medicare Provider No. 45-0007;

(483)   Sisters of Charity Hospital of Buffalo, New York, Medicare Provider No. 33-0078;

(484)   Sound Shore Medical Center of Westchester, Medicare Provider No. 33-0184;

(485)   South Florida Baptist Hospital, Inc., Medicare Provider No. 10-0132;

(486)   South Nassau Communities Hospital, Medicare Provider No. 33-0198;

(487)   South Shore Hospital, Inc., Medicare Provider No. 22-0100;

(488)   Southeastern Regional Medical Center, Medicare Provider No. 34-0050;

(489)   Southern Illinois Hospital Services d/b/a Herrin Hospital, Medicare Provider No. 14-0011;

(490)   Southern Illinois Hospital Services d/b/a Memorial Hospital of Carbondale, Medicare Provider No. 14-0164;

(491)   Southern Regional Health System, Inc. d/b/a Southern Regional Medical Center, Medicare Provider No. 11-0165;

(492)   Southside Hospital, Medicare Provider No. 33-0043;

(493)   Southwest General Health Center, Medicare Provider No. 36-0155;

(494)  Southwest General Hospital Limited Partnership, Medicare Provider No. 45-0697;

(495)  Southwest Medical Center, Medicare Provider No. 17-0068;

(496)  Southwestern Illinois Health Facilities, Inc. d/b/a Anderson Hospital, Medicare Provider No. 14-0289;

(497)  St. Alexius Medical Center, Medicare Provider No. 14-0290;

(498)  St. Anthony Community Hospital, Warwick, New York, Medicare Provider No. 33-0205;

(499)  St. Anthony's Memorial Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Anthony's Memorial Hospital, Medicare Provider No. 14-0032;

(500)  St. Anthony's Hospital, Inc., Medicare Provider No. 10-0067;

(501)  St. Bernard's Hospital, Inc. d/b/a St. Bernard's Medical Center, Medicare Provider No. 04-0020;

(502)  St. Catherine of Siena Medical Center, Medicare Provider No. 33-0401;

(503)  St. Charles Hospital and Rehabilitation Center, Medicare Provider No. 33-0246;

(504)  St. Clair Memorial Hospital, Medicare Provider No. 39-0228;

(505)  St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center, Medicare Provider No. 18-0018;

(506)  St. Edward Mercy Medical Center, Medicare Provider No. 04-0062;

(507)  St. Elizabeth Medical Center, Medicare Provider No. 33-0245;

(508)  St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Elizabeth's Hospital, Medicare Provider No. 14-0187;

(509)  St. Francis Health Center, Inc., Medicare Provider No. 17-0016;

(510)  St. Francis Hospital, Inc., Medicare Provider No. 42-0023;

(511)  St. Francis Hospital, Inc. d/b/a St. Francis Healthcare Services, Medicare Provider No. 08-0003;

(512)  St. Francis Hospital, Roslyn, New York, Medicare Provider No. 33-0182;

(513)   St. Francis Medical Center, A New Jersey Nonprofit Corporation, Medicare Provider No. 31-0021;

(514)   St. Francis Regional Medical Center, Medicare Provider No. 24-0104;

(515)   St. John Medical Center, Medicare Provider No. 36-0123;

(516)   St. John Medical Center, Inc., Medicare Provider No. 37-0114;

(517)   St. John's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a St. John's Hospital, Medicare Provider No. 14-0053;

(518)   St. John's Mercy Health System d/b/a St. John's Mercy Hospital, Medicare Provider No. 26-0052;

(519)   St. John's Mercy Health System d/b/a St. John's Mercy Medical Center, Medicare Provider No. 26-0020;

(520)   St. John's Regional Health Center, Medicare Provider No. 26-0065;

(521)   St. John's Regional Medical Center, Medicare Provider No. 26-0001;

(522)   St. Joseph Regional Health Center, Medicare Provider No. 45-0011;

(523)   St. Joseph Regional Health Network d/b/a St. Joseph Medical Center, Medicare Provider No. 39-0096;

(524)   St. Joseph's Hospital, Medicare Provider No. 33-0108;

(525)   St. Joseph's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Joseph's Hospital, Medicare Provider No. 52-0017;

(526)   St. Joseph's Hospital, Breese, of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Joseph's Hospital, Medicare Provider No. 14-0145;

(527)   St. Joseph's Hospital and Medical Center, Medicare Provider No. 31-0019;

(528)   St. Joseph's Hospital Health Center, Medicare Provider No. 33-0140;

(529)   St. Joseph's Hospital of Buckhannon, Inc., Medicare Provider No. 51-0053;

(530)   St. Joseph's Hospital, Inc., Medicare Provider No. 10-0075;

(531)   St. Joseph's Mercy Health System, Inc. d/b/a St. Joseph's Mercy Health Center, Medicare Provider No. 04-0026;

(532)   St. Luke's Cornwall Hospital, Medicare Provider No. 33-0264;

(533)   St. Luke's Community Health Services d/b/a St. Luke's The Woodlands Hospital, Medicare Provider No. 45-0862;

(534)   St. Luke's Episcopal Hospital, Medicare Provider No. 45-0193;

(535)   St. Luke's Medical Center, LP, Medicare Provider No. 03-0037;

(536)   St. Luke's Quakertown Hospital, Medicare Provider No. 39-0035;

(537)   St. Mary Medical Center, Medicare Provider No. 39-0258;

(538)   St. Mary Rogers Memorial Hospital, Inc. d/b/a Mercy Medical Center, Medicare Provider No. 04-0010;

(539)   St. Mary's Hospital Medical Center of Green Bay, Inc. d/b/a St. Mary's Hospital Medical Center, Medicare Provider No. 52-0097;

(540)   St. Mary's Hospital, Decatur, of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Mary's Hospital, Medicare Provider No. 14-0166;

(541)   St. Mary's Hospital, Streator, of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Mary's Hospital, Medicare Provider No. 14-0026;

(542)   St. Mary's Health Care System, Inc., Medicare Provider No. 11-0006;

(543)   St. Mary's Healthcare Center of Pierre, South Dakota, Medicare Provider No. 43-0015;

(544)   St. Mary's Medical Center, Inc., Medicare Provider No. 51-0007;

(545)   St. Nicholas Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Nicholas Hospital, Medicare Provider No. 52-0044;

(546)   St. Patrick Hospital and Health Sciences Center, Medicare Provider No. 27-0014;

(547)   St. Peter's Hospital of the City of Albany, Medicare Provider No. 33-0057;

(548)   St. Vincent Charity Medical Center, Medicare Provider No. 36-0037;

(549)   St. Vincent Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a St. Vincent Hospital, Medicare Provider No. 52-0075;

(550)   St. Vincent Infirmary Medical Center, Medicare Provider No. 04-0007;

(551)   St. Vincent Infirmary Medical Center d/b/a St. Vincent Medical Center-North, Medicare Provider No. 04-0137;

(552)   Staten Island University Hospital, Medicare Provider No. 33-0160;

(553)   Stormont-Vail HealthCare, Inc., Medicare Provider No. 17-0086;

