IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANCISCAN HEALTH SYS. et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 11-961 (RCL) |
| v. | ) ) ) | |
| KATHLEEN SEBELIUS, SECRETARY, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

FILED

OCT 17 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [proposed] ORDER

Pursuant to the parties' Joint Stipulation, this matter is hereby remanded to the Secretary for further consideration in light of the Court of Appeals' opinion in *Cape Cod Hospital, et al. v. Sebelius*, 630 F.3d 203 (D.C. Cir. 2011). This case is accordingly terminated on the active dockets of this Court.

SO ORDERED.

Dated: 10/14/11

Chief Judge Royce C. Lamberth
United States District Judge