(554)   Swedish Health Services d/b/a Swedish Medical Center, Medicare Provider No. 50-0027;

(555)   Swedish Health Services d/b/a Swedish Medical Center Cherry Hill, Medicare Provider No. 50-0025;

(556)   SwedishAmerican Hospital, Medicare Provider No. 14-0228;

(557)   Tarrant County Hospital District d/b/a JPS Health Network, Medicare Provider No. 45-0039;

(558)   Temple Hospital Corporation d/b/a Temple Community Hospital, Medicare Provider No. 05-0111;

(559)   Temple University Hospital, Inc., Medicare Provider No. 39-0027;

(560)   Texas Health Arlington Memorial Hospital, Medicare Provider No. 45-0064;

(561)   Texas Health Harris Methodist Hospital Azle, Medicare Provider No. 45-0419;

(562)   Texas Health Harris Methodist Hospital Cleburne, Medicare Provider No. 45-0148;

(563)   Texas Health Harris Methodist Hospital Fort Worth, Medicare Provider No. 45-0135;

(564)   Texas Health Harris Methodist Hospital Hurst-Euless-Bedford, Medicare Provider No. 45-0639;

(565)   Texas Health Harris Methodist Hospital Southwest Fort Worth, Medicare Provider No. 45-0779;

(566)   Texas Health Harris Methodist Hospital Stephenville, Medicare Provider No. 45-0351;

(567)   Texas Health Prebyterian Hospital Kaufman, Medicare Provider No. 45-0292;

(568)   Texas Health Presbyterian Hospital Allen, Medicare Provider No. 45-0840;

(569)   Texas Health Presbyterian Hospital Dallas, Medicare Provider No. 45-0462;

(570)  Texas Health Presbyterian Hospital Denton, Medicare Provider No. 45-0743;

(571)  Texas Health Presbyterian Hospital Plano, Medicare Provider No. 45-0771;

(572)  Texas Spine and Joint Hospital Ltd., Medicare Provider No. 45-0864;

(573)  The Brigham and Women's Hospital, Inc., Medicare Provider No. 22-0110;

(574)  The Bronx-Lebanon Hospital Center, Medicare Provider No. 33-0009;

(575)  The Carle Foundation Hospital, Medicare Provider No. 14-0091;

(576)  The Chambersburg Hospital, Medicare Provider No. 39-0151;

(577)  The Cleveland Clinic Foundation, Medicare Provider No. 36-0180;

(578)  The Community Hospital of Brazosport d/b/a Brazosport Regional Health System, Medicare Provider No. 45-0072;

(579)  The Fort Hamilton Hospital, Medicare Provider No. 36-0132;

(580)  The Frederick Ferris Thompson Hospital, Medicare Provider No. 33-0074;

(581)  The Good Samaritan Hospital of Cincinnati, Ohio, Medicare Provider No. 36-0134;

(582)  The Good Samaritan Hospital of Lebanon, Pennsylvania, Medicare Provider No. 39-0066;

(583)  The Good Shepherd Hospital, Inc. d/b/a Good Shepherd Medical Center, Medicare Provider No. 45-0037;

(584)  The Howard University d/b/a Howard University Hospital, Medicare Provider No. 09-0003;

(585)  The Ingalls Memorial Hospital, Medicare Provider No. 14-0191;

(586)  The Jamaica Hospital Medical Center Diagnostic and Treatment Center Corp., Medicare Provider No. 33-0014;

(587)  The Jefferson Memorial Hospital Association d/b/a Jefferson Regional Medical Center, Medicare Provider No. 26-0023;

(588)  The Kingston Hospital, Medicare Provider No. 33-0004;

(589)  The Manchester Memorial Hospital, Medicare Provider No. 07-0027;

(590)  The Massachusetts General Hospital, Medicare Provider No. 22-0071;

(591)  The Medical Center of Central Georgia, Inc., Medicare Provider No. 11-0107;

(592)  The Medical Center of Southeast Texas, LP f/k/a Park Place Medical Center, LP, Medicare Provider No. 45-0518;

(593)  The Medical Center, Inc., Medicare Provider No. 11-0064;

(594)  The Memorial Hospital of William F. and Gertrude F. Jones, Inc. d/b/a Jones Memorial Hospital, Medicare Provider No. 33-0096;

(595)  The Memorial Hospital, Inc. of Towanda, Pennsylvania, Medicare Provider No. 39-0236;

(596)  The Mercy Hospital, Inc., Medicare Provider No. 22-0066;

(597)  The Methodist Hospital, Medicare Provider No. 45-0358;

(598)  The Mount Sinai Hospital, Medicare Provider No. 33-0024;

(599)  The Mount Vernon Hospital, Medicare Provider No. 33-0086;

(600)  The New York and Presbyterian Hospital d/b/a New York-Presbyterian/Weill Cornell Medical Center, Medicare Provider No. 33-0101;

(601)  The New York Community Hospital of Brooklyn, Inc., Medicare Provider No. 33-0019;

(602)  The New York Hospital Medical Center of Queens, Medicare Provider No. 33-0055;

(603)  The Parma Community General Hospital Association, Medicare Provider No. 36-0041;

(604)  The Presbyterian Hospital, Medicare Provider No. 34-0053;

(605)  The Reading Hospital and Medical Center, Medicare Provider No. 39-0044;

(606)  The Rochester General Hospital, Medicare Provider No. 33-0125;

(607)  The Rockville General Hospital Incorporated, Medicare Provider No. 07-0012;

(608)  The Saratoga Hospital, Medicare Provider No. 33-0222;

(609)   The Southampton Hospital Association d/b/a Southampton Hospital, Medicare Provider No. 33-0340;

(610)   The St. Luke's - Roosevelt Hospital Center, Medicare Provider No. 33-0046;

(611)   The Susan B. Allen Memorial Hospital, Medicare Provider No. 17-0017;

(612)   The University of Chicago Medical Center, Medicare Provider No. 14-0088;

(613)   The Washington Hospital, Medicare Provider No. 39-0042;

(614)   The Waterbury Hospital, Medicare Provider No. 07-0005;

(615)   The Williamsport Hospital, Medicare Provider No. 39-0045;

(616)   Three Rivers Area Hospital Authority d/b/a Three Rivers Health, Medicare Provider No. 23-0015;

(617)   Titus County Hospital District d/b/a Titus Regional Medical Center, Medicare Provider No. 45-0080;

(618)   TLC Health Network, Medicare Provider No. 33-0132;

(619)   Tomball Hospital Authority d/b/a Tomball Regional Hospital, Medicare Provider No. 45-0670;

(620)   Town & Country Hospital, LP, Medicare Provider No. 10-0255;

(621)   Trinitas Regional Medical Center, A New Jersey Nonprofit Corporation, Medicare Provider No. 31-0027;

(622)   Trustees of Mease Hospital, Inc. d/b/a Mease Countryside Hospital, Medicare Provider No. 10-0265;

(623)   Trustees of Mease Hospital, Inc. d/b/a Mease Dunedin Hospital, Medicare Provider No. 10-0043;

(624)   UMass Memorial Health Care, Inc. d/b/a Marlborough Hospital, Medicare Provider No. 22-0049;

(625)   UMass Memorial Health Care. Inc. d/b/a UMass Memorial Medical Center, Medicare Provider No. 22-0163;

(626)   United Health Services Hospitals, Inc., Medicare Provider No. 33-0394;

(627)   University Health Services, Inc. d/b/a University Health Care System, Medicare Provider No. 11-0028;

(628) University Hospitals Bedford Medical Center, Medicare Provider No. 36-0115;

(629) University Hospitals Cleveland Medical Center d/b/a University Hospitals Case Medical Center, Medicare Provider No. 36-0137;

(630) University Hospitals Geauga Medical Center, Medicare Provider No. 36-0192;

(631) University Hospitals Richmond Medical Center, Medicare Provider No. 36-0075;

(632) University Medical Center of Southern Nevada, Medicare Provider No. 29-0007;

(633) University Medical Center, Inc. d/b/a University of Louisville Hospital, Medicare Provider No. 18-0141;

(634) University of Kentucky d/b/a University of Kentucky Hospital, Medicare Provider No. 18-0067;

(635) University of Rochester, Strong Memorial Hospital Division, Medicare Provider No. 33-0285;

(636) UPMC Hamot d/b/a Hamot Medical Center, Medicare Provider No. 39-0063;

(637) Upper Valley Medical Center, Medicare Provider No. 36-0174;

(638) Uvalde County Hospital Authority d/b/a Uvalde Memorial Hospital, Medicare Provider No. 45-0177;

(639) Val Verde Hospital Corporation, Medicare Provider No. 45-0154;

(640) Valley Baptist Medical Center, Medicare Provider No. 45-0033;

(641) Valley Baptist Medical Center - Brownsville, Medicare Provider No. 45-0028;

(642) VHS Acquisition Corporation d/b/a Maryvale Hospital, Medicare Provider No. 03-0001;

(643) VHS Acquisition Subsidiary Number 1, Inc. d/b/a Paradise Valley Hospital, Medicare Provider No. 03-0083;

(644) VHS Acquisition Subsidiary Number 3, Inc. d/b/a Louis A. Weiss Memorial Hospital, Medicare Provider No. 14-0082;

(645)   VHS Acquisition Subsidiary Number 7, Inc. d/b/a Saint Vincent Hospital, Medicare Provider No. 22-0176;

(646)   VHS Acquisition Subsidiary Number 9, Inc. d/b/a MetroWest Medical Center, Medicare Provider No. 22-0175;

(647)   VHS Detroit Receiving Hospital, Inc. d/b/a Detroit Receiving Hospital and University Health Center, Medicare Provider No. 23-0273;

(648)   VHS Harper-Hutzel Hospital, Inc. d/b/a Harper-Hutzel Hospital, Medicare Provider No. 23-0104;

(649)   VHS Huron Valley-Sinai Hospital, Inc. d/b/a Huron Valley-Sinai Hospital, Medicare Provider No. 23-0277;

(650)   VHS of Arrowhead, Inc. d/b/a Arrowhead Hospital, Medicare Provider No. 03-0094;

(651)   VHS of Illinois, Inc. d/b/a MacNeal Hospital, Medicare Provider No. 14-0054;

(652)   VHS of Phoenix, Inc. d/b/a Phoenix Baptist Hospital, Medicare Provider No. 03-0030;

(653)   VHS San Antonio Partners, LLC d/b/a Baptist Health Systems, Medicare Provider No. 45-0058;

(654)   VHS Sinai-Grace Hospital, Inc. d/b/a Sinai-Grace Hospital, Medicare Provider No. 23-0024;

(655)   VHS West Suburban Medical Center, Inc. d/b/a West Suburban Medical Center, Medicare Provider No. 14-0049;

(656)   VHS Westlake Hospital, Inc. d/b/a Westlake Hospital, Medicare Provider No. 14-0240;

(657)   Via Christi Hospital Pittsburg, Inc. f/k/a Mt. Carmel Regional Medical Center, Medicare Provider No. 17-0006;

(658)   Via Christi Hospital Wichita St. Teresa, Inc., Medicare Provider No. 17-0200;

(659)   Via Christi Hospitals Wichita, Inc. f/k/a Via Christi Regional Medical Center, Inc., Medicare Provider No. 17-0122;

(660)   Virginia Mason Medical Center, Medicare Provider No. 50-0005;

(661)   W.A. Foote Memorial Hospital d/b/a Allegience Health, Medicare Provider No. 23-0092;

(662)    Waccamaw Community Hospital, Medicare Provider No. 42-0098;

(663)    Wadley Regional Medical Center, Medicare Provider No. 45-0200;

(664)    Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital, Medicare Provider No. 45-0347;

(665)    Washington Regional Medical Center, Medicare Provider No. 04-0004;

(666)    Waynesboro Hospital, Medicare Provider No. 39-0138;

(667)    Wellmont Health System d/b/a Wellmont Bristol Regional Medical Center, Medicare Provider No. 44-0012;

(668)    Wellmont Health System d/b/a Wellmont Holston Valley Medical Center, Medicare Provider No. 44-0017;

(669)    Wellmont Health System d/b/a Wellmont Lonesome Pine Hospital, Medicare Provider No. 49-0114;

(670)    Wentworth-Douglass Hospital, Medicare Provider No. 30-0018;

(671)    West Allis Memorial Hospital, Inc., Medicare Provider No. 52-0139;

(672)    White Plains Hospital Medical Center d/b/a White Plains Hospital Center, Medicare Provider No. 33-0304;

(673)    Willamette Falls Hospital d/b/a Providence Willamette Falls Medical Center, Medicare Provider No. 38-0038;

(674)    Wilson Medical Center, Medicare Provider No. 34-0126;

(675)    Windber Hospital, Inc. d/b/a Windber Medical Center, Medicare Provider No. 39-0112;

(676)    Wing Memorial Hospital Corporation, Medicare Provider No. 22-0030; and

(677)    WSNCHS North, Inc. f/d/b/a New Island Hospital d/b/a St. Joseph Hospital, Medicare Provider No. 33-0332.

17.    Defendant Kathleen Sebelius is the Secretary of the United States Department of Health and Human Services ("HHS"), the Federal agency that administers the Medicare program. The Secretary is sued only in her official capacity. References to the Secretary herein

are meant to refer to her, her subordinate agencies and officials, and to her official predecessors or successors as the context requires.

18.　　The Centers for Medicare and Medicaid Services ("CMS"), formerly known as the Health Care Financing Administration ("HCFA"), is a component of HHS with responsibility for day-to-day operation and administration of the Medicare program.

### III.　　JURISDICTION AND VENUE

19.　　This action arises under the Medicare Act, title XVIII of the Social Security Act (the "Act"), 42 U.S.C. § 1395 et seq., and the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 et seq.

20.　　Jurisdiction is proper under 42 U.S.C. §§ 1395oo(a)(1)(A)(ii) and 1395oo(f)(1).

21.　　Venue is proper in this judicial district under 42 U.S.C. § 1395oo(f)(1).

### IV.　　MEDICARE PAYMENT FOR INPATIENT HOSPITAL SERVICES

22.　　The Federal Medicare program provides health insurance to the aged, blind, and disabled under title XVIII of the Act.  42 U.S.C. § 1395 et seq.

23.　　Part A of the Act covers inpatient hospital services.  See 42 U.S.C. § 1395d(a)(1).

### A.　　Prospective Payment System (PPS)

24.　　Until 1983, Medicare reimbursed hospitals for the "reasonable cost" of inpatient hospital services furnished to Medicare patients.  42 U.S.C. § 1395f(b); see also Washington Hosp. Ctr., v. Bowen, 795 F.2d 139, 141 (D.C. Cir. 1986).

25.　　Under the cost reimbursement system, a hospital's allowable operating cost per discharge was limited by a rate-of-increase ceiling, referred to as the "target amount," that was established under section 1886(b) of the Act, 42 U.S.C. § 1395ww(b).　　See generally Georgetown Univ. Hosp. v. Bowen, 862 F.2d 323, 324 & n.1 (D.C. Cir. 1988).

26.    The Social Security Amendments of 1983 instituted a new prospective payment system – "PPS" – for the operating costs of inpatient hospital services.    Social Security Amendments of 1983, Pub. L. No. 98-21, § 601.    See Georgetown, 862 F.2d at 324.

27.    Under PPS, Medicare pays prospectively-established rates for each patient discharge.    42 U.S.C. § 1395ww(d); 75 Fed. Reg. 50042, 50049 (Aug. 16, 2010) (final PPS rule for FFY 2011).

28.    During an initial four-year transition period, these PPS payments were based in part on the hospital-specific "target amount" derived from a hospital's allowable cost per discharge under the prior cost reimbursement system, and based in part on a prospectively-established Federal standardized amount for each diagnosis-related group ("DRG").    42 U.S.C. § 1395ww(d)(1)(A).    See also Georgetown, 862 F.2d at 324 & n.1; Washington Hosp. Ctr., 795 F.2d at 142.

29.    For the post-transition periods at issue, the PPS payment per discharge is based on the standardized amount, a wage index value reflecting labor costs in the hospital's area that is applied to the labor-related share of the standardized amount, and a weighting factor determined by the Secretary for the DRG assigned to the patient's illness or condition.    See generally 75 Fed. Reg. at 50049.

### B.    Standardized Amount

30.    The standardized amount is the base payment rate per discharge under the PPS. 42 U.S.C. § 1395ww(d)(3).

31.    The standardized amount is divided into a labor-related share and a nonlabor-related share.    See 42 U.S.C. § 1395ww(d)(3)(E); 75 Fed. Reg. at 50049.

C.    **DRGs**

32.    The Secretary has established a system for classifying inpatient hospital discharges by diagnosis – specifically, by DRGs – and adjusting PPS payment rates to account for relative differences in resources required to care for patients in different DRGs.  See 42 U.S.C. § 1395ww(d)(4); 75 Fed. Reg. at 50053-54 (describing DRGs for FFY 2011).

33.    For example, for FFY 2011, the Secretary had established more than 700 DRGs, and had assigned a weighting factor to each DRG.  See 75 Fed. Reg. at 50053-54, 50547-66 (describing and listing the DRG weights applied for 2011).

D.    **Wage Index**

34.    The Secretary adjusts the labor-related portion of the standardized amount for differences in hospital wage levels by a factor reflecting relative hospital wage levels in different geographic areas.  See 42 U.S.C. § 1395ww(d)(3)(E).

35.    To accomplish the relative wage-level adjustment, the Secretary calculates and assigns a wage index value to each hospital reflecting the relative wage levels in the hospital's geographic area.  See 75 Fed. Reg. at 50157 (discussing the wage index for FFY 2011); Id. at 50451-504 (listing the wage indexes assigned to all hospitals for FFY 2011); 75 Fed. Reg. 60640, 60641 (Oct. 1, 2010) (same).  For example, a hospital located in an urban area with hospital wage levels that are 25 percent greater than the national average wage level would have a wage index of 1.25.

E.    **Wage Index Rural Floor**

36.    In 1997, Congress enacted legislation providing that the wage index for a hospital located in an urban area may not be less than the wage index for hospitals located in rural areas in the same State.  BBA § 4410(a), 42 U.S.C. § 1395ww note.  The 1997 legislation states, in part:

> (a) IN GENERAL. –For purposes of section 1886(d)(3)(E) of the Social Security Act (42 U.S.C. 1395ww(d)(3)(E)) for discharges occurring on or after October 1, 1997, the area wage index applicable under such section to any hospital which is not located in a rural area . . . may not be less than the area wage index applicable under such section to hospitals located in rural areas in the State in which the hospital is located.

Id.

37.    The above-quoted provision, referred to as the "rural floor," yields payments to some urban hospitals that are greater than the payments that otherwise would have been made to those hospitals.

38.    The rural floor is effective for all Federal fiscal years after the fiscal year ended September 30, 1997. Id.

39.    The 1997 legislation also required the Secretary to adjust the wage index for the PPS to account for the effect of the rural floor. BBA § 4410(b). The statute states, in pertinent part:

> (b) IMPLEMENTATION. –The Secretary of Health and Human Services shall adjust the area wage index . . . in a manner which assures that the aggregate payments made under [the PPS] in a fiscal year for the operating costs of inpatient hospital services are not greater or less than those which would have been made in the year if this section did not apply.

Id.

40.    The above-quoted provision requires the Secretary to adjust the wage index as necessary to ensure that the rural floor is implemented in a budget neutral fashion, i.e., to ensure that PPS payments "are not greater or less" than they would have been if there were no rural floor.

## V.    ERRORS IN THE PPS PAYMENT DETERMINATIONS AT ISSUE

### A.    Method Used to Calculate the Rural Floor Budget Neutrality Adjustment for FFY 2007

41.    In establishing the PPS standardized amount for the FFY 2007, and for prior Federal fiscal years, the Secretary adjusted the standardized amount downward to account for greater payments made to some hospitals due to the effect of the wage index rural floor.  See, e.g., 71 Fed. Reg. at 48145-47 (interim final rule for FFY 2007); 70 Fed. Reg. 47278, 47491-93 (Aug. 12, 2005) (final rule for FFY 2006); 69 Fed. Reg. 48916, 49273-75 (Aug. 11, 2004) (final rule for FFY 2005); 68 Fed. Reg. 45346, 45474-76 (Aug. 1, 2003) (final rule for FFY 2004).

42.    The rural floor budget neutrality adjustment for each fiscal year through FFY 2007 was factored into the standardized amount that was carried over to and applied in the next fiscal year.  See 71 Fed. Reg. at 48147 ("We do not remove the prior year's budget neutrality adjustments . . . for updated wage data"); 70 Fed. Reg. at 47492 (same); 69 Fed. Reg. at 49274 (same); 68 Fed. Reg. at 45475 (same).

43.    In establishing the PPS standardized amount for FFY 2007, and for prior years, the Secretary used a payment simulation model to determine each year's "budget neutrality" adjustment to the standardized amount to account for the effect of the rural floor.  See 71 Fed. Reg. at 48147; 70 Fed. Reg. at 47493; 69 Fed. Reg. at 49275; 68 Fed. Reg. at 45475-76.

44.    In the interim final PPS rule for FFY 2007, the Secretary described the simulation model and the calculation of the resulting budget neutrality adjustment as follows:

> [W]e used FY 2005 discharge data to simulate payments and compared aggregate payments using the FY 2006 relative [DRG] weights and wage indexes to aggregate payments using the FY 2007 relative [DRG] weights and wage indexes. The same methodology was used for the FY 2006 budget neutrality adjustment.
>
> . . . These budget neutrality adjustment factors are applied to the standardized amounts without removing the effects of the FY 2006 budget neutrality adjustments.

71 Fed. Reg. at 48147 (emphasis added).

45.     The Secretary provided similar descriptions of the simulation model and the calculation of the resulting budget neutrality adjustment for the effect of the rural floor in the preambles to the final PPS rules for prior fiscal years.  See 70 Fed. Reg. at 47493; 69 Fed. Reg. at 49275; 68 Fed. Reg. at 45475-76.

46.     Beyond the above-quoted description, of the simulation model used to calculate budget neutrality adjustments to the standardized amounts, the Secretary's PPS rules for FFY 2007 and prior years did not address the specific data or data variables that were employed in the payment simulation model to calculate budget neutrality adjustments for the effect of the rural floor.  See 71 Fed. Reg. at 48147; 70 Fed. Reg. at 47493; 69 Fed. Reg. at 49275; 68 Fed. Reg. at 45475-76.

47.     The Secretary did not calculate the budget neutrality adjustment for any year in the manner described in the above-quoted portion of the preamble to the final rule for FFY 2007, and in the above-cited portions of the preambles to the final rules for prior years.  The payment simulation model used to calculate the rural floor budget neutrality adjustment for FFY 2007, for example, did not use the "wage indexes" listed in a table appearing in the preamble to the final PPS rule for FFY 2007, as indicated in the above quotation from the FFY 2007 rule.  Likewise, the payment simulation model used to calculate the adjustment for each prior year did not use the "wage indexes" listed in tables appearing in the preamble to the final PPS rules for each of those years, as indicated in those rules.

**B.     FFY 2007 Rulemaking**

48.     More detail regarding the calculation that was actually performed by the Secretary's agency to calculate the rural floor budget neutrality adjustment was communicated

by CMS to the plaintiff hospitals' consultant, Theodore Giovanis, in a May 3, 2006 email message, discussed in the following paragraphs, regarding the proposed PPS rule for FFY 2007.

49.     The Secretary published notice of the proposed PPS rule for FFY 2007 in the Federal Register on April 25, 2006. Comments on the proposed rule were allowed through June 12, 2006. 71 Fed. Reg. 23996 (Apr. 25, 2006).

50.     On May 3, 2006, the hospitals' consultant, Giovanis, sent an email to Marc Hartstein in CMS' Division of Acute Care inquiring about the wage data and variables used in calculation of the rural floor budget neutrality adjustment in determining the PPS rates.

51.     Another CMS staff member, Nora Fleming, responded to Giovanis' email inquiry on May 3, 2006. Fleming's response said that the payment simulation model used to calculate the rural floor budget neutrality adjustment compares simulated payments derived by applying an updated standardized amount first to "the old wage data with no floor applied" and then to "the new wage data with the rural floor applied."

52.     Giovanis replied to Fleming's May 3, 2006 email message later that same day, raising a concern that the calculation method described in Fleming's email results in duplicating adjustments to the standardized amount for the effect of the rural floor.

53.     Neither Fleming nor Hartstein nor any other officer or employee of CMS ever replied to Giovanis' May 3, 2006 email expressing the concern about the duplicating effect of the method CMS was using to calculate the rural floor budget neutrality adjustment to the standardized amount.

54.     In a letter that was hand-delivered to CMS on June 9, 2006, within the period allowed for comments on the proposed rule for 2007, Giovanis submitted a comment on the proposed rule for 2007.

55.     Giovanis' June 9, 2006 comment letter was properly addressed to CMS as provided in the Secretary's notice of the proposed PPS rule for 2007, 71 Fed. Reg. at 23996.

56.     Copies of Giovanis' June 9, 2006 comment letter were sent to both Hartstein and Fleming, and CMS acknowledged receipt of the letter.

57.     Giovanis' June 9, 2006 comment letter notified CMS that its calculation of the budget neutrality adjustment for the effect of the rural floor is erroneous and has a negative effect on all hospitals subject to the PPS, stating in pertinent part:

> Based on information recently provided to us by CMS staff, we have learned that each year CMS uses payment variables (including the [rural floor area wage indexes]) for the rural floor [budget neutrality] adjustment that measure the total annual estimated effect of the application of the rural floor, not the incremental year to year change of the rural floor impact. This would be appropriate if, in applying the current year's rural floor [budget neutrality] adjustment, CMS backed out of the calculation the prior year's rural floor [budget neutrality] adjustment. CMS does not do this, however, and instead permanently locks in the rural floor [budget neutrality] adjustment into the standardized amount. As a result, most of the rural floor [budget neutrality] adjustment is improperly duplicated each year, with compounding effect. This duplication over-adjusts the standardized amount for the effect of the rural floor, and has the effect of improperly lowering payments to all hospitals through a [budget neutrality] adjustment that is too large.

58.     The June 9, 2006 comment letter requested that CMS remedy the above-described error in the final PPS rule for 2007.

59.     CMS never responded to Giovanis about the problem discussed in his June 9, 2006 comment letter.

60.     The Secretary published notice of an interim final rule for FFY 2007 in the Federal Register on August 18, 2006. See 71 Fed. Reg. 47870-48434.

61.     The interim final rule for FFY 2007 neither acknowledged nor addressed Giovanis' comment letter nor the error alleged and described in that comment. See 71 Fed. Reg. 47870-48434.

62.    On October 11, 2006, the Secretary published notice in the <u>Federal Register</u> of the Secretary's determination of the final payment rates under PPS for FFY 2007.  71 Fed. Reg. 59886.

63.    The October 11, 2006 notice neither acknowledged nor addressed Giovanis' comment letter or the error alleged and described in that comment.  <u>See</u> 71 Fed. Reg. 59886-60043.

64.    The Secretary did not change the method used to calculate the rural floor budget neutrality adjustment or correct the error identified in Giovanis' comment letter in calculating the final PPS payment rates for FFY 2007.

**C.    <u>Error in the Determination for FFY 2007</u>**

65.    The Secretary has said that for FFY 2007 and prior years, her agency accounted for the effect of the wage index rural floor through a "cumulative" adjustment to the standardized amount.  <u>See</u> 72 Fed. Reg. at 47130, 47330 (Aug. 22, 2007).

66.    Properly applied, in the first year of the rural floor, a cumulative adjustment to the standardized amount would reduce that base payment rate by an amount corresponding to the <u>total</u> projected increase in payment that otherwise would have resulted from the application of the rural floor.  For subsequent years, the cumulative adjustment would account only for the <u>incremental</u> change in the effect of the floor from one year to the next because the starting point, the prior year's standardized amount, already reflects the impact of the rural floor in the prior year.  <u>See</u> <u>id.</u> at 47329.

67.    Because the Secretary calculated the rural floor budget neutrality adjustment for 2007 using the method described in Fleming's May 3, 2006 email to Giovanis, the Secretary's adjustments for those years reduced the standardized amount by an amount reflecting the full effect of the rural floor for each year, and not just the incremental change in the effect of the

floor from year to year. As a result, each adjustment made for a year after the first year to which the rural floor applied duplicated prior-period adjustments made for the effect of the rural floor in prior years.

68.     The Secretary's budget neutrality adjustment for 2007, therefore, resulted in aggregate PPS payments that are less than those which would have been made in the year if the rural floor did not apply.

**D.     Proposed Change in Implementation for FFY 2008**

69.     On May 3, 2007, the Secretary published notice in the Federal Register of a proposed PPS rule for 2008. 72 Fed. Reg. 24680.

70.     In the proposed rule for 2008, the Secretary proposed a change in the agency's implementation of the budget neutrality requirement with respect to the wage index rural floor for 2008 and subsequent years. 72 Fed. Reg. at 24787-93.

71.     The proposed rule would implement the rural floor budget neutrality adjustment through an annual adjustment to the wage index, not through an adjustment to the standardized amount as in prior years. Id. at 24791-92.

72.     The proposed rule did not state a reason for, or the purpose of, the proposed change in the method for implementing the rural floor budget neutrality requirement for 2008 and subsequent years. Id. at 24787-93.

73.     The proposed rule did not expressly acknowledge any error in the method that CMS used to implement the rural floor budget neutrality requirement in the PPS rules for fiscal years prior to 2008. Id.

74.     The proposed rule said that CMS would make a positive adjustment to the standardized amount, which was labeled as a "Rural Floor Adjustment." Id. at 24839.

75.    The proposed rule provided no explanation of the basis for, or purpose of, the proposed "Rural Floor Adjustment" to the standardized amount, nor for the relationship, if any, between that proposed adjustment to the standardized amount and the proposed change in the method for implementing the rural floor budget neutrality requirement.  See id.

E.    **Comments on Proposed Rule for 2008**

76.    The Secretary accepted comments on the proposed PPS rule for 2008 through June 12, 2007.  72 Fed. Reg. at 24680.

77.    Within the period allowed for comments on the proposed rule, plaintiffs' counsel sent a letter dated May 21, 2007 to Hartstein, who was at the time the Deputy Director of CMS' Division of Acute Care, specifically requesting detailed information about:  (i) the basis and purpose of the agency's proposed change in the method for implementing the rural floor budget neutrality requirement for 2008 and subsequent years; (ii) the data and data variables that would be used to compute the adjustment to the wage index under the proposed method; (iii) the basis and purpose of the proposed "Rural Floor Adjustment" to the standardized amount for 2008; (iv) the rural floor budget neutrality adjustments that had been made to the standardized amounts for prior fiscal years; and (v) the data and data variables that had been used to calculate those prior-year adjustments to the standardized amount.

78.    The May 21, 2007 letter to Hartstein and the accompanying attachments to that letter explained that the proposed rule for FFY 2008 and the final PPS rules for prior years did not provide sufficient information to afford hospitals with adequate notice of, or a meaningful opportunity to comment on, the Secretary's proposed change in implementation of the rural floor budget neutrality requirement.

79.    Hartstein replied to the request for additional information, on behalf of the Secretary, by letter dated June 1, 2007.

80.     Hartstein's reply declined to provide further information.

81.     By letter dated June 11, 2007, plaintiffs' counsel timely submitted further comments on the proposed PPS rule for FFY 2008.

82.     The June 11, 2007 comment letter was properly addressed to CMS as provided in the Secretary's notice of the proposed rule for 2008.

83.     The June 11, 2007 comment letter stated, <u>inter alia</u>:

a.     CMS should explain the basis, purpose, and reason for the proposed change in implementation of the rural floor budget neutrality requirement;

b.     CMS should disclose known errors in the agency's prior calculations of the rural floor budget neutrality adjustment and identify the impact of those errors on the current standardized amount that would be applied under the final rule for 2008;

c.     The proposed change would not fix problems for prior, current, or future fiscal years stemming from errors in CMS' prior calculations of the rural floor budget neutrality adjustments to the standardized amounts in prior years;

d.     CMS should explain the basis, purpose, and calculation of the proposed "Rural Floor Adjustment" that would increase the standardized amount by 0.2214 percent for 2008;

e.     The proposed "Rural Floor Adjustment" appeared too low to properly and fully account for, and restore, prior-period adjustments that were taken out of the standardized amount for the effect of the rural floor for more than one year; and

f.     CMS should correct the standardized amount for the effects of known errors in its calculation of the rural floor budget neutrality adjustment in prior-periods and pay affected hospitals the additional sums due as a result of such correction.

**F.    Final Rule for 2008**

84.    The final PPS rule for FFY 2008 was published in the <u>Federal Register</u> on August 22, 2007.  72 Fed. Reg. 47130.

85.    The preamble to the final PPS rule for 2008 states that CMS applied the rural floor budget neutrality adjustment to the wage index.  72 Fed. Reg. at 47330.

86.    The preamble to the final rule for 2008 also states that the rural floor budget neutrality adjustment to the wage index is non-cumulative, 72 Fed. Reg. at 47330, meaning that the adjustment made to the wage index for 2008 accounts for the full effect of the rural floor for 2008 (as compared to no floor) and not just the additional incremental effect of the floor from 2007 to 2008.  <u>See id.</u> at 47329 (example of calculation of the budget neutrality adjustment to the wage index for the effect of the rural floor as applied to three hypothetical hospitals).

87.    The preamble to the final PPS rule for 2008 acknowledged that "[m]any commenters requested additional information as to the purpose" of the proposed change in implementation of the rural floor budget neutrality adjustment.  72 Fed. Reg. at 47330.  The preamble, however, does not state the basis, purpose, or reason for the proposed change in implementation of the rural floor budget neutrality requirement.  <u>See id.</u>

88.    The preamble to the final PPS rule for 2008 acknowledged plaintiffs' June 11, 2007 comment that the methodology for applying the rural floor budget neutrality adjustment for prior years was flawed because it created an "inappropriate duplicating effect" to be "permanently built into the standardized amount."  72 Fed. Reg. at 47330.  The preamble indicates incorrectly that the comment letter attributed the problem not to the use of the wrong data variables in the method that had been applied by CMS to calculate the prior rural floor budget neutrality adjustments, as was stated in the comment letter itself, but to the fact that the

prior adjustments to the standardized amount were "cumulative" adjustments that were not reversed before the next year's adjustment is made.  72 Fed. Reg. at 47330.

89.    Concerning errors in the prior calculations of the "cumulative" budget neutrality adjustments that were made to the standardized amount, the preamble to the final rule for 2008 stated:

> With regard to alleged errors in FYs 1999 through 2007, our calculation of budget neutrality in past fiscal years is not within the scope of this rulemaking.  Even if errors were made in prior fiscal years, we would not make an adjustment to make up for those errors when setting rates for FY 2008.

72 Fed. Reg. at 47330.

90.    The preamble to the final rule for 2008 neither acknowledged nor addressed plaintiffs' comment that the proposed change in implementation of the rural floor budget neutrality requirement would not fix problems for prior, current, or future fiscal years stemming from errors in CMS' prior calculations of the rural floor budget neutrality adjustments to the standardized amounts in prior years.  See 72 Fed. Reg. at 47330.

91.    The preamble to the final rule for 2008 stated that "the one-time 1.002214 adjustment [to the standardized amount for 2008] is meant to address a single year transition to a noncumulative system of budget neutrality adjustment."  72 Fed. Reg. at 47330.

92.    An addendum to the rule states that the one-time Rural Floor Adjustment to the standardized amount for 2008 (0.2214%) "removes the effect of the budget neutrality adjustment applied in FY 2007 to the standardized amount for application of the rural floor."  Id. at 47421.

93.    Neither the preamble nor the addendum to the final rule addresses why the Secretary chose to restore the effect of only the prior year's adjustment to the standardized amount for 2008, as she said she did, id., and not to fully account for, and restore, all prior-period

amounts that were taken out of the standardized amount to account for the effect of the rural floor in all prior years.  See 72 Fed. Reg. at 47330, 47421.

### G.    Error in the Final Determination for 2011

94.    Because budget neutrality adjustments to the standardized amount for fiscal years before 2007 were not reversed, and amounts that were taken out of the standardized amount before 2007 were not restored to the standardized amount through the positive Rural Floor Adjustment to the standardized amount for 2008, see 72 Fed. Reg. at 47421, the standardized amount determined by the Secretary for 2008 was lower than the standardized amount that would have been applied for 2008 if the rural floor had never been established.

95.    Because the rural floor budget neutrality adjustment to the wage index for 2008 accounted for the full effect of the rural floor for 2008, 72 Fed. Reg. at 47329-30, that adjustment duplicated the rural floor budget neutrality adjustments that were taken out of the standardized amount for fiscal years prior to 2007, which were not added back to the standardized amount through the positive Rural Floor Adjustment to the standardized amount for 2008.  72 Fed. Reg. at 47421.

96.    As a result of that duplication, aggregate PPS payments made for discharges in 2008, and all subsequent years, are, and will be, less than aggregate payments that would be made for discharges in all those years if the rural floor had never been established.

97.    Plaintiff hospitals, through counsel, and other interested parties, commented on the proposed rule for FFY 2009, 73 Fed. Reg. 23528 (Apr. 30, 2008), and urged the Secretary to increase the standardized amount to account for the continuing effect of prior duplication of rural floor budget neutrality adjustments made for fiscal years before 2007.  In her final rule for 2009, the Secretary made no adjustment to the standardized amount to correct for the continuing effect of her errors in calculating the rural floor budget neutrality adjustment.

98.    Plaintiff hospitals also commented on the proposed rule for FFY 2010, 74 Fed. Reg. 24080 (May 22, 2009), urging the Secretary once again to fix the standardized amount to account for the continuing effect of prior duplication of rural floor budget neutrality adjustments made for fiscal years before 2007.  In her final rule for 2010, the Secretary made no adjustment to the standardized amount to correct for the continuing effect of her errors in calculating the rural floor budget neutrality adjustment.

99.    Similarly, plaintiff hospitals commented on the proposed rule for FFY 2011, 75 Fed. Reg. 23852 (May 4, 2010), urging the Secretary once more to increase the standardized amount to account for the continuing effect of prior duplication of rural floor budget neutrality adjustments made for fiscal years before 2007.  In her final rule for 2011, the Secretary made no adjustment to the standardized amount to correct for the continuing effect of her errors in calculating the rural floor budget neutrality adjustment.

## VI.    REVIEW OF PPS PAYMENT DETERMINATIONS

### A.    Administrative Appeals

100.    When it enacted the PPS in the Social Security Amendments of 1983, Congress amended section 1878(a) of the Act to provide hospitals the right to appeal a determination of the Secretary as to the amount of payment under the PPS established in section 1886(d) of the Act. Social Security Amendments of 1983, § 602(h)(1), amending § 1878(a) of the Act (codified at 42 U.S.C. § 1395oo(a)).  See also Washington Hosp. Ctr., 795 F.2d at 142, 144-48; D.C. Hosp. Ass'n Wage Index Group Appeal ("DCHA"), reprinted in Medicare & Medicaid Guide (CCH) ¶ 41,025 (Jan. 15, 1993).

101.    Appeals pursuant to 42 U.S.C. § 1395oo are taken in the first instance to the PRRB.

102. The PRRB is an administrative tribunal appointed by the Secretary. 42 U.S.C. § 1395oo(h).

## B. __Expedited Judicial Review__

103. The PRRB is bound to apply the payment rates reflected in the annual PPS rules, as published. __See__ 42 C.F.R. § 405.1867 (the Board is bound by CMS regulations issued under Title XVIII of the Act); __Sarasota Mem'l Hosp. v. Shalala__, 60 F.3d 1507, 1509 (11th Cir. 1995) (noting the Board's recognition that "it is bound by Medicare regulations, including the . . . [PPS] wage index published by the Secretary"); __Hunterdon/Somerset 2001 Wage Index Group v. Riverbend Gov't Benefits Administrator__, PRRB Dec. No. 2004-D13 (Apr. 14, 2004) (granting expedited judicial review where the PRRB was without power to change the Secretary's policies used to calculate PPS wage indexes).

104. Section 1878(f) of the Act provides that the PRRB may, on its own motion or at the request of a provider, determine that it is without authority to decide the question of law or regulations relevant to the matter in controversy. 42 U.S.C. § 1395oo(f)(1).

105. Section 1878(f) of the Act further provides that if the Board determines that it lacks authority to decide a question of law or regulations, then the hospital may commence a civil action in this Court within 60 days of the date on which the hospital receives notification of the Board's determination. __Id.__

## VII. __PROCEDURAL HISTORY__

106. Each of the plaintiff hospitals timely filed a group appeal to the PRRB from the Secretary's final determination of the PPS payment rates for 2011. The PRRB acknowledged those appeals and assigned them the following PRRB case numbers: 11-0161GC, 11-0162GC, 11-0163GC, 11-0164GC, 11-0165GC, 11-0166GC, 11-0167GC, 11-0168GC, 11-0169GC, 11-0170GC, 11-0171GC, 11-0172GC, 11-0173GC, 11-0174GC, 11-0175GC, 11-0176GC,

11-0177GC,  11-0178GC,  11-0179GC,  11-0180GC,  11-0181GC,  11-0182GC,  11-0183GC,

11-0184GC,  11-0185GC,  11-0186GC,  11-0187GC,  11-0188GC,  11-0189GC,  11-0190GC,

11-0191GC,  11-0192GC,  11-0193GC,  11-0194GC,  11-0195GC,  11-0196GC,  11-0197GC,

11-0198GC,  11-0199GC,  11-0200GC,  11-0201GC,  11-0202GC,  11-0209GC,  11-0210GC,

11-0212GC,  11-0214GC,  11-0215GC,  11-0216GC,  11-0217GC,  11-0221GC,  11-0222GC,

11-0223GC,  11-0224GC,  11-0225GC,  11-0226GC,  11-0227GC,  11-0228GC,  11-0229GC,

11-0230GC,  11-0231GC,  11-0232GC,  11-0233GC,  11-0234GC,  11-0235GC,  11-0236GC,

11-0253GC,  11-0254GC,  11-0255GC,  11-0261GC,  11-0262GC,  11-0263GC,  11-0265GC,

11-0267GC,  11-0268GC,  11-0271GC,  11-0308GC,  11-0322GC,  11-0324GC,  11-0325GC,

11-0326GC, 11-0327G, and 11-0491GC.

107.    The appeals each stated an amount in controversy in excess of $50,000.

108.    By letters dated May 9, 2011 and May 19, 2011, and received by plaintiffs' counsel on May 10, 2011 and May 23, 2011, respectively, the Board dismissed the plaintiffs' appeal in each case, concluding that the Board "lacks jurisdiction over the appeal because review of budget neutrality adjustments is precluded by the statute and regulations."

109.    In each instance, the Board ruled in the alternative that expedited judicial review should be granted, if the Board has jurisdiction to review the budget neutrality adjustment at issue, because the Board is "without authority to decide the legal question of whether the calculation methodology for the budget neutrality / rural floor adjustment is valid."

110.    The plaintiff hospitals properly commenced this action pursuant to 42 U.S.C. § 1395oo(f)(1) within 60 days of the Board's decisions.

## VIII.   STANDARD OF REVIEW AND ASSIGNMENTS OF ERROR

111.    Sections 1878(a) and (f) of the Act, 42 U.S.C. § 1395oo(a), (f), provide for review of the PRRB's decisions below and the Secretary's determination of the PPS payment rates at issue pursuant to the applicable provisions of the APA.  The applicable provisions of the APA require a reviewing court to set aside agency action that is found to be contrary to law, arbitrary, capricious, unsupported by substantial evidence, in excess of statutory authority or otherwise not in accordance with law.  5 U.S.C. § 706.

112.    The Board's conclusion that review of the issue presented here "is precluded by the statute and regulations" is invalid because it is contrary to the plain meaning and manifest intent of the controlling statutory provisions the Board relied upon, it is inconsistent with the agency's statements of intent when it adopted the implementing regulation the Board relied upon, it is inconsistent with the strong presumption in favor of judicial review, and it is otherwise arbitrary and capricious and contrary to law.  See 42 U.S.C. §§ 1395oo(a), 1395oo(g)(2), 1395ww(d)(7), 1395ww(e)(1); 42 C.F.R. § 405.1804; 48 Fed. Reg. 39752, 39785 (Sept. 1, 1983); Bowen v. Michigan Academy of Physicians, 476 U.S. 667, 670-72 (1986) (the Secretary has a heavy burden to overcome the strong presumption of judicial review).

113.    The Secretary's determinations of the standardized amount for FFY 2011, and the rural floor budget neutrality adjustments to the standardized amount for FFY 2011 and prior years, violate section 4410(b) of the BBA because the Secretary's calculations resulted in aggregate payments made under the PPS for the operating costs of inpatient hospital services that are less than those which would have been made for discharges in FFY 2011 if the rural floor did not apply.

114.    The Secretary's determination and application of the rural floor budget neutrality adjustment to the standardized amount for FFY 2011 are arbitrary and capricious, violate the notice and comment rulemaking procedure mandated in 5 U.S.C. § 553, and are otherwise contrary to law because:  (i) the "Rural Floor Adjustment" made to the standardized amount in connection with the change in implementation of the rural floor budget neutrality requirement in FFY 2008 accounted only for the rural floor budget neutrality adjustment to the standardized amount for FFY 2007; (ii) that adjustment did not reverse and restore to the standardized amount the total cumulative effect of all prior adjustments that were made to the standardized amount for the effect of the rural floor in fiscal years before FFY 2007; (iii) this problem was brought to the agency's attention in a comment on the proposed PPS rule for FFY 2011; (iv) the Secretary failed to acknowledge or respond to that comment in the final PPS rule for FFY 2011; (v) the Secretary failed to correct this error in determining the standardized amount for FFY 2011; and, as a result, (vi) aggregate payments made under the PPS for discharges in FFY 2011 for the operating costs of inpatient hospital services were less than those which would have been made for discharges in FFY 2011 if the rural floor had never been established.  See County of Los Angeles v. Shalala, 192 F.3d 1005, 1020-23 (D.C. Cir. 1999); Alvarado Community Hosp. v. Shalala, 155 F.3d 1115, 1125 (9th Cir. 1998), as amended by 166 F.3d 950 (1999).

115.    The Secretary's determination of the PPS payment rates in the final PPS rule for FFY 2011 is further arbitrary and capricious, violates the notice and comment rulemaking procedure mandated in 5 U.S.C. § 553, and is otherwise contrary to law because:  (i) the Secretary failed to give affected hospitals adequate notice of the actual calculation of the rural floor budget neutrality adjustments for FFY 2011 and prior years; and (ii) the Secretary did not

afford hospitals a meaningful opportunity to comment on those adjustments or the proposed rules relating to those adjustments for the FFY 2011 year at issue, or prior years.

116.    The Secretary's determination of the PPS payment rates in the final PPS rule for FFY 2011 is arbitrary and capricious, violates the notice and comment rulemaking procedure mandated in 5 U.S.C. § 553, and is otherwise contrary to law because the proposed and final PPS rule for FFY 2008 did not state the basis and purpose for the change in implementation of the rural floor budget neutrality requirement of section 4410(b) of the BBA.

## IX.    RELIEF REQUESTED

117.    The plaintiff hospitals request an Order:

A.      declaring invalid and setting aside the Board's decisions dismissing the plaintiff hospitals' appeals from the final determination of the Secretary for FFY 2011 for lack of jurisdiction;

B.      declaring invalid and setting aside the Secretary's calculation, establishment, and application of the standardized amount paid to the plaintiff hospitals pursuant to the final determinations of the Secretary as the amount of the payment under PPS for FFY 2011;

C.      requiring the Secretary promptly to recalculate, correct, and pay the plaintiff hospitals the additional sums due them as result of such recalculation and correction of the PPS standardized amount paid for FFY 2011, plus interest calculated in accordance with 42 U.S.C. § 1395oo(f)(2);

D.      requiring the Secretary to pay legal fees and costs of suit incurred by the plaintiff hospitals; and

E.      providing such other relief as the Court may consider appropriate.

Respectfully Submitted,

Christopher L. Keough
  DC Bar No. 436567
Stephanie A. Webster
  DC Bar No. 479524
KING & SPALDING, L.L.P.
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C.  20006-4706
(202) 737-0500 (phone)
(202) 626-3737 (fax)

Dated: May 24, 2011